**BELLSOUTH ADVERTISING & PUBLISHING CORPORATION, Plaintiff–Counterclaim Defendant-Appellee,**

v.

**DONNELLEY INFORMATION PUBLISHING, INC. and The Reuben H. Donnelley Corp., Defendants–Counterclaim Plaintiffs-Appellants,**

BellSouth Corporation, et al., Counterclaim Defendants.

No. 89–5131.

United States Court of Appeals, Eleventh Circuit.

Sept. 2, 1993.

─────────

Douglas C. Broeker, Fowler, White, Burnett, Hurley, Banick & Strickroot, P.A., Miami, FL, David L. Foster, Theodore Case Whitehouse, Francis J. Menton, Jr., Willkie, Farr & Gallagher, Baila H. Celedonia, Roger L. Zissu, Cowan, Liebowitz & Latman, P.C., New York City, for appellants.

Robert Richards, Anthony B. Askew, Jones, Askew & Lunsford, Atlanta, GA, for Bellsouth Advertising.

John K. Roedel, Jr., Senniger, Powers, Leavitt & Roedel, St. Louis, MO, for amicus ANADP.

Robert E. Marsh, Blackwell, Sanders, Matheny, Weary & Lombardi, Kansas City, MO, for amicus—US WEST.

Robert Alan Garrett, Arnold & Porter, Washington, DC, for amicus Bell Atlantic.

Before TJOFLAT, Chief Judge, FAY, HATCHETT, EDMONDSON, BIRCH, BLACK and CARNES, Circuit Judges *.

BIRCH, Circuit Judge:

## I. INTRODUCTION

In this appeal, we must decide whether acts of copying infringed the compilation copyright registered in a "yellow pages" classified business directory. The parties have stipulated that the directory, which is a typical yellow pages directory, qualifies for compilation copyright protection. Thus, we are called upon to apply *Feist Publications, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 111 S.Ct. 1282, 113 L.Ed.2d 358 (1991), which addressed copyright protection for a "white pages" telephone directory, to resolve the infringement claims presented to us concerning a directory of a different color.

The pivotal issue in this case is whether that which was copied by the alleged infringer was protected by the registered claim of compilation copyright. The parties agree that the only elements of a work entitled to compilation copyright protection are the selection, arrangement or coordination as they appear in the work as a whole. The parties dispute what elements of a classified directory constitute such selection, arrangement or coordination. Mindful that the protection afforded to a whole work by a compilation copyright is "thin," [1] the determination as to whether an infringement of a compilation copyright has occurred is particularly difficult where less than the entire work is copied.

## II. BACKGROUND

BellSouth Advertising & Publishing Corporation ("BAPCO") is a wholly owned subsidiary of BellSouth Corporation ("BellSouth") created for the purpose of preparing, publishing and distributing telephone directories. Using telephone listing information supplied by Southern Bell Telephone and Telegraph Company ("Southern Bell"), another wholly owned subsidiary of BellSouth, BAPCO publishes a classified, "yellow pages," advertising directory for the Greater Miami area. The BAPCO directory is organized into an alphabetical list of business classifications. Each business-rate telephone service subscriber is listed in alphabetical order under one appropriate heading without charge. A subscriber may purchase cross listings under different business classifications or advertisements to appear along with its business listing.

After BAPCO published its 1984 directory for the Greater Miami area, Donnelley Information Publishing, Inc. and Reuben H. Donnelley Corp. (collectively "Donnelley") began promoting and selling classified advertisements to be placed in a competitive classified directory for the Greater Miami area. To

---

* Honorable Phyllis A. Kravitch, Honorable R. Lanier Anderson, III, Honorable Emmett Ripley Cox and Honorable Joel F. Dubina did not participate in this decision.

1. *Feist*, 499 U.S. at ──, 111 S.Ct. at 1289.

generate a list of business telephone sub-scribers to be solicited for placement in its directory, Donnelley gave copies of BAPCO's directory to Appalachian Computer Services, Inc. ("ACS"), a data entry company. Don-nelley first marked each listing in the BAP-CO directory with one alphanumeric code indicating the size and type of advertisement purchased by the subscriber[2] and a similar code indicating the type of business repre-sented by the BAPCO heading under which the listing appeared. For each listing ap-pearing in the BAPCO directory, ACS creat-ed a computer data base containing the name, address, and telephone number of the subscriber as well as the codes corresponding to business type and unit of advertising. From this data base, Donnelley printed sales lead sheets, listing this information for each subscriber, to be used to contact business telephone subscribers to sell advertisements and listings in the Donnelley directory. Re-lying on this information copied from the BAPCO directory, Donnelley ultimately pre-pared its own competitive directory for the Greater Miami area.

BAPCO sued Donnelley for alleged copy-right infringement,[3] trademark infringement, and unfair competition. After the district court denied BAPCO's motion for a prelimi-nary injunction, Donnelley answered and counterclaimed against BAPCO, Southern Bell and BellSouth, for alleged violations of federal antitrust law. On the copyright in-fringement claim, the district court granted summary judgment to BAPCO and denied Donnelley's motion seeking partial summary judgment in its favor,[4] *BellSouth Advertising & Publishing Corp. v. Donnelly Info. Pub-lishing, Inc.,* 719 F.Supp. 1551 (S.D.Fla. 1988).

The district court found, and Donnelley admitted, that BAPCO owned a valid compi-lation copyright in its classified directory. Donnelley stipulated that, in preparing its data base and sales lead sheets, it obtained from each listing in the BAPCO directory, the telephone number, name, address, kind of business, and unit of advertising for the listed subscriber. As further evidence of copying, the district court relied on affidavits and deposition testimony from Donnelley's representatives and the presence of a num-ber of erroneous listings common to the BAPCO and Donnelley directories. From the process by which Donnelley prepared its competitive yellow pages directory, the dis-trict court identified three acts of copying: (1) the entry of subscriber information into the computer data base by ACS; (2) the printout of sales lead sheets from this data base; and (3) the publication of Donnelley's directory. Based on these acts of copying, the court granted BAPCO's motion for sum-mary judgment on its copyright infringement claims.[5] Donnelley appealed the district court's resolution of the parties' motions on the copyright claim.[6]

**2.** The code corresponding to the type of advertis-ing appearing in the BAPCO directory indicated only the unit of advertising purchased. Donnel-ley did not record, nor was alleged to have recorded, information regarding the graphic ap-pearance or page location of the advertising ma-terial, nor did it copy facts concerning individual businesses, such as product lines, services, hours of operation, contained in the advertisements themselves.

**3.** BAPCO registered its claim of copyright (at-tached to this opinion as Appendix A) for the "entire text and compilation" of both volumes of its 1984 Miami yellow pages directory. R1–1–Ex. D. It was upon this registration that BAPCO initiated its action for infringement. *See* 17 U.S.C. § 411(a) ("[N]o action for infringement of the copyright in any work shall be instituted until registration of the copyright claim has been made in accordance with this title.").

**4.** The district court granted BAPCO's motion for summary judgment on Donnelley's antitrust

counterclaim, but denied BellSouth and South-ern Bell's motion for summary judgment on the antitrust counterclaim. The only issue presented by this appeal is the district court's resolution of the copyright infringement claims.

**5.** In granting summary judgment in favor of BAPCO, the district court rejected Donnelley's fair use and antitrust, or misuse of copyright, affirmative defenses as a matter of law. Because we hold that summary judgment should have been granted in favor of Donnelley on BAPCO's copyright claim, we do not reach the issue of whether Donnelley's defenses were properly re-jected on summary judgment.

**6.** The judgment of the district court was affirmed by a panel of this court, but was subsequently vacated by a grant of rehearing en banc. *Bell-south Adv. & Pub. Corp. v. Donnelley Info. Pub., Inc.,* 933 F.2d 952 (11th Cir.1991), *vacated and reh'g en banc granted,* 977 F.2d 1435 (11th Cir. 1992).

## III. DISCUSSION

### A. *Feist Publications* and the Requirement of Originality

In *Feist Publications*, the Supreme Court clarified the scope of copyright protection afforded to factual compilations. Rural Telephone Service Company ("Rural") claimed that Feist Publications, Inc. ("Feist") infringed Rural's copyright by using names and telephone number listings from Rural's white pages directory to compile its own white pages directory. Observing the inherent tension between the axiom of copyright law that facts are not copyrightable[7] and the principle that compilations of fact generally are copyrightable, the Court identified those components of a factual compilation that may receive copyright protection under certain circumstances. 499 U.S. at ——, 111 S.Ct. at 1287.

The Court stressed that "[t]he *sine qua non* of copyright is originality." 499 U.S. at ——, 111 S.Ct. at 1287.[8] "Facts, whether alone or as a part of a compilation, are not original and therefore may not be copyrighted." 499 U.S. at ——, 111 S.Ct. at 1290. Drawing upon the requirement of originality and the definition of "compilation" in the Copyright Act,[9] the Court held that a compiler's selection, arrangement and coordination, if original, are the only protectable elements of a factual compilation. 499 U.S. at ——, 111 S.Ct. at 1289.[10]

Applying the requirement of originality to the directory compiled by Rural, the Court noted that the listings, consisting of subscribers' names, towns of residence, and telephone numbers, were uncopyrightable facts. Further, the selection, coordination, and arrangement of Rural's white pages were not sufficiently original to merit copyright protection. "Rural's selection of listings could not be more obvious: it publishes the most basic information—name, town, and telephone number—about each person who applies to it for telephone service." 499 U.S. at ——, 111 S.Ct. at 1296. Rural failed to establish any original elements of coordination or arrangement: "there is nothing remotely creative about arranging names alphabetically in a white pages directory. It is an age-old practice, firmly rooted in tradition and so commonplace that it has come to be expected as a matter of course." 499 U.S. at ——, 111 S.Ct. at 1297. In short, "Rural expended sufficient effort to make the white pages directory useful, but insufficient creativity to make it original." 499 U.S. at ——, 111 S.Ct. at 1296.

### B. BAPCO's Claim of Infringement

To establish its claim of copyright infringement, BAPCO must prove "(1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original." 499 U.S. at ——, 111 S.Ct. at 1296. The validity of BAPCO's copyright in its directory, considered as a whole, was conceded by Donnelley.[11] To demonstrate the second ele-

---

7. *See* 17 U.S.C. § 102(b).

8. Moreover, "[o]riginality is a constitutional requirement" for copyright protection implicit in the grant of power to Congress to "secur[e] for limited Times to Authors ... the exclusive Right to their respective Writings." *Feist*, 499 U.S. at ——, 111 S.Ct. at 1288 (quoting U.S. Const. art. I, § 8, cl. 8).

9. Section 101 of the Copyright Act of 1976 defines a compilation as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." 17 U.S.C. § 101.

10. In confirming originality as the focus of copyright protection, the Court rejected an alternative theory to justify the protection of factual compilations. Relying upon a doctrine known alternatively as "sweat of the brow" or "industrious collection," some courts had extended copyright protection to every element of a factual compilation based on the labor expended by the author in compiling the constituent facts. By extending copyright protection in a compilation beyond the author's original selection, arrangement, and coordination, this line of cases "eschewed the most fundamental axiom of copyright law—that no one may copyright facts or ideas." 499 U.S. at ——, 111 S.Ct. at 1291.

11. Because of the parties' concession, we do not consider whether BAPCO's yellow pages directory, taken as a whole, is copyrightable.

ment of infringement, BAPCO must prove that Donnelley, by taking the material it copied from the BAPCO directory, appropriated BAPCO's *original* selection, coordination or arrangement.

■ The district court found that BAPCO engaged in a number of acts of selection in compiling its listings. For example, BAPCO determined the geographic scope of its directory and the closing date after which no changes in listings would be included. *Bell-South*, 719 F.Supp. at 1557–58. The district court erred, however, in implicitly determining that these selective acts were sufficiently original to merit copyright protection. Rural obviously established a geographic scope and a closing date for its white pages, which were held uncopyrightable as a matter of law in *Feist*. The district court's analysis would protect such factual elements of every compilation; any collection of facts "fixed in any tangible medium of expression" [12] will by necessity have a closing date and, where applicable, a geographic limit selected by the compiler. The district court found that BAPCO "selected" its listings by requiring its yellow pages subscribers to use a business telephone service. *Id.* at 1557. The district court also focused on a number of marketing techniques employed by BAPCO to generate its listings, such as the determination of the number of free listings offered to each subscriber, the selection of which customers to contact by an on-premise visit from sales personnel, the selection of the date of commencement of its advertisement sales campaign, and the procedure used to recommend the purchase of listings under multiple headings. *Id.* at 1557. The district court again failed to consider whether these "acts of selection" met the level of originality required to extend the protection of copyright to BAPCO's selection.

■ More fundamental, these acts are not acts of authorship, but techniques for the discovery of facts. In *Feist*, the Court emphasized the distinction "between creation and discovery: the first person to find and report a particular fact has not created the fact; he or she has merely discovered its existence." 499 U.S. at ——, 111 S.Ct. at 1288. By employing its sales strategies, BAPCO discovered that certain subscribers describe their businesses in a particular fashion and were willing to pay for a certain number of listings under certain available business descriptions. To be sure, BAPCO employed a set of strategies or techniques for discovering this data. Any useful collection of facts, however, will be structured by a number of decisions regarding the optimal manner in which to collect the pertinent data in the most efficient and accurate manner. If this were sufficient, then the protection of copyright would extend to census data, cited in *Feist* as a paradigmatic example of a work that lacks the requisite originality. 499 U.S. at ——, 111 S.Ct. at 1288. Just as the Copyright Act does not protect "industrious collection," it affords no shelter to the resourceful, efficient, or creative collector. *See Miller v. Universal City Studios, Inc.,* 650 F.2d 1365, 1372 (5th Cir. July 1981) ("The valuable distinction in copyright law between facts and the expression of facts cannot be maintained if research is held to be copyrightable."). The protection of copyright must inhere in a creatively original *selection* of facts to be reported and not in the creative means used to discover those facts. *See* 17 U.S.C. § 102(b) ("In no case does copyright protection ... extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work."). Ultimately, the district court erred by extending copyright protection to the collection of facts in the BAPCO directory based on the uncopyrightable formative acts used to generate those listings.

---

12. 17 U.S.C. § 102(a).

■ In addition to these acts of selection, the district court found that BAPCO engaged in feats of coordination and arrangement to generate its yellow pages directory. The court explains that BAPCO arranged its directory in an alphabetized list of business types, with individual businesses listed in alphabetical order under the applicable headings. The Copyright Act protects "original works of authorship." 17 U.S.C. § 102(a). BAPCO's arrangement and coordination is "entirely typical" for a business directory. *Feist*, 499 U.S. at ——, 111 S.Ct. at 1296.[13] With respect to business telephone directories, such an arrangement "is not only unoriginal, it is practically inevitable." 499 U.S. at ——, 111 S.Ct. at 1297.

BAPCO's claim of copyright in the arrangement of its directory also does not survive application of the "merger" doctrine. Under the merger doctrine, "expression is not protected in those instances where there is only one or so few ways of expressing an idea that protection of the expression would effectively accord protection to the idea itself." *Kregos v. Associated Press*, 937 F.2d 700, 705 (2d Cir.1991);[14] *see also Baker v. Selden*, 101 U.S. (11 Otto) 99, 25 L.Ed. 841 (1879). Because this is the one way to construct a useful business directory, the arrangement has "merged" with the idea of a business directory, and thus is uncopyrightable.[15]

13. While the listings in BAPCO's yellow pages required somewhat more organization and arrangement than the white pages directory considered in *Feist*, BAPCO's claim of "originality" must be resolved by comparison to other business telephone directories. BAPCO did not deviate from the arrangement of the typical business directory, which employs an alphabetical list of headings to describe the various types of business and then alphabetizes the listings under the appropriate headings

Applying *Feist*, the Second Circuit declined to extend copyright protection to the selection and arrangement of certain charts displaying the results of horse racing. *Victor Lalli Enters. v. Big Red Apple, Inc.*, 936 F.2d 671, 673–74 (2d Cir. 1991). "The format of the charts is a convention: Lalli exercises neither selectivity in what he reports nor creativity in how he reports it." *Id.* at 673. Similarly, the Ninth Circuit rejected a claim that two automobile catalogs listing replacement radiators and associated parts were substantially similar. *Cooling Sys. & Flexibles, Inc. v. Stuart Radiator*, 777 F.2d 485, 491 (9th Cir.1985). Although both works were arranged into three sections (an illustrations section, an *original equipment manufacturer section*, and an *applications section*), the court found that this arrangement was obligatory for a useful radiator parts catalog. "[T]he fewer the methods of expressing an idea, the more the allegedly infringing work must resemble the copyrighted work in order to establish substantial similarity." *Id.* A subsequent collector is not required to arrange its compilation in a fashion not usable by those for whom it is intended. *Id.* at 492. The format of a typical business telephone directory is even more obvious and well established than the radiator catalogs at issue in *Cooling Systems*.

14. *See Kern River Gas Transmission Co. v. Coastal Corp.*, 899 F.2d 1458, 1463–64 (5th Cir.) (applying merger doctrine where idea of locating pipeline along certain route was inseparable from expression of the route on a topographical map), *cert. denied*, 498 U.S. 952, 111 S.Ct. 374, 112 L.Ed.2d 336 (1990); *see also Educational Testing Services v. Katzman*, 793 F.2d 533, 539 (3d Cir.1986); *Toro Co. v. R & R Products Co.*, 787 F.2d 1208, 1212 (8th Cir.1986).

15. In *Matthew Bender & Co. v. Kluwer Law Book Publishers, Inc.*, 672 F.Supp. 107 (S.D.N.Y.1987), the court considered the application of the merger doctrine to a claim of copyright in a system of charts displaying information regarding the amount of recovery in previous personal injury cases. Both the plaintiff's work and that of the alleged infringer divided the cases into chapters corresponding to the part of the body injured and further divided the cases within each chapter based on whether the recovery was a result of a settlement, or an "adequate," "inadequate," or "excessive" award. 672 F.Supp. at 108. Each work listed the cases according to forum state, arranging awards from the same state from largest to smallest amount. In both collections, information regarding each case was organized into categories for amount, case name, plaintiff, event, injury, and further relevant data. The court rejected the plaintiff's claim of copyright, concluding that the plaintiff's work employed one of the few practical and useful means of organizing data regarding personal injury awards. The idea and the expression of such a work thus "merged." *Id.* at 109–10. Further, the information selected for display about each case was obvious and did not demonstrate the original selection, arrangement or coordination

■ The district court's suggestion that BAPCO could have arranged its headings according to the number of advertisers or to list its subscribers under each heading according to the length of time for which that subscriber had appeared under that heading misapprehends the question. The relevant inquiry is not whether there is some imaginable, although manifestly less useful, method of arranging business telephone listings. In *Feist*, Rural could have published multiple directories for its service area or listed its numbers in numerical order, by age, or by neighborhood within a single directory. The pertinent inquiry is whether the compiler has demonstrated originality, the *"sine qua non"* of copyright, in *its* arrangement or coordination. The arrangement of BAPCO's yellow pages, like that of Rural's white pages is "entirely typical" of its respective type.

■ The district court also identified acts of coordination and arrangement in the particular system of headings used in the BAPCO directory. The district court appears to find that, when Donnelley entered the listing information from the BAPCO directory, it also copied the particular heading under which that listing appeared in the BAPCO directory. 719 F.Supp. at 1558–59.[16] BAPCO, however, failed to introduce evidence sufficient to establish a genuine dis-

pute of material fact as to whether Donnelley copied the particular heading structure employed by BAPCO. Donnelley stipulated that it obtained the "business type" for each listing from the BAPCO directory. R1–8. The evidence submitted to the district court in the form of affidavit, deposition, and witness testimony reveals that Donnelley established its own system of headings and that, in constructing its data base, Donnelley entered an alphanumeric code that corresponded to the *Donnelley* heading with each BAPCO listing. 5SR2, at 183–85; 1SR–434, at 76–77, 143–44; 1SR–435, at 253–54 and Ex. 278; Deposition of John Notestein, at 10, 12, 14–15, 22. Further, the sales lead sheets generated by Donnelley from its database, as well as pages of the respective directories submitted to the district court, illustrate that Donnelley selected a somewhat different category of headings to describe the listings originally appearing in the BAPCO directory.[17] Considering the extent to which the heading structure of a classified business directory is dictated by functional considerations and common industry practice, the differences apparent in the glossary of headings employed by Donnelley are sufficient to rebut any inference of copying that otherwise might be drawn from those terms that are common to both directories.[18] In sum, the evidence before the district court requires

required for copyright protection. *Id.* at 112; *see also Coates–Freeman Assocs., Inc. v. Polaroid Corp.*, 792 F.Supp. 879, 883–84 (D.Mass.1992) (Placement of decisionmaking steps on chart purporting to categorize leadership styles was not a copyrightable feature where selection of those particular steps out of a universe of very limited options resulted in merger of any creativity into the basic idea of the chart).

16. Significantly, BAPCO registered no claim of copyright in the glossary of terms used to describe the types of businesses represented by its listings. BAPCO claims that Donnelley infringed its putative copyright in its directory (the *only* claim of copyright before the court) by somehow copying the directory onto the sales lead sheets (Appendix B). This argument exemplifies the fundamental misconception of the nature and scope of a compilation copyright. A comparison of the Donnelley sales lead sheets and the BAPCO directory pages (Appendix C) manifests no substantial similarity as to those copyrightable elements of a compilation. The dissent contin-

ues to confuse and merge the copying of uncopyrightable data with the replication of the copyrightable elements of a compilation.

17. Despite the dissent's belief to the contrary, our opinion is based on the evidence that was before the district court, including a number of sales lead sheets (Appendix B) and pages from both directories (Appendix C).

18. Where the form of expression is largely prescribed by functional constraints, the similarity of expression in a subsequent work must be very close in order to establish infringement. "Factual works are different [from works of fiction]. Subsequent authors wishing to express the ideas contained in a factual work often can choose from only a narrow range of expression.... Therefore, similarity of expression may have to amount to verbatim reproduction or very close paraphrasing before a factual work will be deemed infringed." *Landsberg v. Scrabble Crossword Game Players, Inc.*, 736 F.2d 485, 488 (9th Cir.1984).

the conclusion that, by determining the type of business of each subscriber by observation of the BAPCO directory and translating that business type into an encoded heading of its own creation, Donnelley extracted uncopyrightable information regarding the business activities of BAPCO's subscribers without appropriating any arguably original, protectable expressive element in the BAPCO glossary of headings.

Additionally, BAPCO failed to present evidence that, even if copied, its heading structure constitutes original expression warranting copyright protection. Initially, many of the selected headings, for example "Attorneys" or "Banks," represent such an obvious label for the entities appearing under these headings as to lack the requisite originality for copyright protection.[19] BAPCO can claim no copyright in the idea of dividing churches by denomination or attorneys by area of specialty. Further, any expressive act in including a category such as "Banks" or in dividing "Attorneys" into categories such as "Bankruptcy" or "Criminal Law" would lose copyright protection because it would merge with the idea of listing such entities as a class of businesses in a business directory.[20] The evidence submitted by Donnelley also establishes that many of BAPCO's headings result from certain standard industry practices, such as the recommendations of the National Yellow Pages Sales Association, with regard to the selection and phrasing of headings in business directories. Finally, as established by the testimony of BAPCO's representatives, the ultimate appearance of a particular subscriber under a certain heading is determined by the subscriber's willingness to purchase those listings in the BAPCO directory. While BAPCO may select the headings that are *offered* to the subscriber, it is the *subscriber* who *selects* from those alternatives the headings under which the subscriber will appear in the copyrighted directory. The headings that actually appear in the directory thus, do not owe their origin to BAPCO and BAPCO has claimed no copyright in the larger universe of headings that are offered to subscribers. Thus, the elements of selection, coordination and arrangement identified by the district court, and purportedly copied by Donnelley, as a matter of law, do not display the originality required to merit copyright protection.

Although purporting to consider whether Donnelley copied the original elements of selection, arrangement or coordination from the BAPCO directory, the opinion of the district court rests, at least in part, on a comparison of the appearance of corresponding pages from both directories.[21] For example, the court concluded that "Donnelley used a format nearly identical to that used by BAPCO" and that "although Donnelley's directory is not identical to BAPCO's directory, the material was copied and used to produce a directory substantially similar in both content and format." 719 F.Supp. at

---

19. *See Sem–Torq, Inc. v. K Mart Corp.*, 936 F.2d 851, 854–55 (6th Cir.1991) (Copyright law does not protect "forms of expression dictated solely by functional considerations.").

20. See *Matthew Bender*, 672 F.Supp. at 111 (Under merger doctrine, plaintiff could claim no copyright protection in headings used to display data regarding personal injury awards where "terms employed are the most logical and clear way of expressing the idea to be conveyed.... [and] these terms, or synonyms for them, are the only way of conveying the desired information.").

21. A comparison of corresponding pages from the two directories, which were before the district court as set out in Appendix C, reveals several obvious differences in typeface and graphic layout. Donnelley included different advertisements, not only in content, but also in number and design. BAPCO underlines its headings while Donnelley marks its headings with a sideways triangle. Donnelley uses a different type face. Whatever original authorship is represented by these types of presentation choices was clearly not copied by Donnelley. Further, the sales lead sheets (attached in Appendix B) produced from the ACS data base are obviously not similar in appearance or arrangement to BAPCO's directory, in which its claim of copyright was registered.

1559. The district court erred, however, by failing to consider the degree to which the similarity between the two directories was because of Donnelley's use of the uncopyrightable facts, such as name, number, address, and business type, from the BAPCO directory. Further, to the extent that this similarity of format resulted from was due to the common arrangement and coordination of the two directories into alphabetized business classifications, with alphabetized listings under each classification, the district court erred by extending the scope of BAPCO's copyright to capture the system of organization common to all classified directories in the public domain. Moreover, the other elements of format common to the two directories, such as the organization of listings into four columns, are also manifestly typical, obvious and unoriginal.

■ By comparing the overall appearance of the two directories through its comparison of the corresponding pages, the district court effectively failed to consider whether Donnelley copied the "constituent elements of the work that are original." *Feist,* 499 U.S. at ——, 111 S.Ct. at 1296. In the case of a factual compilation, a comparison of the copyright holder's work with that of the alleged infringer must distinguish similarities attributable to ideas, which are unprotected *per se,* or to expression not owned by the copyright holder, from those similarities resulting from the copying of the compiler's original elements.[22] We consider this conclusion to be compelled by section 103(b) of the Copyright Act, which directs that "[t]he copyright in a compilation or deriva-

tive work extends only to the material contributed by the author of such work, as distinguished from the preexisting material employed in the work, and does not imply any exclusive right in the preexisting material." 17 U.S.C. § 103(b).

We note that Donnelley did not copy, nor was alleged to have copied, the text or graphic material from the advertisements in the BAPCO directory, the positioning of these advertisements, the typeface, or the textual material included by BAPCO to assist the user. Unlike the infringer in *Southern Bell Tel. & Tel. Co. v. Associated Tel. Directory Publishers,* 756 F.2d 801 (11th Cir.1985), Donnelley did not photocopy, or reproduce by any equivalent means, the page by page arrangement or appearance of its competitor's directory in the process of creating its own work. Although the amount of material taken from the BAPCO directory was substantial in a purely quantitative sense, Donnelley did not, by this process, appropriate whatever original elements might arguably inhere in the BAPCO directory. Given that the copyright protection of a factual compilation is "thin," a competitor's taking the bulk of the factual material from a preexisting compilation without infringement of the author's copyright is not surprising. *Feist,* 499 U.S. at ——, 111 S.Ct. at 1289. While it may seem unfair for a compiler's labor to be used by a competitor without compensation, the Court noted in *Feist* that "[t]he primary objective of copyright is not to reward the labor of authors, but '[t]o promote the Progress of Science and useful Arts.'" 499 U.S.

---

**22.** The Second Circuit has observed:

> Although the test for infringement of original works and compilations is one of "substantial similarity," the appropriate inquiry is narrowed in the case of a compilation. As noted, the components of a compilation are generally in the public domain, and a finding of substantial similarity or even absolute identity as to matters in the public domain will not suffice to prove infringement. What must be shown is substantial similarity between those elements, and only those elements, that provide copy-

> rightability to the allegedly infringed compilation.
>
> *Key Publications, Inc. v. Chinatown Today Publishing Enters., Inc.,* 945 F.2d 509, 514 (2d Cir. 1991) (citations omitted); *see also Cooling Sys.,* 777 F.2d at 492–93 ("What is important is not whether there is substantial similarity in the total concept and feel of the works, but whether the very small amount of protectable expression in Cooling Systems' catalog is substantially similar to the equivalent portions of Stuart's catalog.") (citation omitted).

at —, 111 S.Ct. at 1290 (quoting U.S. Const. art. I, § 8, cl. 8). "To this end, copyright assures authors the right to their *original* expression, but encourages others to build freely upon the ideas and information conveyed by a work." *Id.* (emphasis added); *see also Harper & Row, Publishers v. Nation Enterprises*, 471 U.S. 539, 545–46, 105 S.Ct. 2218, 2223, 85 L.Ed.2d 588 (1985).

## IV. CONCLUSION

■ By copying the name, address, telephone number, business type, and unit of advertisement purchased for each listing in the BAPCO directory,[23] Donnelley copied no original element of selection, coordination or arrangement; Donnelley thus was entitled to summary judgment on BAPCO's claim of copyright infringement.[24] We REVERSE the judgment of the district court granting summary judgment to BAPCO on its claim of copyright infringement and enter judgment in favor of Donnelley on this claim.

**23.** The common errors in the BAPCO and Donnelley listings prove only that Donnelley admittedly copied the name, number, address, and type of business from every BAPCO listing. The presence of common errors is not probative of whether the portions of the BAPCO directory copied by Donnelley included the copyrightable elements of original selection, coordination and arrangement. In *Feist*, the alleged infringer copied every listing from the compilers' white pages, including four erroneous listings. 499 U.S. at —, 111 S.Ct. at 1287. Because Rural copied only uncopyrightable facts, however, the presence of common errors was not relevant. *See also* Shira Perlmutter, "The Scope of Copyright in Telephone Directories: Keeping Listing Information in the Public Domain," 38 J. Copyright Society 1, 5–6 (Fall 1990) ("Where, as in *Feist*, the defendant has admitted copying, such evidence is simply irrelevant. Copying of erroneous or fictitious entries has no bearing on the question of whether material admittedly copied is protected by the plaintiff's copyright, and if so, whether the taking is substantial."); Alan Latman, "Probative Similarity as Proof of Copying: Toward Dispelling Some Myths in Copyright Infringement," 90 Columbia L.Rev. 1187, 1204–06 (1990) (distinguishing use of common errors as proof of copying from use as proof of substantial similarity of protected material).

**24.** Summary judgment in favor of the defendant in an infringement action is appropriate where the similarity between the two works concerns only uncopyrightable elements of the plaintiff's work. *Arica Inst., Inc. v. Palmer*, 970 F.2d 1067, 1072 (2d Cir.1992); *Warner Bros., Inc. v. American Broadcasting Cos.*, 720 F.2d 231, 240 (2d Cir.1983).

# APPENDIX A
## [R1-1-Exs. C & D]

CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

OFFICIAL SEAL

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX
TA **1-425-775**

TX TXU

EFFECTIVE DATE OF REGISTRATION

**OCT 1 0 1984**

Month Day Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Greater Miami Yellow Pages, Volume I, A thru L,
October 1984 Issue, Florida Telephone Directory, (12601)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
BellSouth Advertising & Publishing Corporation

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ United States
{Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally...

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text and Compilation

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR {Citizen of ▶
{Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
{Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August Day ▶ 27 Year ▶ 1984
United States ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

BellSouth Advertising & Publishing Corporation
250 Alhambra Circle Room 335
Coral Gables, Florida 33134

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
10 OCT 1984
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
10 OCT 1984

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**EXHIBIT**

**C**

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

1448

EXAMINED BY

FORM TX

CHECKED BY

CORRESPONDENCE ☐ Yes

DEPOSIT ACCOUNT ☑ FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

TX 1-425-775

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼
TX-1-208-872 10/11/83

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
October 1983 Issue

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional Text and Editorial Revision

**6**

See instructions before completing this space

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼ Places of Manufacture ▼
Ruralist Press, Inc. Atlanta, Georgia

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Account Number ▼
BellSouth Advertising & Publishing Corp. DA022233

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
BellSouth Advertising & Publishing Corporation
250 Alhambra Circle Room 335
Coral Gables, Florida 33134
Area Code & Telephone Number ▶ 1-305-529-3315

**9**

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of BellSouth Adv. & Pub. Corp.
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3
Virginia Munson date ▶ 9/27/84

Handwritten signature (X) ▼

**10**

**MAIL CERTIFI-CATE TO**

Name ▼ ATTN: Virginia Munson
BellSouth Advertising & Publishing Corporation
Number/Street/Apt/Number ▼
250 Alhambra Circle Room 335
City/State/ZIP ▼
Coral Gables, Florida 33134

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington D.C. 20559

**11**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE 1982 361-278/58 Sept 1982—600,000

CERTI:ICATE OF COPYRIGHT REGISTRATION

Additional certificate (17 U.S.C. 706)

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 1-425-783

TX TXU

EFFECTIVE DATE OF REGISTRATION

10 10 84
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Greater Miami Yellow Pages, Volume II, M thru Z, Florida .
Telephone Directory, October 1984 Issue (12601)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give. Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

**2**

NAME OF AUTHOR ▼
a BellSouth Advertising & Publishing Corporation

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law the "author" of a "work made for hire" is generally

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Entire Text and Compilation

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August Day ▶ 27 Year ▶ 1984
United States ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

BellSouth Advertising & Publishing Corporation
250 Alhambra Circle Room 335
Coral Gables, Florida 33134

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
10 OCT 1984
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
10 OCT 1984
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5 11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

**EXHIBIT**
D

DO NOT WRITE HERE
Page 1 of ___ pages

1450

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
☑ FUNDS USED

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX
1-425-783

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼
TX-1-208-871 10/11/83

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
October 1983 Issue

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional Text and Editorial Revision

**6**

See instructions
before completing
this space

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼ Places of Manufacture ▼
Ruralist Press, Inc. Atlanta, Georgia

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Account Number ▼
BellSouth Advertising & Publishing Corp. DA022233

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
BellSouth Advertising & Publishing Corporation
250 Alhambra Circle Room 335
Coral Gables, Florida 33134
Area Code & Telephone Number ▶ 1-305-529-3315

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of BellSouth Adv. & Pub. Corp.
of the work identified in this application and that the statements made Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3
Virginia Munson date ▶ 9/27/84

Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼ ATTN: Virginia Munson
BellSouth Advertising & Publishing Corporation
Number/Street/Apartment Number ▼
250 Alhambra Circle Room 335
City/State/ZIP ▼
Coral Gables, Florida 33134

Have you
• Completed all necessary
 spaces?
• Signed your application in space
 10?
• Enclosed check or money order
 for $10 payable to Register of
 Copyrights?
• Enclosed your deposit material
 with the application and fee?

MAIL TO Register of Copyrights,
Library of Congress Washington,
D.C 20559

**11**

* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

☆U S GOVERNMENT PRINTING OFFICE 1982 361 278/55 Sept 1982—600 000

# APPENDIX B
## [1SR1-8-445, Ex. 17]

**SALES LEAD**

Donnelley Information Publishing

ACCOUNT TELEPHONE NO.: 305-635-2716
ACCOUNT NAME. HAVANA WELDING SUPPLIES
ACCOUNT ADDRESS 2163 NW 36TH ST

Miami PL 33/42

| LIST TELEPHONE | LIST NAME | LIST ADDRESS | HEADING | UNIT | RATE | |
|---|---|---|---|---|---|---|
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | — E229 —<br>EXPORTERS<br>HAVANA WELDING SUPPLIES | TPL | $18.00 | N/A |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | — G623 —<br>GAS-INDUSTRL & MEDICAL-<br>CYLINDER & BULK | PL 1/FL. | $18.00<br>$8.00 | N/A |
| 635-2716 | HAVANA WELDING | 2163 NW 36 ST | — W177 —<br>WELDING EQUIPMENT &<br>SUPPLIES | THC | $1,043.20 | N/A |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | — W177 —<br>WELDING EQUIPMENT &<br>SUPPLIES<br>HOBART ABC WELDING<br>SYSTEMS | TRL | $4.00 | N/A |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | — W177 —<br>WELDING EQUIPMENT &<br>SUPPLIES<br>ARC RESISTANCE WELDING | TN | $13.00 | N/A |

CONTINUED ON PAGE 2

THE FREE LIST WILL APPEAR AT
WELDING EQUIPMENT & SUPPLIES ... DIR

CHANGE TO

CUSTOMER SIGNATURE
(FOR FREE LIST VERIFICATION ONLY)

PRINT SIGNER'S NAME

SALESPERSON

☐ ALL INFORMATION IS CORRECT ☐ CHANGE PHONE # ☐ OUT OF BUSINESS
☐ EASE EXCLUDE—DNC ☐ ACCOUNT HAS MOVED ☐ CHANGE FREE LIST HEADING

**IMPORTANT** — IF NO SALE THIS FORM MUST BE COMPLETED AND RETURNED TO OFFICE

FORM CH 5170

PLAINTIFF'S EXHIBIT

# SALES LEAD

**Donnelley Information Publishing**

ACCOUNT TELEPHONE NO 305-635-2716
ACCOUNT NAME: HAVANA WELDING SUPPLIES

ACCOUNT ADDRESS 2163 NW 36TH ST

Miami FL 23142

DATE .
PAGE . OF
NUMBER :
EARLIEST CLOSE DIRECTORY

| LIST TELEPHONE | LIST NAME | LIST ADDRESS | HEADING | UNIT | RATE | DIR CODE |
|---|---|---|---|---|---|---|
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | - W177 - WELDING EQUIPMENT & SUPPLIES MECO WELDING EQUIPMENT | TN 1/TNE | $19.80 $8.00 | MIA |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | - W177 - WELDING EQUIPMENT & SUPPLIES LINCOLN ARC WELDING EQUIPMENT | TRL | $8.00 | MIA |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | - W177 - WELDING EQUIPMENT & SUPPLIES | ABL | $18.80 | MIA |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 35TH ST | - W177 - WELDING EQUIPMENT & SUPPLIES SMITH WELDING EQUIPMENT | TN 1/TNE | $19.80 $8.00 | MIA |
| 635-2716 | HAVANA WELDING SUPPLIES | 2163 NW 36TH ST | - W177 - WELDING EQUIPMENT & SUPPLIES HAVANA WELDING SUPPLIES | TRL | $19.80 | MIA |

** ACCOUNT TOTAL ** $1,207.80

THE FREE LIST WILL APPEAR AT

WELDING EQUIPMENT & SUPPLIES
- W177 -
CHANGE TO

☐ ALL INFORMATION IS CORRECT ☐ CHANGE PHONE # ☐ OUT OF BUSINESS

☐ PLEASE EXCLUDE—DNC ☐ ACCOUNT HAS MOVED ☐ CHANGE FREE LIST HEADING

**IMPORTANT** -- IF NO SALE THIS FORM MUST BE COMPLETED AND RETURNED TO OFFICE

FORM CH 5110

CUSTOMER SIGNATURE
(FOR FREE LIST VERIFICATION ONLY)

PRINT SIGNERS NAME

SALESPERSON

. DIR

DATE

SALES I D.

WIP ENTERED

QC

# SALES LEAD

**Donnelley Information Publishing**

ACCOUNT TELEPHONE NO. 305-592-3440
ACCOUNT NAME: METALLIC ENGINEERING COMPANY INC.
ACCOUNT ADDRESS: 5150 NW 72ND AV
Miami FL 93/66

PAGE 1 of
NUMBER 30673
EARLIEST CLOSE DIRECTORY

| LIST TELEPHONE | LIST NAME | LIST ADDRESS | HEADING | UNIT | RATE | DIR CO |
|---|---|---|---|---|---|---|
| 592-3440 | METALLIC ENGINEERING COMPANY INC | 5150 NW 72ND AV | - A635 - ALUMINUM PHONONE FAB. | FL 1/ET | 118.80 / 18.00 | MIA |
| 592-3440 | METALLIC ENGINEERING CO INC | 5150 NW, 72 AV | - MX26 - METAL FABRICATORS | QC | 177.20 | MIA |
| 592-3440 | METALLIC ENGINEERING COMPANY INC | 5150 NW 72ND AV | - MX26 - METAL FABRICATORS | ABL | 118.80 | MIA |
| 592-3440 | METALLIC ENGINEERING COMPANY INC | 5150 NW 72ND AV | - S395 - STEEL FABRICATORS | DL 1/CT | 118.80 / 18.00 | MIA |

** ACCOUNT TOTAL ** $2,44.60
275.00

THE FREE LIST WILL APPEAR AT

METAL FABRICATORS
- MX26 -
CHANGE TO _____ DIR

[ ] ALL INFORMATION IS CORRECT [ ] CHANGE PHONE # [ ] OUT OF BUSINESS
[ ] [ ] ACCOUNT HAS MOVED [ ] CHANGE FREE LIST HEADING

CUSTOMER SIGNATURE
(FOR FREE LIST VERIFICATION ONLY)
PRINT SIGNERS NAME
SALESPERSON
ENTERED
SALES ID
WIP

1454

# SALES LEAD

**Donnelley Information Publishing**

Yellow Pages

ACCOUNT TELEPHONE NO.: 305-696-1333

ACCOUNT NAME: EVIAN

ACCOUNT ADDRESS: 3455 NW 73RD ST

Miami FL 33147

EARLIEST CLOSE DIRECTORY

| LIST TELEPHONE | LIST NAME | LIST ADDRESS | HEADING | UNIT | RATE | DIR. CODE |
|---|---|---|---|---|---|---|
| 696-1333 | MOUNTAIN VALLEY WATER CO | 3455 NW 73RD ST | WATER COOLERS - W142 | 2/EL | $8.00 | MIA |
| | | | | | $16.00 | |
| 696-1333 | MOUNTAIN VALLEY WATER CO | 3455 NW 73RD ST | WATER COOLERS - W142 | BL 2/EL | $18.80 | MIA |
| | | | | | $16.00 | |
| 696-1333 | MOUNTAIN VALLEY WATER CO | 3455 NW 73RD ST | WATER COOLERS - W142 | TEL | $9.00 | MIA |
| | | | | OASIS WATER COOLERS | | | |
| 696-1333 | EVIAN | 3455 NW 73RD ST | - W143 | EACH | $76.30 | MIA |
| | | | WATER COMPANIES-BOTTLED, BULK, ETC | | | |
| 696-1333 | MOUNTAIN VALLEY WATER | | WATER COMPANIES-BOTTLED BULK, ETC - W143 | | $516.60 | MIA |
| 696-1333 | MOUNTAIN VALLEY WATER CO | 3455 NW 73RD ST | WATER COMPANIES-BOTTLED, BULK, ETC - W143 | | $107.40 | MIA |
| | | | | ** ACCOUNT TOTAL ** | $767.10 | |

THE FREE LIST WILL APPEAR AT

WATER COMPANIES-BOTTLED, BULK, ETC ____ DIR
- W43 -

CHANGE TO

- [ ] ALL INFORMATION IS CORRECT
- [ ] CHANGE PHONE #
- [ ] OUT OF BUSINESS
- [x] PLEASE EXCLUDE-DNC
- [ ] ACCOUNT HAS MOVED
- [ ] CHANGE FREE LIST HEADING

CUSTOMER SIGNATURE _____ DATE _____
(FOR FREE LIST VERIFICATION ONLY)

PRINT SIGNERS NAME _____

SALESPERSON _____ SALES I.D. _____

WIP _____ ENTERED _____

SALES LEAD

Southern Bell Advertising & Publishing

A company of The BellSouth Corporation

YellowPages

ACCOUNT TELEPHONE NO. 3C5-594-0424
ACCOUNT NAME. STARR APPLIANCES
ACCOUNT ADDRESS: 4200 NW 72ND AV
Miami FL 33766

PAGE ___ OF ___
NUMBER ___
EARLIEST CLOSE DIRECTORY

| LIST TELEPHONE | LIST NAME | LIST ADDRESS | HEADING | UNIT | RATE | DIR | COI |
|---|---|---|---|---|---|---|---|
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A136.- AIR CONDITICNING-ROOM UNITS WHITE-WESTINGHOUSE ROOM AIR CONDITIONERS SALES & SERVICE | IRL | $8.00 | M | |
| 5 -0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A136 - AIR CONDITIONING-ROOM UNITS | BL | $18.00 | | |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A137 - AIR CONDITICNING EQUIPMENT & SYSTEMS | BL | $18.00 | | |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A696 - APPLIANCES-HOUSEHOLD-MAJCR-DEALERS | EL | $18.00 | | |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A698 - APPLIANCES-HOUSEHOLD-SMALL-DEALERS | EL | $12.00 | | |

CONTINUED ON PAGE 2

THE FREE LIST WILL APPEAR AT
RANGES & OVENS-DEALERS _____ DIR

CHANGE TO _____

[ ] ALL INFORMATION IS CORRECT [ ] CHANGE PHONE # [ ] OUT OF BUSINESS
[ ] .LEASE EXCLUDE--DNC [ ] ACCOUNT HAS MOVED [ ] CHANGE FREE LIST HEADING

**IMPORTANT** -- IF NO SALE THIS FORM MUST BE COMPLETED AND RETURNED TO OFFICE

CUSTOMER SIGNATURE _____
(FOR FREE LIST VERIFICATION ONLY)

PRINT SIGNERS NAME _____

SALESPERSON _____ SALES I.D _____

WIP _____ ENTERED _____ DATE _____

QC _____

FORM CH 5110

1456

# SALES LEAD

**Donnelley Information Publishing**

Yellow Pages

ACCOUNT TELEPHONE NO.: 305-594-0424
ACCOUNT NAME: STARR APPLIANCES
ACCOUNT ADDRESS: 4200 NW 72ND AV

FL 33816

| LIST TELEPHONE | LIST NAME | LIST ADDRESS | HEADING | UNIT | RATE | DIR COL |
|---|---|---|---|---|---|---|
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A708 - APPLIANCES-HOUSEHOLD-MAJOR-WHOL & MFRS | EL | $18.60 | MIA |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - A71C - APPLIANCES-HOUSEHOLD-SMALL-WHOL & MFRS | BL | $18.00 | MIA |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - D681 - DISHWASHING MACHINES-DEALERS WHITE-WESTINGHOUSE DISHWASHERS SALES & SERVICE | TRI | $8.00 | MIA |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - D681 - DISHWASHING MACHINES-DEALERS | BL | $18.80 | MIA |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - P228 - EXPORT REPRESENTATIVES | BL | $18.80 | MIA |
| 594-0424 | STARR APPLIANCES | 4200 NW 72ND AV | - I115 - ICE MAKING EQUIPMENT & MACHINES | BL | $18.80 | MIA |

CONTINUED ON PAGE 3

THE FREE LIST WILL APPEAR AT
RANGES & OVENS-DEALERS

CHANGE TO _____ DIR

☐ CHANGE PHONE #
☐ ACCOUNT HAS MOVED
☐ ALL INFORMATION IS CORRECT ☐ OUT OF BUSINESS
☐ PLEASE EXCLUDE-DNC ☐ CHANGE FREE LIST HEADING

**IMPORTANT** - IF NO SALE THIS FORM MUST BE COMPLETED AND RETURNED TO OFFICE

FORM CH 5110

CUSTOMER SIGNATURE _____ DATE _____
(FOR FREE LIST VERIFICATION ONLY)

PRINT SIGNERS NAME _____

SALESPERSON _____ SALES I D _____

WIP _____ ENTERED _____

DC _____

APPENDIX C

[1SR1-8-445, Ex. 18]

BAPCO Directory Pages (appearing first in each set) With
Corresponding Donnelley Directory Pages

472 [...es—Brake YELLOW PAGES 12601 © BellSouth Advertising & Publishing Corporation 1984

## Boxes—Paper—(Cont'd)

**FLORIDA PACKAGING CORP**
261 SW 12th Av Pompano
 Miami Tel No-944-8046
*(Please See Our Display Ad This Page)*

Gift Box Corporation Of America
 777 NW 72nd Av---------------261-3352

**GRAPHIC FINISHERS & BOX COMPANY INC**
6908 NW 46 St-----------------592-5542

Hialeah Paper Box Inc
 7500 W 18 Ln Hlh---------------821-5601

Malnove Inc
 13434 F Omaha Neb
 Toll Free-Dial "1" & Then----800 228-9877

Malnove Inc
 4115 University Court
 Jacksonville ------------- 1 904 733-4770

**RIVEX DISTRIBUTORS**
9605 NW 79th Av Hlh Gardns------825-1402

**RIVERSIDE PAPER CO INC**
5770 NW 36th Av-----------------633-5221

Simkins Industriel Inc 2800 Simkins Rd-871-3820

**SPECIALTY PAPER BOX CO**
11900 SW-128th St---------------255-2700
*(Please See Our Display Ad This Page)*

Undsee 1037 W 29 St Hlh----------885-7181

**WRIGHT BROS PAPER BOX CO OF FLORIDA INC**
7435 W 20th Av Hlh--------------821-5531

## Boxes—Paper—Folding

Action Advertising Branch Office
 5940 SW 73rd St SM----------667-6111

Florida Packaging Corp
 261 SW 12th Av Pompano
 Miami Tel No.944-8046

## Boxes—Paper—Whol & Mfrs

**PAPER DESIGNS & SALES INC**
8672 SW 40th St-----------------558-8668

**WRIGHT BROS PAPER BOX CO OF FLORIDA INC**
7435 W 20th Av Hlh--------------821-5531

Southern Bell participates
in community projects.

---

## Boxes—Plastic & Transparent

Able Box Co Division United States Box Corp
 10,000,000 In Stock—Free Catalog
 1296 McCarter Hwy Newark NJ
 Toll Free-Dial "1" & Then----800 221-0999

**GARY PLASTIC PACKAGING CORP**
 • Mfr. & Designer of Plastic Boxes
 • Stockline™ Service
 • 110 Sizes for Immediate Delivery
 770 Garsn Av Bronx NY
 Toll Free-Dial "1" & Then-800 221-8150

Mira Box Company----------------823-3960

**NESTIER CONTAINERS**
 *DEALERS*
HAL HOLMYARD MATERIALS HANDLING
 All Types—Plastic—Metal—Wire
 6333 Sunset Dr SM--------------667-6703

## Boxes—Specialty & Fancy

All-Pak Paper Inc 611 SW 71st Av-----261-2771
Bloom Boxes Inc 7255 NE 4th Av-------757-5040
Canal Sales Co
 See Our Ad Watch Straps &
 Bands—Whol
 70 W 22nd St Hlh--------------885-6603

**CONTINENTAL DISPLAY & BOX BOUTIQUE INC**
14 NE 1st Av--------------------358-4546
*(Please See Our Display Ad This Page)*

Delta Container
 1677 W 33rd Pl Hlh------------556-0788

Jewelry Display Inc 14 NE 1st Av----372-9805

**MIAMI CIGAR BOX INC**
23 Beacom Blvd-----------------541-0729

Rivex Distributors
 9605 NW 79th Av Hlh Gardns-----825-1402

Let newcomers get
acquainted with you—
Include all of your lines
In these Yellow Pages.

---

## Boxes—Specialty & Fancy—(Cont'd)

**RODY INC**

 JEWELRY BOXES
 Cotton Filled Boxes
 DISPLAYS & TRAYS

 139 NE 1st St---------------374-0009
 139 NE 1st St---------------374-0008

**WRIGHT BROS PAPER BOX CO OF FLORIDA INC**
7435 W 20th Av Hlh--------------821-5531

## Boxes—Used

General Boxes And Pallets Corp
 Produce & Vegetable Boxes Only
 1050 NW 21st St---------------324-1021
United Crates Inc 3495 NW 53rd St----634-7175

## Boxes—Wooden

**GENERAL BOXES AND PALLETS CORP**
 Produce & Vegetable Boxes Only
 1050 NW 21st St---------------324-1021

Industrial Containers A Division Of Industrial
Box & Crating Corp
 2141 NW 72nd Av--------------591-8188

**LANE BOX & CRATE CO**
 CUSTOM PLYWOOD BOXES
 We Can Do It Yesterday
 *See Our Ad Packing & Crating*
 6300 NE 4th Av----------------759-4246

Miami Cigar Box Inc 23 Beacom Blvd---541-0729

## Boxing & Wrestling Arenas

 See Stadiums, Arenas &
 Athletic Fields

## Boys' Clothing & Furnishings—Retail

Bailey Men's & Boy's Wear Inc
 1197 SE 1 St-----------------373-4207

**BOY'S TOWNE**
6602 SW 57th Av SM-------------661-8386

**BOY'S WORLD** 374 Miracle Mile CG--447-1502

Boys World Inc 1225 NE 163rd St----949-3632

**DORWIN'S MEN'S & BOY'S SHOP**
1575 Washington Av MB---------532-4061
*(Please See Our Display Ad This Page)*

Gr8 For Kids
 4312 KW 150th St Op Lks-------687-8023

**PREP SHOP THE**
 Boys Sizes 8-20
 Girls Sizes 7-14
 Featuring Ralph Lauren
 19575 Biscayne Blvd-----------932-2667

Schefter's 10 N Miami Av---------377-3134
Young Land Fashions
9561 Harding Av Surfside--------865-0266

People who use the Yellow
Pages are shopping now.

---

## Boys' Clothing & Furnishings—Whol & Mfrs

B & B Corp 2932 NW 21st Ter------325-1094
Go Young Fashions 3050 NW 40 St----638-3883
Lucy Fashions 752 W Flagler St-----324-1610

**MIAMI INTERNATIONAL MERCHANDISE MART**
WHOLESALE TO THE TRADE
4000 Lines on Display Daily
777 NW 72rd Av----------------261-2900

Minikin Corp 7435 W 16th Ln Hlh----557-5121
Rydal Manufacturing Corp
 7435 W 16th Ln Hlh-----------557-5121

## Braces—See Orthopedic Appliances

## Braids

Farber Braid Company Inc
 48 West 38th St New York NY
 Toll Free-Dial "1" & Then----800 223-2702
Venus Trimming Sales Corp
 4747 Collins Av MB-----------532-0991

## Brake Service

A-1 Accurate Automotive
 17868 S Dixie Hwy------------235-7366
A-1 Alignment & Frame Inc
 2344 NE 2nd Av--------------576-0323
A-1 Machinery Corp 7250 NW 43rd St--593-0353
A B C Brake Service 7751 NW 7th Av--751-5757
Abcott Brake Center 751 NW 54th St--754-8583
AMERI TIRE INC 9701 NW 7th Av------758-6911
American Brake & Tire
 2024 NE 161st St NMB---------940-7196

**AMMCO TOOLS INC**
 *DISTRIBUTOR*
SUNSET EQUIPMENT DISTRIBUTORS INC
 7307 NW 8th St---------------264-8001

Andrews Auto Repair Service
 5101 NW 7th Av---------------754-0032
Auro Motor Company Inc 4501 SW 8 St-448-4582

Answer your telephone
promptly.

SERVICE OR PRODUCT?
LOOK IN
THE YELLOW PAGES.

---

**FLORIDA PACKAGING CORP.**
MANUFACTURERS OF
• CUSTOM FOLDING BOXES
• COUNTER DISPLAYS
• BLISTER CARDS
• SKIN PACKING CARDS
**944-8046**
261 SW 12 AV. POMPANO BEACH

FOLDING CARTONS
COUNTER DISPLAYS AND CARDS
CELLOPHANE WINDOW CARTONS
AUTOMATIC STYLE CARTONS
CREATIVE DESIGN DEPT.
CORRUGATED PRINTED DISPLAYS
BLISTER AND SKIN PACKING CARDS
**255-2700**
11900 SW 128th ST.,
MIAMI, FLA. 33186

**CONTINENTAL DISPLAY & BOX BOUTIQUE INC.**
• FINE JEWELRY DISPLAY
• BOXES
DOWNTOWN MIAMI
• IMPORTED & DOMESTIC
• Importers of Fancy Italian Boxes
• SPECIALIZING IN STORE AND WINDOW DESIGNING
An Exclusive And Affordable Touch Of Class
Seybold Building — Suite 145
**358-4546**
14 NE 1st AVE.

**DORWIN'S**
SUITS — SPORTCOATS
SHIRTS — SLACKS — OUTER WEAR
• REGULAR • SLIMS • HUSKIES • SIZES 10 TO 20
• Pierre Cardin • Yves St. Laurent • John Weitz
and others
COMPLETE OUTFITS FOR CONFIRMATION & BAR MITZVAH
ALSO MEN'S & YOUNG MENS CLOTHING ALL SIZES
**532-4061**
1574 WASHINGTON AV. MIAMI BEACH

12596 © Donnelley Information Publishing 199

## ►BOWLING LANE EQUIPMENT & SUPPLIES

BOB WHITE'S BOWLING PRO SHOP
9275 Bird Road S Miami----------221-1221
BOB WHITE'S BOWLING PRO SHOP &
BILLIARD SUPPL
1227 NE 2 Av Miami----------------374-0642
BRUNSWICK INTERNATIONAL LIMITED
1320 S Dixie Hwy Coral Gables -------665-3122

## ►BOWS

See Ribbons

## ►BOX LUNCHES

JUMBO'S RESTAURANT
7503 NW 7th Av Miami --------------751-1127
PALACE CATERING
2211 NW 2nd St Miami-----541-6287
30'S CAFE THE
822 Lincoln Rd Miami Bch -----------532-5882

## ►BOX PARTITIONS

SUNSHINE PACKAGING CO
975 W 22 St Hialeah------------------887-8141

## ►BOXES—CORRUGATED & FIBER

ALTON PACKAGING CORP
6891 NW 74th St Medley --------888-2331
CUETO PACKAGING PRODUCTS
2330 NW 21 Terrace Miami----------634-1000
KOLE INDUSTRIES INC
3553 NW 50 St Miami----------------633-2556
SALEX PRODUCTS INC
6108 NW 74th Av Miami--------------591-0042
SPECIALTY PAPER BOX CO
11900 SW 128th St Miami----------255-2700
SUNSHINE PACKAGING CO
975 W 22 St Hialeah------------------887-8141

## ►BOXES—PAPER

ALL-PAK PAPER (DIVISION OF ARROW
PAPER CHEMICAL CO)
3600 NW 59 St Miami----------------638-8098
DADE PAPER AND BAG COMPANY INC
2323 NW 72 Av Miami---------------592-1020
SIMKINS INDUSTRIES INC
2800 Simkins Rd Miami--------------871-3820
SPECIALTY PAPER BOX CO
11900 SW 128th St Miami----------255-2700
WRIGHT BROS PAPER BOX CO OF FLORIDA
INC 7435 W 20th Av Hialeah -------821-5531

## ►BOXES—PLASTIC & TRANSPARENT

HOLMYARD MATERIALS HANDLING-DIV
R O I 8333 Sunset Dr Miami--------667-6703
TROPICAL PAPER BOX CO
7000 NW 25th St Miami-------------592-5520

## ►BOXES—SPECIALTY & FANCY

CONTINENTAL DISPLAY & BOX BOUTIQUE
INC 36 NE 1st St #145 Miami------374-5572
GENERAL BOXES & PALLETS CORP
2150 NW 8 Av Miami-----------------324-1021
JEWELRY DISPLAY INC
14 NE 1st Av Miami-----------------372-9805
ROOF INC 139 NE 1st St Miami------374-0005
139 NE 1st St Miami----------------374-0009
WRIGHT BROS PAPER BOX CO OF FLORIDA
INC 7435 W 20th Av Hialeah -------821-5531

## ►BOXES USED

UNITED CRATES INC
3495 NW 53rd St Miami------------634-7175

## ►BOXES—WOODEN

GENERAL BOXES & PALLETS CORP
2150 NW 8 Av Miami-----------------324-1021

## ►BOXING FOR EXPORT

See Packing & Crating Service

---

## ►BOYS' CLOTHING & FURNISHINGS—RETAIL

BALEY MEN'S & BOY'S WEAR INC
137 SE 1 St Miami-------------------373-4207
BOY'S TOWNE
6602 SW 57th Av S Miami-----------661-8386
BOY'S WORLD
374 Miracle Mile Coral Gables--------447-1502
DORWIN'S
1574 Washington Av Miami Bch ------532-4061
DORWIN'S MEN'S & BOY'S SHOP
1574 Washington Av Miami Bch ------532-4061

## ►BRACES—ORTHOPEDIC

See Orthopedic Appliances

## ►BRAKE SERVICE

A-1 ACCURATE AUTOMOTIVE
17888 S Dixie Hwy Miami-----------235-7356
A & A AUTO WORK INC
9092 NW 9 River Dr Medley---------887-5776

### AMERI TIRE CORP
Please See Our Ad This Page
9701 NW 7th Ave Miami-----------758-7112
BMW & FIAT AUTO REPAIR INC
7339 NW 61 Street Miami-----------863-1095
BRAKE SERVICE & EQUIP CO
3235 NW 41st Miami----------------635-6521
BURT & CHARLEY'S ENGINE REBUILDERS
7300 NW 2nd Av Miami-------------751-4415
CENTRAL DEALER
845 SW 8 St Miami-----------------855-7264

### CORVETTE BRAKES INC

"Your Corvette Brake Headquarters"
• We Manufacture & Install
• Wholesale/Retail
• Lifetime Warranty
• Rear Wheel Bearing Kits
& Installations
CHECK OUR LOW PRICES

CORVETTE BRAKES INC
4041 NW 25th St Miami------------871-3925
DADE TIRE CO INC
1455 N Miami Av Miami-------------373-9692
ECONOMY AUTO SERVICE
6960 SW 47 Street Miami-----------223-0571
ERICH'S GERMAN CAR REPAIR INC
8831 SW 129 St Miami-------------232-2191
EUREKA GENERATOR & RADIATOR
17060 S Dixie Hwy Miami----------251-4822
FIRESTONE STORES DIV OF FIRESTONE
TIRE & RUBBER CO
Dadeland 7201 SW 88th St Miami----667-4866
5825 SW 137th Av Miami-----------385-1987
110 NE 8th St Homestead----------247-2544
1569 Alton Rd Miami Bch-----------538-2747
20701 S Dixie Hwy Miami----------233-7641
FRANK'S AUTOMOTIVE INC
10441 SW 185th Ter Perrine---------251-8005
GOODYEAR TIRE & RUBBER CO THE
17110 S Dixie Hwy Miami----------253-4704
HAROLD'S GARAGE
5761 Commerce Ln Miami-----------661-6931

CHECK "HOURS OPEN FOR
BUSINESS" IN THESE YELLOW PAGES

---

## BRAKE SERVICE (Cont'd)

HERBIN PAINT & BODY SHOP
3051 SW 38th Ct Coral Gables -------443-6909
J P'S AUTO SERVICE
17832 S Dixie Hwy Miami----------233-5619
JOBBERS EQUIPMENT WAREHOUSE INC
5440 NW 78th Av Miami------------592-8730
KENDALL FALLS AUTOMOTIVE SERVICE
Free Estimates-Certified Mechanics
8800 SW 129 Ter Miami-------------253-1720
MIAMI AUTO TECH INC
Complete Mechanical Services
4605 SW 74th Av Miami------------261-7627
MIDAS MUFFLER & BRAKE SHOPS
900 SW Le Jeune Rd Miami---------443-9022
NEW WORLD COMING MECHANIC
7124 NW 2nd Ct Miami------------754-8864
NORTON TIRE COMPANY
1454 Alton Rd Miami---------------672-5353
NORTON TIRE COMPANY INC
Airport 7208 NW 25th St Miami------593-1191
8890 Bird Rd Miami----------------552-6655
9091 S Dixie Hwy Miami-----------667-7575
1700 NE 163rd St N Miami Bch-------945-7454
1275 W 49th St Hialeah------------822-2500

### NORTON TIRE SERVICE CENTERS

Complete Brake
Service By
Certified
Mechanics

Most Major Credit Cards Accepted
"Where To Call"

NORTON TIRE CO INC
7525 NW 82nd Ave---------------593-7040
READON'S GARAGE
201 S Dixie Hwy Miami------------446-6085
RODOLFO'S AUTO REPAIR INC
647 SW 8 St Miami----------------858-8492
SUNSET EQUIPMENT DISTRIBUTORS INC
7307 NW 6th St Miami------------264-9001
THE CAMARO PLACE-DIVISION OF GUBY'S
INC 2795 NW 17 Avenue Miami------635-9935
VALES AUTO SERVICES
1541 W 40 St Hialeah-------------821-1231
VEGA BRAKE INC
8851 SW 40 St Miami-------------551-9588
VEGA BRAKES INC
2885 NW 17 Av Miami------------633-5687
WIZARD THE
5884 Commerce Lane Miami--------667-0724
Z SHOP INC THE
13110 S Dixie Hwy Miami---------253-5680

## ►BRAKE SERVICE EQUIPMENT

AMMCO TOOLS SERVICE
13925 SW 140th St Miami----------253-0771
RETREADERS SUPPLY COMPANY INC
7332 NW 79th Terr Miami----------667-7968

## ►BRAKE SHOE BONDING & EXCHANGING

MIAMI CLUTCH & BRAKE SERVICE
111 NW 20th St Miami------------573-0067

---

## ►BRAKES—LINING—MFRS & DISTRS

AUTOMOTIVE AND INDUSTRIAL CLUTCH
AND PARTS CO Hialeah-----------885-2520
BENDIX HEAVY DUTY BRAKES

Heavy Vehicle
Systems Group

AUTHORIZED DISTRIBUTOR

BRAKE SERVICE & EQUIP CO
3235 NW 41st Miami-------------835-652

### CORAL AUTO PARTS INC

Complete Stock Of
Foreign &
Domestic Parts
Machine Shops
Open 6-days M-Sat
Se Habla Español

"FOR INFORMATION CALL"

CORAL AUTO PARTS INC
2255 SW 32nd Av Miami----------448-115

### CORVETTE BRAKES INC

"Your Corvette Brake Headquarters"
• We Manufacture & Install
• Wholesale/Retail
• Lifetime Warranty
• Rear Wheel Bearing Kits
& Installations
CHECK OUR LOW PRICES

CORVETTE BRAKES INC
4041 NW 25th St Miami----------871-392

## ►BRAKES—MFRS & DISTRS

### CORVETTE BRAKES INC

"Your Corvette Brake
Headquarters"
• We Manufacture & Install
• Wholesale/Retail
• Lifetime Warranty
• Rear Wheel Bearing Kits
& Installations
CHECK OUR LOW PRICES

CORVETTE BRAKES INC
4041 NW 25th St Miami----------871-392

## ►BRASS

ASHOKA INTERNATIONAL INC
6431 NW 82nd Ave Miami--------592-148
CENTRAL LOCK & HARDWARE SUPPLY CO
155 NE 166 St Miami-------------947-455
METAL CRAFTER II INC
7443 Dadeland Mall Miami---------667-366

## ►BRASS DECORATIVE ACCESSORIES—RETAIL

BRASS DESIGNS INC
6416 Miller Drive Miami----------274-454
JEFF'S BRASS INC
12100 SW 117 Court Miami--------252-107

## ►BRASS PRODUCTS

ASHOKA INTERNATIONAL INC
6431 NW 82nd Ave Miami--------592-148
AWARD MAKER ON THE CORNER
800 NE 125th St Miami-----------893-806
BRASS & THINGS
6683 S Dixie Hwy Miami---------665-786
EUROPA WOOD DESIGNS INC
2618 NW 72 Ave Miami----------592-510

BUY THE EASY WAY—
USE THE YELLOW PAGES

AMERI TIRE CORPORATION
EXPERT BRAKE • SHOCK REPAIRS
FOREIGN & DOMESTIC
SPECIALIZING IN DISC BRAKES
FREE ESTIMATE WHILE-U-WAIT
INSTANT CREDIT TO QUALIFIED BUYERS...
— NO MONEY DOWN —
758-7112 OR 758-6912
9701 NW 7TH AVE.
Checks Accepted
VISA

©1984 ©BellSouth Advertising & Publishing Corporation 1984 AREA CODE 305 

## Marine—(Cont'd)

**GROVE KEY MARINA**

- ON BISCAYNE BAY
- IN COCONUT GROVE
- DRY STORAGE FOR
- BOATS TO 28',
 covered and outside-storage
- Do-It-Yourself Work Area
- A FULL SERVICE MARINA
- OFFICE

GROVE KEY MARINA
Pan American Dr----------------858-6527

Harbour West Apartments And Yacht Club
7910 West Dr N Bay Vig-----------754-8258

**HI-LIFT MARINA**

- FULLY ENCLOSED
- IN & OUT STORAGE
- TO 30 FEET
- FULL SERVICE MARINA
- SALES – SERVICE – STORAGE
- PARTS & ACCESSORY SALES

"FOR INFORMATION CALL"

Hi-Lift Marina Inc
2890 NE 187th St---------------931-2550

International Yachting
629 NE 3rd St Dania Fl--Mia Tel No-374-2119
Key Marina
See Our Ad Under Bacteriologists
3501 Rickenbacker Cswy Key Bisc----361-9505
KEYSTONE POINT MARINA INC
1950 NE 135th St----------------940-6236
(Please See Our Display Ad Page 1396)
**MARINA BISCAYNE INC**
Wet, Rack, Trailer Storage
A FULL SERVICE MARINA
Chevron Diesel & Gas
3301 Rickenbacker Cswy Key Bisc---361-1900
Marina 84 Inc
Sales—Service—Dockage
3000 State Road 84 Ft Lauderdale
Miami Tel No-947-3108
MAULE LAKE MARINA INC
17201- Biscayne Blvd NME---------945-5208
MIAMARINA
See Our Display Ad
Miamarina Downtown Bayfront Park-374-6260
**MIAMI BEACH MARINA**

Where Government And
Meets The Ocean
- Dockage
- Dry Storage
- Short Fishing Trips
- Sailing • Diving
- Boat Rentals • Fuel Pumps • High Speed
- Bait • Ice • Beverages & Food

MIAMI BEACH MARINA
300 Alton Rd MB------------------673-6000
Toll Free-Dial "1" & Then---800 872-6666

Miami Beach Marina 300 Alton Rd MB--673-6000
Miami Beach Marina 1310 5th St MB---672-1744
MIAMI CITY OF
Dinner Key Marina
3400 Pan American Dr-----------579-6980
MONTY TRAINER'S MARINA
2560 S Bayshore Dr--------------854-7997
After 6 PM call----------------858-1431
NEW WORLD MARINAS INC
Miamarina Bayfront Park---------374-6260
(Please See Our Display Ad Page 1396)
Ocean Safari Marina
Key Largo-----------Miami Tel No-233-0264
PALM BAY CLUB THE
1 Palm Bay Ct------------------751-7100
Park Shore Marine Sales & Service Inc
17501 Biscayne Blvd------------945-0009
Pelican Harbor Marina
1549 NE 110 St-----------------895-6811
Perdue Dean Marina Ocean Reef Club----252-0617
PIRATES SPA MARINA
8701 SW 248th St Homestead Fl----258-2983
PLAZA VENETIA MARINA
555 NE 15th St-----------------374-4900
PLAZA VENETIA RESIDENTIAL
APARTMENTS 555 NE 15th St------374-5700
Polard Yacht Basin
2190 NW N River Dr-------------325-0177
Racquet Club
7930 East Dr Harbor Island
N Bay Vig------------------754-2200
Snapper Creek Marina
11190 Snapper Creek Rd--------661-0505
SUNNY ISLES MARINE CENTER
400 Sunny Isles Blvd-----------947-0656
(Please See Our Display Ad Page 1396)

## Marinas—(Cont'd)

TURNBERRY ISLE
19735 Turnberry Way-----------932-6200
Watson Island Fuel & Fishing Supplies
See Our Ad Fishing Bait
1050 MacArthur Causeway--------371-2378
Winston Towers Yacht Basin Inc
251 174th St-----------------932-0720

## Marine Appraisers

See Surveyors—Marine

## Marine Batteries

See Batteries—Storage Headings

## Marine Contractors

Alpha Marine
3350 SW 3rd Av Ft Ldle
Miami Tel No-358-9222
(Please See Our Display Ad Page 1398)
**ALPHA MARINE**
STATE LICENSED MARINE
& GENERAL CONTRACTORS
• New Construction & Repairs
• Concrete Restoration • Inspections
Docks • Patio Decks
Hoists • Commercial Diving
Ocean Engineers
3350 SW 3rd Av Ft Ldle -------945-4937

AMERICAN DAVITS CORP
7477 NW 63 St----------------592-5673
(Please See Our Display Ad Page 1398)
ATLANTIC FOUNDATION CO INC
2950 NE 188th St-------------931-4600
Backus Howard W Towing Inc
See Our Ad Towing—Marine
1201 NW S River Dr------------324-4242
BATES & DALY CO
Sea Wall Repair • Pressure Grout
Gunite • Pump Mix • Shotcrete
1600 SW 13th Ct Pompano
Miami Tel No-949-0022
Boat Lifters Inc
450 W McNab Rd Ft Ldle--------971-0670
(Please See Our Display Ad Page 1398)
Bunnell Foundation Inc
617 E 24th St Hlh-------------835-8080
Coastal Divers Inc 1351 NW 143 St----681-6445
DENMAR MARINE CONTRACTORS INC
Docks • Seawalls • Piling
Concrete, Wood & Steel
6773 Calle Del Paz N----------391-0892
22233 Hollyhock Tr-----------368-2865
DOCK & MARINE CONSTRUCTION
750 NE 78 Ter-----------------751-9911
(Please See Our Display Ad This Page)
Dredge Economy Inc
12700 Biscayne Blvd NM--------693-9824
ESSARY FOUNDATION CO
2154 NW N River Dr------------325-0530
Florida Marine Construction
3660 NW North River Dr--------634-5774
G W MARTIN INC

State Licensed Marine
And General Contr's

- Foundation Piling and Drill Shafts
 18" to 13' Dia. Up To 200' Depth
- Docks & Piers - Fiberglass, Timber,
 Concrete Construction
- Seawalls - Concrete, Sheet Steel,
 Aluminum Construction
- Cable And Pipeline Installation
 And Repairs
- Divers Salvage, Surveys,
 Search & Recovery
- Towing, Barges, Cranes To 150
 Tons And Rental Equipment
- Environmental Dredging
 Serving Southeast U. S. And
 Carribean & Central America
 DADE COUNTY

GW MARTIN INC
4120 NW Oak Cir B Rtn-------945-5720

Listings of this classification
are continued on next page

# DOCK & MARINE
## Construction

SERVING
DADE COUNTY
SINCE 1950

FREE
ESTIMATES

NEW CONSTRUCTION & REPAIRS
- DOCKS
- SEAWALLS
- BOAT HOISTS
- PILE RESTORATION

750 N.E. 78 TERR.
LITTLE RIVER

## 751-9911

DOCK & MARINE
CONSTRUCTION

# WRIGHT SEAWALL

"OVER 25 YRS EXPERIENCE"

### State Licensed Marine Contractors

- PILING WORK
 (WOOD — CONCRETE
 -SHEET STEEL)
- BARGES (RENTAL)
- DRAG LINES

- DOCKS
- SEAWALLS
- REPAIRS (DOCKS/SEAWALLS)
- PERMITS – STATE/LOCAL

## 696-9454

12695 © Donnelley Information Publishing 1985

# PUMA MARBLE CO.

FABRICATED TO YOUR SPECIFICATIONS

*RESIDENTIAL — COMMERCIAL*
- BATHROOM VANITIES
- TABLE & DRESSER TOPS
- WINDOW SILLS
- SHELVES & CONSOLES

We Cut, Repair & Polish Marble

ANYTHING IN MARBLE!

5445 N.W. 2 AVE., MIAMI

INTERIOR DECORATORS INQUIRIES INVITED

**758-6461**
**758-6061**

CC# 6827

## SUPERIOR SEAWALL SERVICES INC

- INSURANCE WORK CONSULTANTS -

- SALVAGE • EXPLOSIVE CONTRACTORS
- DEMOLITION • SEAWALLS • NEW & REPAIRS
- DOCKS • PILINGS • LOW COST
- MARINE CONSTRUCTION • WRITTEN ESTIMATES

MIAMI'S ONLY DISCOUNT MARINE CONTRACTOR

**891-5155**

## D&B TILE DISTRIBUTORS

In our 30th year

MID-STATE TILE-WALLS, FLOORS & QUARRY PAVERS
IMPORTERS & EXPORTERS
EUROPEAN WALL & FLOOR TILE — ITALIAN MARBLE
MEXICAN SALTILLO — FAR EAST MOSAICS
COMPLETE LINE OF TOOLS & SETTING MATERIALS

| D & B TILE WAREHOUSE 1822 NW 84 AV LAUDERHILL **739-8453** | HOLLYWOOD 5800 RODMAN ST **983-6373** | MIAMI 3553 NW 79 AV **592-9340** |
|---|---|---|
| DELRAY 1155 S CONGRESS AV **272-7022** | FROM: DADE TEL NO. 625-0223 BOCA RATON 786-2233 WEST PALM BEACH 734-5208 | KENDALL 8550 SW 129 TERR **238-1909** |

## MARBLE—NATURAL
(Cont'd)

PUMA MARBLE CO
 Please See Our Ad This Page
 5445 NW 2nd Av Miami --------758-6461
SANTA ROSA MARBLE
 3400 NW 77th Ct Miami --------591-3744
SANTA ROSA MARBLE
 305 W 21st St Hialeah --------887-0355
SUPERIOR MARBLE & TILE INC
 Please See Our Ad This Page
 5584 NE 4th Court Miami --------751-0001
TILE MART INC
 1020 SE 14th St Hialeah --------885-9804
TROPICAL TILE & MARBLE DISTRIBUTORS
 INC 9950 NW 77 Av Hialeah --------823-2360

## ►MARBLE—NATURAL—WHOL & MFRS

DECORATIVE DIMENSIONS
 926 26th St W Palm Bch --------944-6329
ITALFLOORS-USA INC
 4220 NW 2nd Avenue Miami --------576-1364
MARBLE & TILE CORPORATION OF AMERICA
 13195 NW 38th Av Miami --------763-8303

## ►MARINAS

BISCAYNE BAY MARINA
 1633 N Bayshore Dr Miami --------374-4900
BOAT FAST SERVICE INC
 4575 E 10th Ct Hialeah --------687-1270
C HERNANDEZ MARINE
 1080 E 28th St Miami --------691-6657
 1080 E 28 St Hialeah --------691-6657
CAUSEWAY SEVENTY-NINE MARINA
 724 NE 79 St Miami --------757-7671
DADE COUNTY OF
 1275 NE 79th St Miami Bch --------947-3525

YOU CAN SHOP AT HOME EASILY AND COMFORTABLY .. BY THUMBING THROUGH THE YELLOW PAGES

## SUPERIOR MARBLE & TILE INC.

LARGE SELECTION IN STOCK OF
- CERAMIC TILE & MARBLE
- BATH ACCESSORIES • WINDOW SILLS
- CLEANING PRODUCTS

DISTRIBUTOR'S FOR

NORTON clipper
KATE-LON

WE EXPORT

**751-0001**

5584 N.E. 4TH CT MIAMI FL 33137
TELEX #514825 - SUPERIOR

## MARINAS (Cont'd)

FLAMINGO MARINA

MARINE SUPPLIES
ICE • BAIT • DOCKAGE
BOAT REPAIRS
COMPLETE FACILITIES

"FOR INFORMATION CALL"

FLAMINGO MARINA
1900 NE 79 St Causeway
N Bay Vlg --------861-5343

GREAT BAY CHARTER & BROKERAGE CO
 720 NE 69th St Miami --------754-1000
HARBOUR WEST APARTMENTS AND YACHT
 CLUB
 7910 West Dr N Bay Vlg Miami --------754-8258

YELLOW PAGES ADVERTISING PAYS

## ►MARINAS (Cont'd)

HI LIFT MARINA
 2890 NE 187th St Miami --------463-0733
KEYSTONE POINT MARINA INC
 1950 NE 135th St Miami --------940-6236
KEYSTONE REPAIR & MARINE SERVICE
 1950 NE 135 St Miami --------940-6236
MAULE LAKE MARINA INC
 17201 Biscayne Blvd N Miami Bch --------945-5208
MIAMARINA
 Miamarina Downtown Bayfront Park
 Miami --------374-6262
MIAMI BEACH MARINA
 300 Alton Rd Miami Bch --------673-6000
MIAMI CITY OF
 3400 Pan American Dr Miami --------579-6980
MONTY TRAINER'S MARINA
 2560 S Bayshore Dr Coconut Grv --------854-7997
NEW WORLD MARINAS INC
 Miamarina Bayfront Pk Miami --------374-6260
NEW WORLD MARINAS INC
 333 Miamarina Dr Miami --------374-6260
PALM BAY CLUB THE
 1 Palm Bay Ct Miami --------751-7100
PELICAN HARBOR MARINA INC
 1549 NE 110 St Miami --------895-6811
PLAZA VENETIA RESIDENTIAL APARTMENTS
 555 NE 15th St Miami --------374-5700
POLAND YACHT BASIN
 2190 NW N River Dr Miami --------325-0177
RACQUET CLUB
 7930 East Dr Harbor Island --------754-2200
SUNNY ISLES MARINE CENTER
 400 Sunny Isles Blvd Miami --------947-0656
WATSON ISLAND FUEL & FISHING SUPPLIES
 1050 Macarthur Causeway Miami --------371-2378
WINSTON TOWERS YACHT BASIN INC
 251 174th St Miami Bch --------932-0720

## ►MARINE CONTRACTORS

ALPHA MARINE
 3350 SW 3rd Av Ft Lauderdale --------358-9222
 3350 SW 3rd Av Ft Lauderdale --------945-4937
AMERICAN DAVITS CORP
 7477 NW 63 St Miami --------592-5673
ATLANTIC FOUNDATION CO INC
 2950 NE 188th St Miami --------931-4800
BK MARINE CONSTRUCTION INC

BK MARINE CONSTRUCTION INC.

 State Licensed Marine Contractors
- Piling Work
- Barges • Seawalls & Docks
- Bonded & Insured
- Repairs (Docks/Seawalls)

BK MARINE CONSTRUCTION INC
 4411 NE 31st Ave Lighthse Pt --------421-2321
BACKUS HOWARD W TOWING INC
 1201 NW S River Dr Miami --------324-4242
BOAT LIFTERS INC
 1821 SW 7th Ave Pompano Bch --------941-5337
COASTAL DIVERS INC
 1351 NW 143 St Miami --------681-8445
COMPLETE UNDERWATER SERVICE
 8025 Crespi Blvd Miami Bch --------861-2764

YOUR AD IN THE YELLOW PAGES IS ANOTHER "STORE WINDOW"

## MARINE CONSTRUCTION

NEW CONSTRUCTION AND REPAIRS

- FOUNDATION PILING • PILING
- SEAWALLS • RESTORATION
- DOCKS • BOAT HOISTS

FREE ESTIMATES

**758-0692**

1065 NE 79th STREET

INCA MARINE CONSTRUCTION

OVER 20 YRS EXPERIENCE

## MARINE CONTRACTORS (Cont'd)

DOCK & MARINE CONSTRUCTION

NEW CONSTRUCTION & REPAIRS
- DOCKS
- SEAWALLS
- BOAT HOISTS
- PILE DRIVING • PILE RESTORATION
 OVER 35 YRS. EXPERIENCE
 FREE ESTIMATES
- FOR INFORMATION CALL -

DOCK & MARINE CONSTRUCTION
 750 NE 78 Terrace Miami --------751-9911
DREDGE ECONOMY INC
 12700 Biscayne Blvd N Miami --------893-9824
EBSARY FOUNDATION COMPANY

- Bridge Builders
- Foundation Contractors
- Marine Contractors
- Pile Driving

EBSARY

"FOR INFORMATION CALL"

EBSARY FOUNDATION COMPANY
 2154 NW N River Dr Miami --------325-0530
GONZALES BROTHERS MARINE
 CONSTRUCTION INC
 1771-73 NW 20th St Miami --------324-0384
GROVE FOUNDATION
 12980 NW 30 Av Opa-Locka --------688-8611
INCA MARINE CONSTRUCTION
 Please See Our Ad This Page
 1065 NE 79 St Miami --------758-0692

Continued Next Page(s)

ACTION-PEOPLE LET THEIR FINGERS DO THE WALKING

## Material Handling Equipment—(Cont'd)

**INDUSTRY EQUIPMENT SALES**

Shelving • Pallet Racks • Lockers
Dock Levelers • Pallet Trucks
Conveyors • Dockboards
Yard Ramps • Hydraulic Lifts
Casters • Wheels

*Visit Our Showroom Idea Center*

1000 Hialeah Dr Hlh----------887-1777

JOHNSON W E EQUIPMENT CO
300 E 10th Ct Hlh--------------887-0211
Kelly Tractor Co 8255 NW 58th St-----592-5360
LAMSON CORPORATION
6689 Peachtree Ind Blvd
Norcross Ga ------------------404 441-2645
LULU RENTALS INC
3655 NW 78th Av----------------591-9971
Manatee Equipment Inc
1450 Madruga Av CG--------------662-6850
MARTIN ENGINEERING VIBROLATOR
VIBRATORS—
*STOCKING DISTRIBUTOR*
DARL INC
285 N Rifle Range Rd Bartow--813 537-2058
If no answer---------------813 537-2031

MIAMI JACK SERVICE INC
1011 Hialeah Dr Hlh------------883-6739

"Wait a minute. Someone
else is trying to reach me."
Call Waiting lets you
answer the phone while
you're on the phone.

## Material Handling Equipment—(Cont'd)

**MISCELLANEOUS BUSINESS INC**

Racks & Shelving
Dock Boards
Pallets-Pallet Trucks
Pallet Pullers & Straps
Folding Gates
Industrial Scales
• Hand & Platform Trucks • Rolling
Ladders • Office Furniture
• Drum Handling Equip. • Elec. &
Hydraulic Lifters • Dollies
• Plastic & Steel Strapping & Equip.
• All Types of Tapes & Boxes
• Call Us - We Have Much More
*We Export - Se Habla Español*
4490 NW 72nd Av----------------592-9500

Dade and Broward

NAVELES INDUSTRIAL SALES
Full Line Warehouse Equipment
NEW - USED - BUY - SELL
*Established 1934*
3747 NW 52 St------------------635-6044

NESTIER CONTAINERS—
*DEALERS*
HAL HOLMYARD MATERIALS HANDLING
All Types—Plastic—Metal—Wire
6333 Sunset Dr SM------------667-6703

Pallet Company 4041 NW 25th St------871-3277
PAR STEEL SHELVING CO
Shelving • Pallet Racks
Folding Security Gates • Pallet Trucks
*Please See Our Ad Under Shelving*
3280 NW 29th St----------------633-6566

THE YELLOW PAGES of
this directory are full of
information that will help
your everyday needs.

## Material Handling Equipment—(Cont'd)

**PERLIN COMPANIES**
3071 NW 54 St------------------635-4597
(Please See Our Display Ad This Page)
**POES RENTALS**
See Our Ad Rental Service Stores & Yards
9600 S Dixie Hwy--------------665-5706
425 S Dixie Hwy CG------------667-6413
7901 W 4th Av Hlh------------556-5636
R & R INDUSTRIAL TRUCK INC
See Our Ad Trucks—Industrial
14785 NW 22nd Ct Op-Lka------681-7751
Rampmaster Inc
9825 State Road 60 Vero Beach-----569-9600
STILES CONVEYORS INC
7327 NW 79th Ter Medly--------883-7656
(Please See Our Display Ad This Page)
SUPERIOR EQUIPMENT CORP
HAND TRUCKS - CASTERS
PLATFORM TRUCKS
CONVEYORS - DOCK EQUIPMENT
PALLET JACKS
RACKS & SHELVING
*WE EXPORT*
3754 NW 16th St Ldhl----------945-7223

United Forklift Corporation
745 W 25th St Hlh------------880-3103
VAN'S EQUIPMENT RENTAL INC
See Ad Trucks Industrial
2797 NW 21st St--------------325-1510
Vokes Equipment Co 3595 NW 74th St---696-8911

Your telephone intercon-
nects with over 98 per-
cent of the world's
telephones.

## Maternity Apparel

Balloon Maternity
A Young Boutique For The Pre Mama
118 Miracle Mile CG-----------444-8840
Honey's Maternity Exclusives
See Our Ad This Page
704 Lincoln Rd MB-------------531-0174
Just Maternity
See Our Ad This Page
10580 N Kendall Dr-----------279-3122
LADY MADONNA MATERNITY BOUTIQUE
Dadeland Mall----------------666-5647
(Please See Our Display Ad This Page)
Lady Madonna Maternity Boutique
814 Broward Mall Ft L--------473-1717
LULLABY INC
0356-C Blvd Rd---------------223-2222
Maternity & Lil Folks Of Aventura
19501 Biscayne Blvd----------931-7688
Maternity Lil' Folks Shop
1601 Biscayne Blvd-----------358-612.
MIMI'S MATERNITY SHOP
139 Miracle Mile CG----------448-7386
(Please See Our Display Ad This Page)
MOTHERCARE
1469 NE 163rd St-------------944-3682
MOTHERHOOD MATERNITY BOUTIQUES
Dadeland Mall----------------666-314
Westland Mall----------------821-242
Cutler Ridge Mall------------253-475:
Motherhood Maternity Inc
1645 W 49th St Hlh-----------821-242:
Mothers To Be Boutique Inc
145 E Flagler St-------------371-3640
Tery's Children Wear And Maternity
9650 Coral Way---------------554-619
Tery's Children Wear And Maternity
12230 SW 8th St--------------551-090
THE BABY BOOM INC
A New Concept
In Maternity
& Baby Gifts
We Discount
Open 7 Days
SE HABLA ESPAÑOL
In The Kendall Fashion District
Visa & MasterCard Accepted
BABY BOOM INC THE
8765 SW 132nd St------------255-496

## Maternity Apparel—Whol

Blooming Gals 7301 NW 12th St------593-696
M & M MATERNITY WHOLESALERS
139 Miracle Mile CG----------448-7380
MAIN EVENT 251 NW 23rd St------358-034
MATERNA LTD
6501 NW 36 St Va Gdns--------871-658

## Maternity Homes

See Nursing Homes; also Homes & Institutions

Need to talk business with
two different people? Add
3-Way Calling to your
present phone service.

MATERIAL HANDLING EQUIPMENT
• CONVEYOR SYSTEMS
FOR ALL INDUSTRIAL APPLICATIONS
• HAND & POWER TRUCKS
• ENGINEERED STORAGE RACKS
• MATERIAL HANDLING ANALYSIS
WE EXPORT
TELEX 80-7310
SE HABLA ESPAÑOL
883-7656
PACKAGING MACHINERY
STILES CONVEYORS 7327 NW 79th Ter Medley Fla 33122
MATERIALS HANDLING
OVER 31st YEAR

SINCE 1951
PERLIN
TRUCKS • CASTERS • WHEELS
One Of South Florida's Largest Stocks
WE EXPORT
PERLIN COMPANIES
3071 N.W. 54th ST.
IN BROWARD 523-0531 IN DADE 635-4597

MATERNITY SHOPS

CORAL GABLES
FROM A BRA TO A COCKTAIL DRESS
SELECTION OF
DRESSES, SLACKS, TOPS
PANT SETS
COMPLETE LINGERIE DEPT.
SIZES 3 TO 44
SE HABLA ESPAÑOL
CORAL GABLES
MIMI'S
139 MIRACLE MILE
448-7386

KENDALL
THE BOUTIQUE LOOK
FROM CALIFORNIA, NEW
YORK & DALLAS,
TODAY & TOMORROWS
STYLES AT POPULAR PRICES
• SPORTSWEAR • SWIMWEAR
• CASUALS • DRESSY APPAREL
KENDALL
JUST MATERNITY
10580 N. KENDALL DR.
KENDALL MALL — FACING KENDALL DR.
279-3122

MIAMI BEACH
COMPLETE ONE STOP SHOPPING
• SWIMWEAR
• SPORTSWEAR
• DAY & EVENING
• DRESS • LINGERIE
SE HABLA ESPAÑOL
MIAMI BEACH
HONEY'S
704 LINCOLN RD
OPP. SAKS
531-0174

LADY MADONNA
Fashion, quality and service, all at prices you can afford.
DADELAND MALL
(near Jordan Marsh)
maternity boutique
666-5647

12595 © Donnelley Information Publishing 1

## MATERIAL HANDLING EQUIPMENT (Cont'd)

**FASTRAX INC**
2550 N Federal Hwy Ft Ldle ----------563-7715
**FLORIDA MATERIAL HANDLING INC**
7650-A NW 62nd St Miami ------------592-3230
**GENERAL TRADING INC**
5200 NW 77th Ct Miami --------------592-7100
HALEYS 2531 NW 182 Ter Miami -------621-0906
**HERTZ EQUIPMENT RENTAL CORP**
808 NW 12 Av Pompano Bch----------781-9953
**HERTZ EQUIPMENT RENTAL CORP**
5850 NW 77th Ct Ft Lauderdale -------592-5770

**HYSTER INDUSTRIAL TRUCKS**

SALES & LEASING
RENTAL
PARTS & SERVICE

A whole lot more for
less than you think

"FOR INFORMATION CALL"

**BRUNGART EQUIPMENT CO OF FLORIDA INC.**
13145 NW 45 Av Miami ------687-5151
Parts Dept
13145 NW 45th Av Opa-Locka ----687-8064
Service Dept 13145 NW 45th Av
Opa-Locka------------687-8072

**JOHNSON W E EQUIPMENT CO**
300 E 10th Ct Hialeah ------------687-0211
**KELLY INDUSTRIAL DIVISION OF KELLY TRACTORS**
8255 NW 58th St Miami -----------463-6401
**KELLY TRACTOR CO.**
8255 NW 58th St Miami -----------463-6401
8255 NW 58th St Miami -----------592-5380
**MIAMI JACK SERVICE INC**
1011 Hialeah Dr Hialeah ----------883-6739
**MISCELLANEOUS BUSINESS INC**
4490 NW 72nd Av Miami ----------592-9500
**NAVELES EQUIPMENT SALES**
3747 NW 52 St Miami ------------835-6044
**OSF MATERIAL HANDLING INC**
5150 NW 167th St Miami ----------620-0654
**OFFICE SYSTEMS OF FLORIDA**
5150 NW 167th St Miami ----------522-4788

**P & M EQUIPMENT CO**
SALES • SERVICE • RENTAL
NEW & USED
WHOLESALE PRICES
LEASE PURCHASE PLANS
ALL TYPES OF EQUIPMENT
• GAS • ELEC • LP • DIESEL
NARROW AISLE EQUIPMENT
PALLET JACKS

**P & M EQUIPMENT CO**
13725 NW 22 Av Miami ------------688-6111

**PAR STEEL SHELVING CO**
3260 NW 29th St Miami ----------633-6566
**R & R INDUSTRIAL TRUCK INC**
14785 NW 22nd Ct Opa-Locka ------681-7751
REMSTAR 5150 NW 167th St Miami--522-4788
**RODRIGUEZ LIFT TRUCKS INC**
7070 SW 41 St Miami ------------261-8195

**STILES CONVEYORS INC**
CONVEYOR SYSTEMS
FOR ALL INDUSTRIAL
APPLICATIONS
HAND & POWER TRUCKS
ENGINEERED STORAGE RACKS
MATERIAL HANDLING ANALYSIS
TELEX 807310 WE EXPORT

**STILES CONVEYORS INC**
7327 NW 79 Ter Medley -----------883-7656

**STILES CONVEYORS & TRANS INC**
7327 NW 79th Ter Miami ----------467-6124
**SUPERIOR EQUIPMENT CORP**
3754 NW 16th St Lauderhill --------945-7223
**VAN'S EQUIPMENT RENTAL INC**
2797 NW 21st St Miami -----------325-1510

ADVERTISING IN THE YELLOW
PAGES TELLS WHERE TO BUY THE
PRODUCT OR SERVICE YOU WANT
USE THIS HANDY BUYER'S GUIDE

## ►MATERNITY APPAREL— RETAIL

**BALLOON MATERNITY**
118 Miracle Mile Coral Gables --------444-8840

**LADY MADONNA**

FASHION QUALITY
& SERVICE! ALL AT
PRICES YOU
CAN AFFORD MATERNITY
BOUTIQUE
SE HABLA ESPANOL
Opposite Victoria Station

**LADY MADONNA MATERNITY BOUTIQUE**
Dadeland Mall Miami ------------666-5647
**MATERNITY & LIL FOLKS OF AVENTURA**
19501 Biscayne Blvd Miami--------931-7688
**MATERNITY LIL' FOLKS SHOP**
1601 Biscayne Blvd Miami ---------358-6123
**MIM'S MATERNITY SHOP**
139 Miracle Mile Coral Gables ------448-7386
**MOTHERCARE**
1469 NE 163rd St Miami ----------944-3683
**MOTHERS TO BE BOUTIQUE INC.**
145 E Flagler St Miami -----------371-3640

## ►MATERNITY APPAREL— WHOL & MFRS

**BLOOMING GALS**
7301 NW 12th St Miami ----------593-6967
**M & M MATERNITY WHOLESALERS**
139 Miracle Mile Coral Gables ------448-7386
**MATERNA LTD**
8591 NW 36th St Miami ----------871-6580

## ►MATS & MATTING

**ACME MAT & RUBBER PRODUCTS INC**
4501 S Federal Hwy--------------466-2002
**ACME MAT & RUBBER PRODUCTS INC**
3430 N Miami Av Miami -----------573-8330
**AMERICAN MAT & RUBBER PRODUCTS**
1382 NW 29th St Miami ----------635-2136
**EDGE CORDAGE CO INC**
4000 NW 31 Av Miami -----------636-3343
**GOODALL RUBBER COMPANY**
5820 Miami Lakes Dr Hialeah ------525-3088
**GOODALL RUBBER CO.**
5820 E Miami Lakes Dr Hialeah -----557-0050
**SUNSHINE DARE SOAPS**
9353 NW South River Dr Medley----885-7796

## ►MATTRESSES

**A B C MATTRESS DISCOUNT**
6161 SW 8th St Miami -----------266-9101
**ALDO'S SURGICAL & HOSPITAL SUPPLIES**
1435 W 49th St Hialeah ----------557-2835
**AMBASSADOR MATTRESSES**
**HAYDEE'S FURNITURE**
6778 W Flagler St Miami ---------261-5713

**BEST MATTRESS/OK MATTRESS**

### COLCHONES
DISCOUNT PRICES

SEALY • SERTA • SIMMONS A/C
• Beds • Convertibles • Electric
• Hi-Risers • Rollaways • Sleep Sofas

IMMEDIATE DELIVERY

AMERICAN EXPRESS TWIN
VISA M - SAT FULL
MASTERCARD 9 - 7 PM QUEEN
KING

FINANCIEMENTO INMEDIATO,
EL ALMACEN DE COLCHONES
MAS GRANDE DE LA CALLE
1225 SW 8th St Miami ---------565-0771

856-5874 641-7685

**BILT-RITE MATTRESS CO**
17100 W Dade Hwy N Miami Bch----947-3090
**BISCAYNE BEDDING CO**
4875 NW 37th Av Miami ----------533-4634
CAMAS LUNA 6450 S W 8 St Miami--256-1645
**CASA CAPO** 968 SW 8th St Miami--858-3255
**DADE BEDDING CO DIVISION OF LONDON INDUSTRIES INC**
42 NE 25 St Miami -------------576-4681

# Maylin Brothers Corp.

**MANUFACTURERS OF INNERSPRING AND FOAM RUBBER MATTRESSES**

AT **DISCOUNT PRICES!**
DIRECT FROM FACTORY TO YOU

## CALL US NOW!

CUSTOM
TWIN
FULL
QUEEN
KING

OPEN 7 DAYS A WEEK

SE HABLA ESPANOL
**SHOWROOM**

## 836-1780

4090 E. LEJEUNE RD

**FACTORY**

## 835-9950

1035 E 32 ST HIALEAH

---

# MATTRESS CITY
## DISCOUNT SLEEP SHOPS

"LOWEST PRICES GUARANTEED"
ELECTRIC BEDS • HI RISERS
SOFA MATTRESSES • ROLL A WAYS
CHECKS & LAYAWAYS ACCEPTED

FINANCING AVAILABLE

Sealy

OPEN 7 DAYS
DELIVERY AVAILABLE

• HALLANDALE/N. MIAMI
3050 W. Hallandale Bch. Blvd.
(1 Blk. W. of I-95)
**961-3995 Brow.**
• **945-3995 Dade**

• N. MIAMI BEACH
17442 Biscayne Blvd
(174 St. & U.S. 1 in Harbor View Plaza,
Opposite Pom Ronnor Bay Restaurant)
**947-5995 Dade & Brow.**

• W. KENDALL · 8630 Mills Drive
(In Kendall Town & Country Ctr,
Next to R.G Brandano)
(Blk. E. of Tpk. on Kendall Dr.)
**279-2995 Dade**

## MATTRESSES (Cont'd)

**DANNY DEALS-NORTH-MATTRESSES**
13818 NW 7th Av Miami ----------681-0533
**DE MATTRESS INC**
1481 NW 22nd St Miami ----------325-1079
**DELSON FURNITURE COMPANY INC**
4350 SW 75 Avenue Miami ---------264-4717
**ELECTROPEDIC ADJUSTABLE BEDS**
1025 W Oakland Park Blvd
Ft Lauderdale -----------------565-0771
**FLORIDAN FURNITURE COMPANY**
4795 SW 8 St Miami ------------448-2639
**GENERAL STAMPING AND MANUFACTURING CORP** 3285 E 10th Av Hialeah-----696-4681
**MATTRESS CITY**
Please See Our Ad This Page
3050 W Hallandale Bch Blvd
Hallandale--------------------961-3995
3050 W Hallandale Bch Blvd ------945-3995
17442 Biscayne Blvd -----------947-5995
8630 Mills Dr-----------------279-2995

## MATTRESSES (Cont'd)

**MATTRESS CITY**
8630 Mills Drive Kendall ---------279-29
17442 Biscayne Blvd N Miami -----947-59
3050 W Hallandale Bch Blvd
Hallandale--------------------945-39
**MATTRESS MADNESS**
3540 Coral Way Miami ----------444-60
**MAYLIN BROTHERS CORP**
Please See Our Ad Page xxx
1035 E 32 St Hialeah -----------835-99
**MEDICAL INCORPORATED**
6781 SW 57th Av Coral Gables ----665-85
**MIAMI MATTRESS CO**
Bedding Manufacturing
4460 NW 37th Ave Miami --------638-87
**MR MATTRESS**
1085 E 24th St Hialeah ---------687-44
**MURPHY BED CO**
3949 N Federal Hwy Ft Lauderdale--444-19
**NIAGARA THERAPY**
1650 N Federal Hwy Pompano Bch--944-67

YELLOW PAGES 12601 © BellSouth Advertising & Publishing Corporation 1984

## Measuring Tapes & Rules

Action Advertising Branch Office
5940 SW 73rd St SM------------667-6111

## Meat Brokers

American Food Distributors Corp
7401 NW 74th Av Medly-----------883-0511
COLPAC FISHERIES INC
Exporter Of Poultry Products
550 W Flagler St-----------------372-0400
Premier Can-Am Brokers Inc
Canadian Meats & Cheese Products
6879 NW 37th Av---------------638-1980
Sintrex Inc 2250 NW '96th Av---------592-3006

## Meat Choppers & Grinders

Berkel Food Machines Inc 847 N Mia Av---379-6432
GLOBE STIMPSON—
DISTRIBUTORS—PARTS & SERVICE
ROVEL SALES INC 1236 N Miami Av-379-5070
Miami Equipment Distributors .
1238 N Miami Av---------------379-6432
S & S STOVE REPAIR INC
1018 N Miami Av----------------371-0382

## Meat Curing Service

See Meat Packers

## Meat & Game Processing

See Meat Packers

## Meat Market Equipment & Fixtures

See Store Fixtures

## Meat Markets—Kosher

Adam's Kosher Meat & Poultry Market
1405 Washington Av MB-----------532-0103
COMMUNITY KOSHER MARKET
Free Delivery
525 Arthur Godfrey Rd MB---------531-7691
FREDDIE'S TROPICAL KOSHER MEAT
MARKET
1419 Washington Av MB-----------531-1267
Goldstein & Sons Kosher Meats Inc
2443 Collins Av MB--------------865-4931
Island Meats & Deli
91 Harbor Dr Key Biscayne---------361-0700
MENDELSON N AND SONS KOSHER MEAT
MARKET
1354 NE 163rd St NMB------------945-6451
NEW DEAL KOSHER MEAT AND POULTRY
MARKET
1362 NE 163 St NMB-------------945-2512
Normandy Kosher Meat-Market
1112 Normandy Dr Normandy Isle-MB-866-5223
Royal Kosher Meat Market
5917 SW 8th St-----------------264-0691
RUBINDALE KOSHER MEAT MARKET INC
10021 SW 72nd St--------------275-1568
South Florida Kosher Meats Inc
1324 NE 163rd St NMB-----------949-6068
Spog Kosher Meats
17-G-1 E Hallandale Beach Blvd Hallandale
Miami Tel No 944-3293

Authorized sales and service
dealers are easily found
in these Yellow Pages

## Meat Packers

ARMOUR FOOD & CO
Meat Wholesalers—Habla Espanol
3660 NW 71st St-----------------696-8800
Barbara Meat Processing
Hams And Spanish Style Sausages
1781 W 32 Pl Hlh------------------885-8756
Bauer Max 1187 NW 01st St---------696-2333
Bauer Max Meat Packers 143 NW 5th St-377-0500
Best Packers Inc 270 W 22nd St Hlh-----888-2309
Century Packing Corp 924 NW 22nd St-324-0808
Chicharones El Cochinito Inc
1370 Palm Av Hlh----------------885-3929
DUTCH PACKING CO INC
See My Ad Meat Whol For Garcia Brand
4115 NW 28 St------------------871-3640
Eastern Beef & Veal Inc
Rep For Strauss Bros Veal Co
441 NE 195th St-----------------651-5587
Economy Packing House
2416 W 3rd Ct Hlh---------------885-7132
El Caporal Yellow Chicken
6990 NW 36th Av---------------836-5297
Empacadora Lugareno
265 W 27th St Hlh---------------887-7469
Garcia Carlos Ham Plant
2121 NW 139th St Op-Lka--------681-1570
Gurrentz International Corp
611 NE 86th St El Ptl-------------758-6779
High Top Products Corp
1034 NW 23 St-----------------633-1646
1034 NW 23 St-----------------633-3287
Hormel George A & Co
Grocery Products Div
8400 NW 52nd St---------------592-0338
Meat Products Div 8400 NW 52nd St-592-3034
HYGRADE FOOD PRODUCTS CORP
See Our Ad Under Meat Whol
18770 NE 6 Av-----------------652-4012
Kaye Bros Inc 590 NE 185 St--------653-2880
LA VILLARENA MEATS
6455 NE 3rd Av----------------751-4733
Mackler Ira D & Associates
124 NE 183rd Ter---------------652-7920
Max Bauer Meat Packers 143 NW 5th St-377-0500
Mendelsons' Meat Packing Plant
833 1 St MB-------------------672-5800
Miami Beef Co 4070 NW 157th St-----621-3252
Morrison Meat Packers 736 NW 22nd St-836-4461
Nupram Corp 666 NW 23 St---------324-5630
P & L Meat Processors Corp
261 W 22nd St Hlh--------------885-8606
Premier Can-Am Brokers Inc
6879 NW 37th Av---------------638-1980
Rath Packing Co 3500 NW 79th Av---591-9921
ROSA BROS
We Accept Food Coupons
1100 NW 22 St-----------------324-1310
Roya Glaba Inc
1300I Port Said Rd Op-Lka-------687-0004
SWIFT INDEPENDENT PACKING CO
See Ad Under Meat—Whol
11205 NW 36th Av--------------685-0345
Valley Beef Processors Of Florida Inc
18770 NE 6th Av---------------653-4577
Valleydale Packers 11223 N Kendall Dr-596-2896
Vara International Inc Food Products Division
18330 NE 2nd Av-------------653-8406
Villa Real
Hams & Ham Products
261 W 22nd St Hlh------------885-8606
VINA & SON MEAT DISTRIBUTORS
2020 NW 22nd St--------------545-6500
Zlon Corp 1717 NW 7th Av------324-1855

Telephone courtesy includes
identifying yourself on all
calls immediately.

GAVCO SUPPLIES
A FULL LINE OF EQUIPMENT & SUPPLIES FOR THE MEAT PACKING/PROCESSING INDUSTRY
EQUIPOS Y SUMINISTROS PARA MATADERO
REFRIGERACION • EXPORTAMOS
• COMPLETE ENGINEERING CAPABILITIES
• FROM SINGLE PIECE OF EQUIPMENT TO A COMPLETE PLANT • INSTALLATION SUPERVISION
7965 NW 33rd ST, MIAMI, FLA 33122
TELEX WUI 6811273
591-7161

## Meat Packers Equipment & Supplies

BARLIANT & COMPANY
Se Habla Espanol
4701 W Augusta Chicago Ill
Toll Free-Dial "1" & Then--800 621-3062
BIRD FOOD PROCESSING EQUIPMENT—
AUTHORIZED SALES & SERVICE
HOLZER AND COMPANY
Saws, Slicers, Grinders, Flakers
Tenderizers, Ground Meat Systems
17260 NW 2nd Ct---------------652-3383
CUETO PACKING PRODUCTS
VACUUM PACKS
TRAY OVER - WRAPPERS
In Stock
2330 NW 21st Ter--------------634-1000
GAVCO SUPPLIES
7905 NW 33rd Av---------------591-7161
(Please See Our Display Ad This Page)
MANN-HOLLY SALES & SERVICE INC
2615 All Baba Av Op-Lka--------685-6281

## Meat—Retail

A R Corporation
1255 Washington Av MB---------534-8863
Amigo Supermarket
1900 W 60th St Hlh------------557-9703

ARGENTINA MUNDIAL 78 INC
IMPORTED ARGENTINA
PRODUCTS
• Blood Sausage
• Homemade Sausage
• Argentina Style Cuts
• Poultry • Imported Cheese
• Argentina Style Breads
SPECIALIZING
IN PARRILLADAS
Open: Mon-Sat 9 am-7 pm
2901 SW 8th St---------------541-7773

ARMAS MEAT & FOWL PRODUCTS INC
2210 NW 24th Ct--------------635-6109
Artic Cold Storage Corp
7401 NW 74th Av Medly--------883-0511
B & R Top Quality Meats Inc
9485 NW 17 Av---------------836-2638
Baby Meat Market 9836 Bird Rd-----221-5635
BALTER MEAT CO
12390 SW 126th St-----------255-7230
BAY HARBOR FINE FOODS
Phone Orders—Prime Meats—Fancy Groc
1077 95 St Bay Harbr Isl-------865-0331
Best Meat 2940 NW 54th St-------635-7329
Best Way Meats II 752 NW 183rd St-653-5963
Black Angus Meats 17031 S Dixie Hwy-252-0191
Block Beef Co Inc 564 Hialeah Dr Hlh-887-0331
BROWNSVILLE MEAT MARKET
We Accept Food Stamps
2940 NW 54th St-------------635-7329
Butcher Block Meats Inc
High Quality Prime Meat
524 Arthur Godfrey Rd MB------672-6420

Include your ZIP CODE
in your return address

WHOL RETAIL
GREGORIO
"CASA SIERRA"
LECHONCITOS
• FRESCOS!!
• NOSOTROS DECIMOS
LOS MEJORES!
SUCKLING PIGS
"WE SAY
THE BEST!!
371-6633 887-5865
1360 S.W. 8TH ST 2937 W. 12TH AV
DOWNTOWN HIALEAH

## Meat—Retail—(Cont'd)

Butcher Shop The
14235 S Dixie Hwy-------------235-297
Buy Rite Meats 5401 NE 2nd Av-----757-628
C & C Cash & Carry
7401 NW 74th Av Medly--------883-051
Campbell's Groceries 6800 NW 32nd Av-696-467
Canonazo Supermarket Corp
16881 NW 57th Av------------621-427
CAPITAL MEAT CO
Freezer Orders & Prime Choice
Meats Cut To Order
7221 SW 57 Ct SM------------666-476
Carmine Prime Meats Dadeland Plaza---667-148
Carmine Prime Meats
13726 SW 88th St------------387-098
Carmine's Prime Meats
8118 W Broward Blvd Plantation
Mia Tel-No-944-805
CASA SIERRA 1360 SW 8th St-------371-663
(Please See Our Display Ad This Page)
Coconut Grove Meat Market
3461 Grand Av--------------444-05
Colonial Supermarket
1191 W 68th St Hlh----------821-315
Community Food Center
525 Arthur Godfrey Rd MB-----531-769
Diaz Adalberto 761 NW 29th St------634-51

DON DOMINGO CARNICERIA
KENDALL
(56th St.)
IMPORTED ARGENTINA PRODUCTS
• Homemade Sausage
• Blood Sausage
• ARGENTINA STYLE CUTS
• Poultry • Imported Cheese
• Argentina Style Bakery
Hours Tues.-Sat. 9-7
Sunday 9-1, Closed Mondays
2101 Coral Way--------------858-948

DON DOMINGO CARNICERIA INC
10731 SW 56th St------------595-42
Don Rafael Carniceria 7159 SW 8th St-261-10
DUNOR PROVISION COMPANY INC
4240 SW 57th Ter-----------944-78
Dutch Meats No 2 6201 NW 17th Av---835-78
Economeat 1327 NW 3rd Av-------371-83
ECONOMY CUSTOM CUT BEEF MARKET
16603. NW 27th Av-----------620-90
Economy Steak Sale Gro E 25 SL Hlh-691-68
El Matadadero Meat Market
10887 Caribbean Blvd--------235-83
El Morro 1139 NW 22 Av-------649-55
Floritede Supermarket Inc
11120 NW 17th Av-----------685-49
EPICURE MARKET INC
1656 Alton Rd MB------------672-18
Accounting Office-----------672-0:
Expressway Food Market
6201 NW 24th Av-----------835-7:
Family Meat Ino 5780 NW 7 St-----754-5
Family Meat Inc 6101 NW 17th Av---836-7
Family Meat Inc No 3
3406 NW 183rd St----------625-4;
Flagler's Supermarket
5795 W Flagler St----------264-0:
Fine Value Supermarket
We Say "The Freshest Meat In Town"
8404 SW 24th St-----------226-2.
18001 SW 117th Av--------253-1.
4925 W Flagler St----------445-2
18000 NW 12th Av---------620-7:
1060 W 29th St Hlh--------884-4
Frank's Meats
954 Normandy Dr MB-------866-0:
954 Normandy Dr MB-------865-9
Freddie's Tropical Kosher Meat Market
1419 Washington Av MB------531-1:
Fred's Meat & Fish Market
802 4th St Hlh-----------674-1
GARY MARTYN'S PRIME MEATS & DELICATESSEN
Featuring Prime Western Beef
12545 N Kendall Dr--------595-4
GEORGE MEAT & FISH
9587 Colonial Dr---------235-3
Glatt To Meat You
1550 NE 165th St NMB------940-(
Good Brother Meat 10725 SW 56 St--274-(

These Yellow Pages tell you
almost instantly who sells
that well known product or
service you want.

12595 Polk City Information Publishing 1985

# MATTRESSES (Cont'd)

RHODES FURNITURE
12 Flamingo Plz Hialeah --------------885-9581
RHODES FURNITURE
1261 NE 163rd St N Miami Bch ------045-7471
SIMMONS-BEAUTYREST

SIMMONS
FOR DEEP REFRESHING
SLEEP
• Adjustable Beds
• Hide-A-Beds
• Beautyrest Mattresses
• Duplex Beds • Platform Beds

"AUTHORIZED DEALERS"

DELSON FURNITURE COMPANY INC
4350 SW 75 Avenue Miami------------264-4717

SIMMONS SLEEP CENTER
1030 SW 8th St Miami ----------------856-3729
SLEEPWORLD
16725 NW 20th Av Opa-Locka -------624-1313
SLUMBER PLUS
9 Curtiss Pkwy Miami Spgs----------885-9401
SOUTHERN COMFORT MATTRESS CO INC
6900 NW 37th Av Miami--------------691-6996
STAR BEDDING MANUFACTURING CO
1053 E 14th St Hialeah--------------887-3685
1053 E 14 St Hialeah----------------887-5209
SUPRA-MATTRESS DISCOUNT
16640 SW 40th St Miami-------------885-8887
WATERBED CITY
41 NW 167th N Miami Bch-----------949-6578
6450 S Dixie Hwy S Miami-----------662-1076
18800 S Dixie Hwy Miami------------255-3538
10600 NW 77th Av Miami------------925-2065
2050 SW 30th Av Hollywood--------925-2065
WATERBED OUTLET
2930 SW 30th Av Hallandale-------442-1262
YAMAHO 2150 NW 17th Av Miami---925-8258

## ►MATTRESSES-WHOL & MERS

BASSETT BEDDING CONTRACT SALES DIVISION
103 SE 12th Av Ft Lauderdale-------467-2844
BILT RITE MATTRESS CO
1710 W Dixie Hwy N Miami---------947-3090
BISCAYNE BEDDING CO
4875 NW 37th Av Miami ------------633-4634
DADE BEDDING CO DIVISION OF LONDON INDUSTRIES INC
42 NE 25 St Miami------------------573-4880
DELSON FURNITURE COMPANY INC
4350 SW 75 Avenue Miami----------264-4717
DIXIE BEDDING CO
4800 NW 37th Av Miami------------634-1505
FLORIDA BEDDING CORPORATION
5305 NW 72nd Av Miami-----------592-8596
FLORIDA MANUFACTURING & DISTRIBUTING CO
4401 NW 37 Av Miami--------------633-9803
FRANK M SEDEN CO INC
390 NE 67th St Miami--------------761-7513
MIAMI BEAUTY BEDDING
7235 NE 4th Av Miami--------------757-3652
SERTA MATTRESS CO
975 NE 72 Ter Miami---------------761-7537
SOUTHERN COMFORT MATTRESS CO INC
6900 NW 37th Av Miami------------591-6996
SPRING AIR MATTRESS
3590 NW 71st St Miami------------822-9341
STEARNS & FOSTER BEDDING CO
2245 NW 72nd Av Miami-----------635-7950

## ►MAUSOLEUM BUILDERS

LAKESIDE MEMORIAL PARK
10301 NW 25th St Miami----------592-0090
NATIONAL MONUMENT COMPANY INC
3260 SW 8 St Miami-------------446-6009
OUR LADY OF MERCY
11411 NW 25th St Miami---------592-0521
WOODLAWN PARK CEMETERY CO
3260 SW 8th St Miami-----------445-5425

## ►MEAT MARKET-KOSHER

GOLDSTEIN & SONS KOSHER MEATS INC
7443 Collins Av Miami Bch-------865-4981
MENDELSON N AND SONS KOSHER MEAT MARKET
1354 NE 163rd St N Miami Bch----945-6451
NORMANDY KOSHER MEAT MARKET
1112 Normandy Dr Normandy Isle Miami Beach----866-5225

---

# MEAT PACKERS (Cont'd)

SOUTH FLORIDA KOSHER MEATS INC
1324 NE 163rd St N Miami Bch----949-6068
SYON KOSHER MEATS
17-G-1 E Hallandale Beach Blvd
Hallandale-------------------944-3293

## ►MEAT PACKERS

ALL AMERICAN FOOD DISTRIBUTORS INC
500 NE 185th St Miami----------525-8206
ARMOUR FOOD & CO
3660 NW 71st St Miami--------696-8800
BEST PACKERS INC
270 W 22nd St Hialeah---------888-2389
DUTCH PACKING CO INC
4115 NW 28 St Miami----------871-3640
HIGH TOP PRODUCTS CORP
1034 NW 23 St Miami----------633-1646
HIGH TOP PRODUCTS CORP
1034 NW 23 St Miami----------633-3287
JONES MEATS
127 Giralda Ave Coral Gables---444-6183
JONES MEATS
3950 S W 99 Av Miami---------559-1036
KAYE BROS INC
590 NE 185 St Miami Bch-------653-2880
LA VILLARENA MEATS
6455 NE 3rd Av Miami---------751-4733
MACKLER IRA D & ASSOCIATES
124 NE 183rd Ter Miami--------652-7920
MAX BAUER MEAT PACKERS
143 NW 5th St Miami----------377-0500
MEAT PRODUCTS DIV
8400 NW 52nd St Miami-------592-3034
MIAMI BEEF CO
4870 NW 157th St Miami------621-3252
MORRISON MEAT PACKERS
738 NW 72nd St Miami--------836-4461
R & L MEAT PROCESSORS
261 W 22nd St Hialeah--------885-6605
PORKY MEAT PRODUCTS
924 NW 22nd St Miami--------324-0809
ROSA BROS 1100 NW 22 St Miami---324-1510
ROYA GLABA INC
13001 Port Said Rd Opa-Locka----687-0004
SWIFT INDEPENDENT PACKING CO
11205 NW 36th Av Miami------685-0345
UNITED BEEF MARKETS
1630 NW 70th Av Miami-------592-0300
VILLA REAL 261 W 22nd St Hialeah---885-6606
VINA & SON MEAT DISTRIBUTORS
2020 NW 22nd St Miami------545-5500
ZION CORP 1717 NW 7th Av Miami----324-1958

## ►MEAT PACKERS' EQUIPMENT & SUPPLIES

GAVCO SUPPLIES
Please See Our Ad This Page
7985 NW 33rd St Miami-------591-7161
HOLZER AND COMPANY
17260 NW 2nd St Miami-------652-3383
MANN-HOLLY SALES & SERVICE INC
2615 Ali Baba Av Opa-Locka---685-6261
RAM FREEZERS & COOLERS MFG INC
4721 NW 36th Ave Miami-----635-2899

BUSY PEOPLE—WHO WANT TO BUY
CAN SAVE BOTH TIME AND EFFORT
BY USING THE "YELLOW PAGES"

FULL LINE OF
MEAT PACKING
EQUIPMENT & SUPPLIES
EQUIPOS Y SUMINISTROS PARA:
MATADERO
REFRIGERACION
EXPORTAMOS
COMPLETE ENGINEERING
CAPABILITIES
FROM SINGLE PIECE OF
EQUIPMENT TO A COMPLETE PLANT
INSTALLATION SUPERVISION
GAVCO TELEX WUI
6811273
SUPPLIES 591-7161
7985 NW 33rd St, MIAMI, FL 33122

---

# ►MEAT-RETAIL

ARMAS MEAT & FOWL PRODUCTS INC
2188 NW 24 Ct Miami----------635-6109
B & R TOP QUALITY MEATS INC
9485 NW 17 Av Miami---------836-2638
BAY HARBOR FINE FOODS
1077 95 St Miami-------------865-0331
BEST WAY MEATS II
752 NW 183rd St Miami-------653-5963
BLOCK BEEF CO INC
564 Hialeah Dr Hialeah-------887-0331
CAMPBELL'S GROCERIES
6800 NW 32nd Av Miami------696-4671
CANONAZO SUPERMARKET CORP
16681 NW 57th Av Miami-----621-4279
CARMINE'S PRIME MEATS
8118 W Broward Blvd Plantation---944-8093
COCONUT GROVE MEAT MARKET
3461 Grand Av Coconut Grv----444-0514
DON DOMINGO CARNICERIA
2101 Coral Way Miami--------858-9483
DUTCH MEAT
7604 NW 22nd Av Miami------836-6872
DUTCH MEATS NO 2
6201 NW 17th Av Miami------835-7883
ECONOMEAT
1327 NW 3rd Av Miami-------371-8397
ECONOMY CUSTOM CUT BEEF MARKET
16601 NW 27th Av Opa-Locka---620-9065
ECONOMY STEAK SALE
970 E 25 St Hialeah---------691-6831
EL MORRO 1133 NW 22 Av Miami---649-5569
EPICURE MARKET INC
1656 Alton Rd Miami--------672-0388
EPICURE MARKET INC
1656 Alton Rd Miami--------672-1861
FAMILY MEAT INC
5780 NW 7 Av Overton------754-5589
FAMILY MEAT INC
6101 NW 17th Av Miami-----836-7289
FAMILY MEATS INC NO 3
3608 NW 183rd St Miami----625-4709
FOOD VALUE SUPERMARKET
9404 SW 24th St Miami-----226-2207
4275 W Flagler St Miami----445-2145
18000 NW 27th Av Carol City---620-7561
1060 W 29th St Hialeah-----884-4946
FRANK'S MEATS
954 Normandy Dr, Miami Bch---865-9725
954 Normandy Dr Miami Bch---868-0911
GOURMET INTERNATIONAL FOOD SERVICE
5380 State Road 84. Ft Lauderdale---944-4027
GREGORIO CASA SIERRA MIAMI-HIALEAH
2937 W 12th Av Hialeah-----897-5865
GREGORIO MEAT MARKET INC
1360 SW 8th St Miami------371-6833
IKES FOOD CENTER
3374 SW 37 Av Miami------446-9449
JAVIER CARNICERIA
1201 Palm Av Hialeah------887-3831
JOE'S PRIME MEATS
9429 Harding Av Surfside---866-0484
JONES MEATS

PRIME MEATS
CUSTOM CUT
FREEZER PACKAGES
FREE DELIVERY

JONES MEATS
127 Giralda Ave Coral Gables---444-6183

JUS-RITE GOURMET FOODS
8160 SW 4th Fl Ft Lauderdale---754-7063
KINGS MEAT & SEAFOOD
785 W 27th St Hialeah------888-5599
KLEIMAN'S MEATS
16315 NE 19 Av N Miami Bch---932-5611
LA SORPRESA PRODUCE
4501 NW 7 St Miami-------448-7911
LAS CUATRO HERMANAS MARKET
810 E 41st St Hialeah------836-9511
LOS COMPADRES MEAT MARKET
6200 SW 67 Av Miami------261-0860
LOU'S MEAT MARKET
1770 NW 183rd St Miami----625-3450
MARTIN'S FINE FOODS
14306 NW 7th Av Miami----688-9409
MEATERY INC
1065 95 St Bay Harbour Is----865-4545
MEATLAND NUMBER 3
2299 NW 7th Av Miami-----573-5014
MENDELSON N AND SONS KOSHER MEAT MARKET
1354 NE 163rd St N Miami Bch---945-6451
MIAMI MEAT MARKET INC
1 SW 12 Av Miami---------545-5433

---

# MEAT-RETAIL (Cont'd)

RETAIL · WHOLESALE
- SINCE 1963 -
SERVING FINE RESTAURANTS
& INSTITUTIONS
• BEEF • VEAL • LAMB
• PORK • POULTRY
BAHAMIAN ORDERS GIVEN
PROMPT ATTENTION
OPEN - MON - SAT. 7 AM - 5 PM
- ROSA BROS -
324-1511 324-1510
1100 NW 22 ST.

MIKE'S PRIME MEAT MARKET
3915 Alton Rd Miami Bch-----672-65
MILLER'S FINEST MEATS INC
16831 NE 15 Av N Miami Beach---947-14
MODELO MARKET
280 SW 8 St Miami---------856-34
NEW DEAL KOSHER MEAT & POULTRY MARKET
1352 NE 163 St N Miami Bch---945-25
NEW ERA MEAT MARKET
1005 NW 79th St Miami------691-69
NEW ERA MEAT MARKET INC
2601 NW 95th St Miami------691-37
NORTH'S BEST MEAT INC
12916 NW 7th Av N Miami----681-02
NORTHSIDE MEAT MARKET
2720 NW 79th St Miami------693-35
PARKERS QUALITY MEATS
13135 NW 27th Av Miami-----685-05
PAT'S GROCERY & DELICATESSEN
5351 NW 27 Ave Miami------635-15
PRIMO WHOLESALE DIST CORP
2416 NW 7 Ct Miami--------638-83
QUEEN OF MEATS
4705 NW 27th Av Miami------633-32
R-M SUPERMARKET
4114 NW 167th St Miami-----624-28
ROSA BROS
Please See Our Ad This Page
1100 NW 22 St Miami-------324-15
SCOTTY'S GROCERY
3117 Bird Av Miami---------443-52
SCOTTY'S GROCERY-MEAT DEPT.
3117 Bird Av Coconut Grv----448-22
SCOTTY'S PRIME MEATS
704 W 51 St Miami Bch-------868-50
7TH AVENUE SUPER MARKET
13751 NW 7th Avenue N Miami---685-63
SEVENTY NINTH STREET SEAFOOD & POULTRY INC
757 NW 79th St Miami-------836-90
SUNSHINE MEAT MARKET
2740 NW 159th St Miami----625-18
SUPER DISCOUNT BEEF
2215 W 4th Av Hialeah------885-94
SURF KOSHER MEAT & POULTRY
7432 Collins Av Miami Bch---866-05
THOMPSON'S GROCERIES
2090 NW 75 St Miami-------696-51
THREE BROTHERS MEAT MARKET
2030 Opa-Locka Blvd Opa-Locka---685-32
THREE A'S MEAT SHOP INC THE
4646 Palm Av Hialeah-------823-85
VINA & SON MEAT DISTRIBUTORS
2020 NW 22nd St Miami-----545-55
VIRGINIA MEAT DISCOUNT
5031 E 4th Av Hialeah------881-75
WEST SIDE MEAT MARKET
10534 NW 27th Av Miami-----691-65
WESTCHESTER MEAT CORP
2438 SW 87 Av Miami-------223-99

SOMETHING TO SELL?
A SERVICE TO OFFER?
TELL PROSPECTIVE BUYERS ABOUT
IT IN THE YELLOW PAGES OF THE
TELEPHONE DIRECTORY. USE THE
YELLOW PAGES TO CATCH THE
EYE OF MEN AND WOMEN WHEN
THEY ARE READY TO BUY.

## Needles

**ANDRECO TRADE INTERNATIONAL INC**
7040 NW 8th St------------------264-5060
Divine Sewing Industries
19 Ponce De Leon Blvd CG----------445-2780
Eduardo Bertot Inc 1035 NE 125 St NM-893-0823
**S K S SEWING & KNITTING SUPPLIES INC**
Agujas - Repuestos - Maquinaria
Para Todas Las Marcas De Maquinas
Industriales De Coser Y Tejer
6403 NW 36th St Va Gardns-----871-5000

## Needlework & Needlework Materials—Retail

ART GALLERY THE 700 71 St MB--865-3181
ART NEEDLE N' CANVAS
See Our Ad Under Yarn—Retail
800 E Hallandale Beach Blvd
Hallandale --------------------458-7515
Cobb Liquidators Needlepoint Inc
217-A N Federal Hwy Hallandale------457-8880
**CRAFT WORLD** 9003 SW 107 Av-------279-2424
(Please See Our Display Ad This Page)
Gables Needlecraft 1001 SW 107 Av----649-8459
Giving Tree The 248 Giralda Av CG----445-3967
Hobby Land
Please See Our Ad Under Hobby
18455 S Dixie Hwy----------------238-4387
Ladybug Crafts
See Our Ad Craft Supplies
2950 Ponce De Leon Blvd CG-------443-9070
**NAUGHTY NEEDLE THE**
*"For the Interesting & Unique"*
Needlepoint • Crewel • Cross Stitch
• Curcon Designs • Accessories
• DMC • Candlewicking
• Medici • Silk Gauze
• Paternayan • Metallics
• Finishing & Blocking • Framing
Closed Mondays
211 NE 98th St MShrs----------751-9056

Nu-Method 2162 NE 123rd St NM----895-0964
PETTI POINT JUNCTION of
1849 NE Miami Gardns Dr-----------932-3892
Pittsburgh Yarn Mill Outlet
See Our Ad Under Yarn—Retail
19206 W Dixie Hwy-------------932-4313
Shannon's Needlecraft Corp
299 Park St N Spot-----------885-6342
Stephanie Sunshine Art Needle Craft Gallery
9549 Harding Av Surfside--------854-8651
**WIG AND YARN**
HUGE DISCOUNTS
Latch Hook Rugs-Savelle 4 Ply, 3 Ply
Full Line Needlepoint-DMC Thread
1430 NE 163rd St--------------944-2767

*If you know someone with a physical handicap, there are Telephone Company aids that might be helpful. Investigate today!*

## Needlework & Needlework Materials—Retail—(Cont'd)

WINKLER'S BEAUTIFUL YARNS
• Famous for Selection & Quality
• Knitting • Crochet • Needlepoint
• Books• Instructions•Needles•Beads
1495 Alton Rd MB-------------531-4084

YARNS ETCETERA INC
Knitting & Needlework
9509 S Dixie Hwy--------------666-8910

## Needlework & Needlework Materials—Wholesale & Manufacturers

NEEDLEWORK ACCESSORIES INC
20256 NE 15 Ct--------------652-6902
WILLIAM UNGER & CO INC
20256 NE 15 Ct--------------652-6902

## Negligees—See Lingerie

## Neon Gas

See Gas—Industrial & Medical—Cylinder & Bulk

## Neon Signs—See Signs

## Neon Tube Making Machinery

See Signs—Equip & Supls

## Neon Tube Repairing

See Signs—Maintenance & Repairing

## Neon Tube Supplies

See Signs—Equip & Supls

## Nettings

CAST NET MAKER THE
See Our Ad Fishing Tackle Dealers
288 W 79 Pl Hlh-------------823-0277
NYLON NET CO
2 Vance Av Memphis Tn
Toll Free-Dial "1" & Then--800 238-6680

## Neuropathic Schools

See Schools with Special Academic Education

*IT'S EASY TO ADD CUSTOM CALLING SERVICES TO YOUR PRESENT PHONE. Ask us about 3-Way Calling, Call Waiting.*

SINCE 1971
**craft world**
HAS IT ALL!
ONE OF FLORIDAS LARGEST & MOST COMPLETE SELECTIONS OF QUALITY CRAFTS.
• Needlepoint • Crewel • Cross Stitch • Candlewicking • Knit Yarns
• Notions • Quilting • Macrame • Art & Craft Supplies
• Picture Framing • Latchhook • Ribbon & Trim • Books • Classes
*"COURTEOUS ASSISTANCE & SERVICE"* **279-2424**
9003 S.W. 107th AVE. KENDALL MALL

## News Dealers

ADOLPH'S READERS WORLD
166 Alhambra Cir CG----------448-6400
ADOLPH'S WESTCHESTER NEWS
See Our Ad Under Book Dealers—Retail
8659 Coral Way---------------264-6210
Almar Books 1672 NE 185th St--------945-5741
AL'S NEWS STAND 8219 SW 124 St-253-1762
Barker Art News & Sundries
1720 Alton Rd MB--------------672-7112
BUS TERMINAL BOOK STORE
See Our Ad Under Book Dealers—Retail
2320 Salzedo St CG-----------443-7979
Eddie's News & Stuff 1560 Alton Rd MB--672-2600
EDDIE'S NORMANDY NEWS
1096 Normandy Dr MB----------866-2026
Freddy's News & Gifts
7436 Collins Av MB------------865-2421
FRONT PAGE
Great Selection of Local, National
& Foreign Newspapers & Magazines
In the Village Mall, Kendall
8922 SW 97th Av--------------274-4642

Hialeah News Stand 863 Palm Av Hlh----887-7626
JOE'S NEWS 1575 Sunset Dr CG------661-9252
JOE'S NEWS INC 1575 Sunset Dr CG-661-2020
Kay's Corner Inc 3199 Commodore Plz----445-3769
Kirkland's Newstand 1678 NW 36th St----635-8140
Little River News 7839 NE 2 Av-------754-0030
Main Street News 12961 SW 112th St--386-0933
SID'S NEWS & CARDS
9537 S Dixie Hwy-------------666-0940
Southeast Periodical & Book Sales Inc
10100 NW 25th St------------592-8260
Sunny's Magazines & Paperbacks
Concourse N G
Miami International Airport----526-5830
TERMINAL NEWS STANDS INC
General Ofc
Miami International Airport-----526-5820
Concourse B
Miami International Airport----526-5829
Concourse N C
Miami International Airport-----526-5832
Concourse N G
Miami International Airport-----526-5830
Terminal News Stands Inc
2529 NW 38th St-------------871-3712
Uncle Milty's Candy Store
1664 Alton Rd MB-------------673-0018

## News Publications—Trade, Associations, Etc.

County Wheels News 99 NW 183rd St----653-6240
Fashion Press Inc 1 Lincoln Rd Bldg MB-534-2139
Greyhood Publications Inc
1049 NE 125th St NM---------893-2101
Miami Social Inc 285 NW 27th Av-----858-8515
Southeast Real Estate News
915 Middle River Dr Ft Lauderdale
Miami Tel No-940-7923

## News Service

Associated Press 2125 Bisc Blvd------573-7230
INSTANT REPLAY 24 HOUR VIDEO
MUSIC NEWS SERVICE ---------666-6707
PR NEWSWIRE
Flash Your News to Editors
In Miami, Around Florida and
Across the Nation in Minutes
3892 Biscayne Blvd----------576-5020
REUTERS
Editorial Office
121 SE 1st St--------------374-5013
REUTERS LIMITED
1 Financial Plaza Ft Lde
Miami Tel No-944-0357
United Press International
News Bureau 260 NE 17th Ter------373-7685
News Bureau 260 NE 17th Ter------373-7686
WFCS News 1500 Lugo Av CG-------667-3692

*These Yellow Pages tell you almost instantly who sells that well known product or service you want.*

## Newspaper Clippings

See Clipping Bureaus

## Newspaper Consultants

See Business Consultants

## Newspaper Distributors

LATIN AMERICA
Newspapers & Magazines—Seamer
1040 N Flagler St-------------545
NEWS TRANSIT AUTHORITY
Home & Office Delivery
Out-Of-Town
Newspapers & Magazines
4792 SW 72nd Av------------665
Ocean Newspaper Service
10100 NW 25th St------------59
SOUTHEAST PERIODICAL & BOOK SALE INC
WHOLESALE
LOCAL & EXPORT
• Paperback Books • Magazi
• Out-of-Town Newspaper
10100 NW 25 St-------------592-

## Newspaper Feature Syndicates

Ala Agencia Latinoamericana
2355 Salzedo St CG-----------44

## Newspaper Packaging Machin

See Packaging Machinery

## Newspaper Representatives

See Publishers' Representative

## Newspapers

Achievement Newspaper Voice Of The
Handicapped
925 NE 122 St NM------------89
Actor-Model News------------75
1720 79th St Cswy N Bay Vlg----75
Affiliated Nationality Press
3000 N Miami Av------------35
Auto Trader 5907 NW 151st St------55
Bargain Quest 9971 SW 15th Ter----55
BOCA RATON NEWS
34 SE 2nd St Boca Raton
N Dade Tel No-944
Boots Shultz 120 NE 6th St---------37
BROWARD JEWISH JOURNAL
4036 NE 5th Av Ft Lauderdale
Miami Tel No-944
Broward Review
627 S Andrews Av Ft Lauderdale
Miami Tel No-94
BROWARD TRIBUNE NEWSPAPER
4009 NE 5th Ter Oakland Park
Miami Tel No-944
CARIBBEAN SUN PUBLISHED BY BRIAN
PUBLISHERS
1035 NE 125th St NM---------893
CHICAGO SUN-TIMES ADVERTISING
Suite 247
17020 Collins Av MB---------944
Chicago Tribune
4651 Sheridan St Hollywood
Miami Tel No-944
Citizen News 150 20th St MB--------53
City Beautiful Of Coral Gables
2955 Whitehead St-----------44
Cody Edward J 514 Palermo Av CG----66
Comunicaciones 4135 Laguna St CG----66
DIARIO LAS AMERICAS
2900 NW 39th St------------833
Diario Popular Do Brazil 150 SE 2nd Av-35

*GET MORE FROM YOU PHONE WITH CUSTO CALLING SERVICES. Ask us about Call Waitin*

12596 © Donnelley Information Publishing 1985

## MUSICAL INSTRUMENTS–REPAIRING (Cont'd)
ONE LOVE GUITAR LESSONS & REPAIRS
 11222 SW 100th Av Miami----------------233-9676
SHEET MUSIC WAREHOUSE
 18338 W Dixie Hwy N Miami--------------931-6392

## ► MUSICAL INSTRUMENTS–SUPPLIES & ACCESSORIES–MFRS
DEL-MAR INDUSTRIES

- Bass • Cello
- Drums • Guitars
- Speakers • Gig Bags
- Cornet Covers
- Musical Instrument Covers
- Soft Vinyl or Padded

DEL-MAR INDUSTRIES
 8164 NW 103rd St Miami------------------821-0969

SHEET MUSIC WAREHOUSE
 18338 W Dixie Hwy N Miami--------------931-6392

## ► MUSICAL INSTRUMENTS–USED
A NEW HOCKE SHOPPE
 754 NE 167th St N Miami----------------945-4999
SHEET MUSIC WAREHOUSE
 18338 W Dixie Hwy N Miami--------------931-6392

## ► MUSICAL INSTRUMENTS–WHOL & MFRS
ALLEGRO MUSIC HOUSE
 259 Giralda Av Miami--------------------442-8948
AYAR INDUSTRIES INC
 6150 NW 84th St Miami------------------593-1050
DUFFY HARRY A VIOLINS
 2954 Oak Av Coconut Grv---------------445-0814
MUSIC TECH
 13841 SW 139 Ct Miami-----------------253-5829
PEXCO INC 6991 NW 61 St Miami----------599-6252
TROPICAL MUSIC CORPORATION
 6991 NW 61 St Miami--------------------594-3909

## ► MUSICIANS
CROSS-OVER ENTERTAINMENT
Offering
The Most Extensive
And Exclusive Roster Of
Bands & Orchestras
Latin Music's Top Names
Bands/Acts
Bi-Lingual Bands
Pop/Top Bands
FOR BOOKING CALL
SOUTH EAST FLORIDA
CROSS-OVER ENTERTAINMENT
 8060 W 21 Ave 86 Hialeah---------------822-9701

DECATUR JONES AND GUITAR
 10698 SW 184 Terr Miami---------------235-1158
MR MUSIC TRAVELING DISC JOCKEYS INC
 1957 NE 149th Miami--------------------531-3863
PACE-PERFORMING ARTS FOR COMMUNITY
 AND EDUCATION
 2121 SW 27th Av Miami------------------856-8836
PARADISE PRODUCTIONS

MUSIC & ENTERTAINMENT
FOR EVERY OCCASION
PRODUCTIONS • SHOWS
BOOKINGS - RECORDINGS
ARRANGING
Paradise
Productions
FOR FINE MUSIC CALL
PARADISE PRODUCTIONS
 18338 W Dixie Hwy N Miami--------------931-6392

SOUND TREK THE
 600 NE 36th St Suite 7 1 Miami----------325-0075

GET THE YELLOW PAGES HABIT

## ► MUTUAL FUNDS
Also see Investment Securities; also Stock & Bond Brokers

DREXEL BURNHAM LAMBERT INC
 300 Arthur Godfrey Rd Miami Bch--------672-5900
 7800 SW 57th Av S Miami---------------665-6541
 300 Arthur Godfrey Rd Miami Bch--------672-5900
LOWRY GROUP INC THE
 7700 N Kendall Dr # 403
 Coral Gables---------------------------271-9079
MERRILL LYNCH PIERCE FENNER & SMITH
 INC One Biscayne Tower Miami----------579-8399
 300 Arthur Godfrey Rd Miami Bch--------674-5800
MERRILL LYNCH PIERCE FENNER & SMITH
 INC 201 Alhambra Cir Coral Gables------442-1122

## ► MYOFUNCTIONAL THERAPY
GARLINER DANIEL
 1450 Madruga Av Coral Gables-----------666-5983

## ► NAILING MACHINERY
DUO-FAST CORPORATION SOUTH EAST
 SALES AND SERVICE DIVISION
 10028 NW 79 Av Hialeah Gdns-----------557-0150
PRUDENTIAL BUILDING MATERIALS CORP
 4241 SW 70 Ct Miami--------------------666-3321
SENCO STAPLERS NAILERS & TACKERS
 7770 NW 64th St Miami------------------592-1692

## ► NAILS & TACKS
PRUDENTIAL BUILDING MATERIALS CORP
 4241 SW 70 Ct Miami--------------------666-3321

## ► NAME PLATES
ALBA INTERNATIONAL CORP
 51 SW LeJeune Rd Miami----------------445-5331
ALLIANCE AUTO TAG AGENCY
 13850 SW 56th St Miami----------------387-0038
AWARD MAKER ON THE CORNER
 800 NE 125th St Miami------------------893-8081
FAULKNER INC

ENGRAVED
NAMEPLATES
Faulkner
IN PLASTIC
& METAL

FAULKNER INC
 1855 W Okeechobee Road
 Hialeah------------------------------885-4731

VAN DYKE SIGN CO
 415 NE 2 Av Miami----------------------373-2147

## ► NATUROPATHS
MURRAY LORNA M ND
 1275 SW 20 St Miami-------------------854-3297

## ► NAUTICAL EQUIPMENT & SUPPLIES
See Marine Equipment & Supplies

WE NEED MORE OF YOUR TYPE.

GIVE BLOOD

American Red Cross

## ► NAUTICAL INSTRUMENTS
GAGLIOTI INSTRUMENT LABS
 561 NE 87 St Miami Shrs----------------754-8280
HARVEY MARINE ELECTRONICS
 152 SW 8th St Miami--------------------856-1583
L B HARVEY INC

Sales
Installation
Maintenance
Parts

L.B.HARVEY

QUALITY, SERVICE & VALUE
SINCE 1946
Monday to Friday 8 30am to 6 00pm
Saturdays 10 00am to 2 00pm

NAUTICAL INSTRUMENTS
L B HARVEY INC
 Established 1946 Anemometers Barometers
 Binoculars Clocks Compasses Sextants
 New, Rebuilt-Repairs Habla Español
 152 SW 8 St Miami---------------------856-1724

## ► NAVAL ARCHITECTS
AIR RIDE CRAFT
 15840 SW 84th Av Miami---------------233-4306
HOBBS BOB
 7275 SW 104th St Miami---------------667-2416
KLEMME M JONES INC
 2593 Trapp Av Coconut Grv------------858-8670
KROGEN JAMES S & COMPANY INC
 1515 NW South River Dr Miami---------642-1368
PEARLSON ENGINEERING COMPANY INC
 8970 SW 87th Ct Miami----------------271-5721
WYNNE MARINE INC
 281 SW 8 St Miami--------------------854-6911

## ► NAVIGATION EQUIPMENT & SUPPLIES
See Marine Equipment & Supplies; also
Aircraft Equipment, Parts & Supplies; also
Maps & Globes

## ► NECKWEAR–WHOLESALE & MANUFACTURERS
ISACO INTERNATIONAL CORP
 282 NE 2nd St Miami------------------371-3213

## ► NEEDLES
S K S SEWING & KNITTING SUPPLIES INC
 6413 NW 36th St Virginia Gdns----------871-5000

## ► NEEDLEWORK & NEEDLEWORK MATERIALS–RETAIL
CRAFT WORLD
KENDALL DR. & 107 AVE.
Since 1971
CRAFT WORLD HAS IT ALL
• Needlework • Rugs
• Macrame • Notions • Ribbon
• Cross Stitch • Quilting
• Framing • Finishing
• Knitting Yarns • Accessories
• Artist Supplies • Crafts
 9003 SW 107 Av-----------------------279-2424

GIVING TREE THE
 248 Giralda Av Coral Gables-----------445-3967
WINKLERS BEAUTIFUL YARNS
Wide Selections-Quality-Knitting
Crochet
Needlepoint-Book-Instructions-Needles-
Beads
 1695 Alton Rd Miami Bch---------------531-4084

## ► NEGLIGEES–RETAIL
See Lingerie–Retail; also Women's Apparel–
Retail

## ► NEON SIGNS
See Signs

THE YELLOW PAGES ARE A HANDY
BUYER'S GUIDE. THE YELLOW PAGES
TELL YOU WHERE TO BUY. THEY
SAVE YOU TIME AND TROUBLE

## ► NEWS DEALERS
ADOLPH'S READERS WORLD
 166 Alhambra Cir Miami---------------448-6400
ADOLPH'S WESTCHESTER NEWS
 8659 Coral Way Miami----------------264-6210
BARKER ART NEWS & SUNDRIES
 1720 Alton Rd Miami Bch--------------672-7112
EDDIE'S NEWS & STUFF
 1660 Alton Rd Miami Bch--------------672-2600
FRONT PAGE
 8922 SW 97th Av Miami--------------274-4642
JOE'S NEWS
 1575 Sunset Dr Coral Gables---------661-2020
JOE'S NEWS INC
 1575 Sunset Dr Miami----------------661-2020
KAY'S CORNER INC
 3189 Commodore Plz Coconut Grv----445-3769
MAIN STREET NEWS
 12961 SW 112th St Miami------------386-0933
TERMINAL NEWS STANDS INC
 Miami International Airport Miami-------526-5832
TERMINAL NEWS STANDS INC
 Miami International Airport Miami-------526-5820
TERMINAL NEWS STANDS INC
 Miami International Airport Miami-------526-5830
 2523 NW 36th Ct Miami--------------971-3712
UNCLE MILTY'S CANDY STORE
 1664 Alton Rd Miami Bch-------------673-0018

## ► NEWS–PUBLICATIONS–TRADE, ASSOCIATIONS, ETC.
FASHION PRESS INC
 1 Lincoln Rd Bldg Miami Bch----------534-2139

## ► NEWS SERVICE
INSTANT REPLAY VIDEO CASSETTE
 MAGAZINE
 2951 S Bayshore Dr Coconut Grv------866-8787
PR NEWSWIRE
 3892 Biscayne Blvd Miami------------576-5020
REUTERS 121 SE 1st St Miami----------374-5013
UNITED PRESS INTERNATIONAL
 260 NE 17th Ter Miami---------------379-7685
 260 NE 17th Ter Miami---------------373-7685

## ► NEWSPAPER DISTRS
For Newspaper Publishers see Newspapers

LATIN AMERICA
 1040 W Flagler St Miami-------------545-7963
NEWS TRANSIT AUTHORITY INC
 4792 SW 72nd Av Miami-------------665-6611
SOUTHEAST PERIODICAL BOOK SALES INC
 10100 NW 25th St Miami------------592-8260

## ► NEWSPAPER FEATURE SYNDICATES
VISTA MAGAZINE
 2355 Salzedo St Suite 301
 Coral Gables--------------------------442-2482

## ► NEWSPAPERS
For newspaper representatives, see
Advertising–Newspaper; also Publishers
Representatives

COCONUT GROVE SUN REPORTER
 1771 West Av Miami Bch-------------532-4531
COMUNICACIONES
 4135 Laguna St Coral Gables---------667-5150
CORAL GABLES SUN REPORTER
 1771 West Av Miami Bch-------------532-4531
DOW JONES & CO INC
 2100 Ponce De Leon Blvd
 Coral Gables--------------------------445-7372
DOW JONES & CO INC
 2100 Ponce De Leon Blvd
 Coral Gables--------------------------448-3236
EDITORIAL CERNUDA-WAREHOUSE
 7498 NW 8th St Miami---------------261-4417
EL SUN REPORTER
 1771 West Av Miami Bch-------------532-4531

YOU CAN SHOP AT HOME
EASILY AND COMFORTABLY
BY THUMBING THROUGH THE
YELLOW PAGES.

1590 board—Overseas YELLOW PAGES (2601 © BellSouth Advertising & Publishing Corporation 1984

## Outboard Motors—Repairing

**API MARINE**
OUTBOARD & INBOARD
Starter Motors - Alternators - Gens.
OMC • Mercury • Chrysler • Others
4500 NW 36th Av----------633-1524

**BALI-HAI MARINE SERVICES INC**
10700 SW 188th St------------233-5731
Boat Center
1771 S State Road 7 Ft Lauderdale
Miami Tel No--945-0428
Castillo Carlos 7882 NW 64th St------592-6308
Causeway Seventy-Nine Marina
724 NE 79th St-----------------757-7671

**CHRYSLER OUTBOARD REPAIRS—**
OUTDOOR WORLD INC
9800 NW 27 Av----------------836-7911

**DAIGLE'S MARINE SERVICE**
Complete Boat Repair Service
Buy • Sell • Used Boats & Motors
Dockside Service
2051 NW 141 St Op-Lka------685-1228

Daigle's Marine Service
2051 NW 141 St Op-Lka------685-1228

**DIPPOLITO'S OUTBOARD SERVICE**
FACTORY AUTHORIZED
SERVICENTER
Johnson
Evinrude Parts
& Service
COMPLETE OVERHAUL
OMC PARTS, ACCESSORIES & RIGGING
Dippolito's Outboard Service
2542 NW 38th Ct----------871-5454

Refer to the Yellow Pages.
They tell you where to buy.

## Outboard Motors—Repairing—(Cont'd)

**DIXIE MARINE**
See Ad Under Boat Dealers
21500 S Dixie Hwy------------232-2024
Dockside Doc -----------------251-7746

**DOUCETTE MOBILE MARINE MECHANICS**
10345 S Dixie Hwy------------661-6298

**EVINRUDE OUTBOARD MOTORS—**
JOHNSON-KIRBY INC
5966 S Dixie Hwy SM----------666-1806
LANGER'S MARINE 522 West Av MB-672-2227
PAIGO BROS INC
Dock-Side Service
280 NW 79 St-----------------757-7000

General Marine Repairs
9750 SW 168th St-------------253-1625

**LANGER'S MARINE**
522 West Av MB--------------672-2227

**MERCRUISER STERN DRIVE—**
AUTHORIZED SERVICE
BALI-HAI MARINE SERVICES INC
10700 SW 188th St-----------233-5731

**MERCURY OUTBOARD MOTORS—**
AUTHORIZED SERVICE
BALI-HAI MARINE SERVICES INC
10700 SW 188th St-----------233-5731
BOAT CENTER
6460 S Dixie Hwy SM---------667-7587
CUSTOM ENGINE SERVICE
400 W 28th St Hlh-----------889-5827
MIAMI OUTBOARD MARINE
5311 NW 7 St----------------445-8271

Oh Seas
See Our Ad Under Boat—Repairing
& Painting
2173 Opa-Locka Blvd Op-Lka----681-5125
Paigo Bros Inc
Dock-Side Service
280 NW 79 St---------------757-7000
1990 W 4 Av Hlh-----------888-0388
South Florida Marine Services Inc
10715 SW 190th St----------253-7509

ZIP CODES speed mail.

## Outboard Motors—Repairing—(Cont'd)

ZIGGIE'S OUTBOARD SERVICE

NORTH MIAMI BEACH

AUTHORIZED JOHNSON SERVICE DEALER

SPECIALIZING IN
SERVICE ON
JOHNSON - EVINRUDE
ACCESSORIES - RIGGING
OMC PARTS

14600 W Dixie Hwy----------945-8851

## Outdoor Advertising
See Advertising—Outdoor

## Outlet Stores
See Factory Outlets

## Outpatient Transportation
See Wheel Chair & Invalid
Transportation

## Ovens—Bakers
S & S STOVE REPAIR INC
1018 N Miami Av--------------371-0382

## Ovens—Industrial
ACME INDUSTRIAL SHEET METAL INC
INDUSTRIAL OVENS
Batch & Conveyor, Spray Washers
Complete Finishing Lines
555 W 18th St Hlh-----------885-4943

Allow others time to answer.

## Ovens—Industrial—(Cont'd)
CENTRAL METAL FABRICATORS
Since 1948
900 SW 70th Av--------------261-6262

ENVIRONMENTAL CONTROL INC
Paint Booths - Ovens - Conveyors
Sales - Service - Installations
See Ad Under Air Pollution Control
2052 NE 121 Rd--------------895-6696

GRIEVE INDUSTRIAL OVENS—
STATE INSTRUMENTS INC
9309 N Armenia Tampa Fl----813 282-160

PRECISION QUINCY CORP
Laboratory Ovens—Walk In Ovens
4800 Hayes Hollywood---------983-267

## Ovens—Microwave
See Microwave Ovens also Ranges
& Ovens Headings

## Overall Supply Service
American Uniform Service Inc
14705 NW 25 Ct Op-Lka-------688-962
Mechanics Uniform Service
2100 NW 1st Av--------------573-372
Uniforms For Industry Incorporated
1401 NW 22 St--------------325-130

## Overalls
See Work Clothing Heading

## Overhead Type Doors—See Doors

## Overseas Gift Parcels
See Gift Baskets & Parcels

People who use the Yellow
Pages are shopping now.

12595 © Donnelley Information Publishing 199

## OUTBOARD MOTORS (Cont'd)

**BOATWORKS U.S.A.**
*Miami Outboard Marine*
OLDEST DEALER IN U.S A

**SALES • SERVICE • PARTS**
**EXPORT SPECIALISTS**
Se Habla Español

MERCURY OUTBOARDS

NEAR MIAMI AIRPORT
311 NW 7th ST

**445-8271**

**HONDA OUTBOARDS**

Easy to Start
Built to Last
Extremely Quiet
Outboard Motors
Fuel-Efficient
4-Stroke Engines
Available with Long or Short Shaft
Honda Reputation-Superior Performance

HONDA Power Equipment

*"WHERE TO BUY THEM"*
*AUTHORIZED SALES & SERVICE*
*SOUTH MIAMI*
CRUISING GEAR INTERNATIONAL
 CORP 2751 SW 27 Av Miami—854-7600
 *CORAL GABLES*
GABLES HONDA & BICYCLE STORE
 234 Bird Rd. Coral Gables————529-9999
 *DAVIE*
HONDA WEST
 4202 S University Dr
 Davie————————MiamiTeINo 621-0084
 *MIAMI*
MARINE COLLECTION THE
 3835 S Dixie Hwy Miami————529-0000
MIAMI HONDA
 3100 N W 36th St————————634-4582

HOPKINS-CARTER HARDWARE
 3701 NW 21 Ct Miami————————835-7377
INTRACOASTAL MARINE SERVICE
 1335 SE 16th St Ft Lauderdale————625-1022

**JOHNSON SEA-HORSE OUTBOARDS**

Johnson

World leader in sales.
Famous for dependability.

*AUTHORIZED SALES & SERVICE*
A B C MARINE
 10421 NW 27 Av————————696-5281
B & F MARINE INC
 1980 NW 27th Av Miami————638-3614
 7100 Bird Rd————————662-2858
BOB HEWES BOATS INC
 12565 NW 7 Ave N Miami————681-6602
CYCLE MARINE
 1250 N Flagler Av Homestead——245-0061
HI-LIFT MARINA INC
 2890 NE 187th St Miami————931-2550
LAUDERDALE MARINA INC
 1900 SE 15th St
 Ft Lauderdale———MiamiTeINo 949-2303
 *AUTHORIZED SERVICE*
D'IPPOLITO'S OUTBOARD SERVICE
 2542 NW 36th Ct Miami——871-5454
ZIGGIE'S OUTBOARD SERVICE
 14600 W Dixie Hwy Miami————945-8851

## OUTBOARD MOTORS (Cont'd)

LANGER'S MARINE
 522 West Av Miami Bch————672-2227

**MARINER OUTBOARDS**

BETTER
IN THE
LONG RUN

MARINER OUTBOARDS

*"FOR INFORMATION CALL"*
*AUTHORIZED SALES & SERVICE*
OUTDOOR WORLD INC
 9800 NW 27th Avenue Miami———836-7911

**MERCURY OUTBOARD MOTORS**

Fishing, cruising,
skiing; whatever
your boating dream,
Mercury Outboards
have the power,
reliability, service you can depend on.

MERCURY OUTBOARDS

*SALES & SERVICE*
BOATWORKS USA
 ————————————445-8271

**OH SEAS MARINE SERVICE INC**

Hi-Performance
Specialists
★ Outboard Repairs
★ Custom Rigging
★ Engine Rebuilding
★ Cosmetic Restoration
Pick-up & Delivery
Dockside Service

OH SEAS MARINE SERVICE INC

*"SALES, SERVICE, PARTS"*

OH SEAS MARINE SERVICE INC
 2173 Opa Locka Blvd Miami——681-5125

**OUTDOOR WORLD INC**

BAJO
Ski Performance
SPORTCRAFT
Family - Fish
QUALITY BOATS

*"FOR INFORMATION CALL"*
OUTDOOR WORLD INC
 9800 NW 27th Avenue Miami———836-7911
PAIGO BROS INC
 280 NW 79 St Miami————757-7000
PAIGO BROS INC
 1990 W 4 Av Hialeah————885-0388
SUNNY ISLES MARINE CENTER
 400 Sunny Isles Blvd Miami——947-0656

**YAMAHA OUTBOARDS**

A complete line of
outboards - from
V6's over 200 HP
to a 2 HP mini-
motor - with a
world of experience
behind them.

YAMAHA
EXPECT A LOT™

*"WHERE TO BUY THEM"*
*DEALERS*
COMPLEAT INFLATABLES INC
 1800 NE 151st St N Miami——948-6056
ZIGGIE'S OUTBOARD SERVICE
 14600 W Dixie Hwy Miami————945-8851

► **OUTDOOR ADVERTISING SERVICE**
 See Advertising-Outdoor

► **OUTDOOR CARPETING**
 See Carpet & Rug Dealers-New; also Carpet & Rug Distrs & Mfrs

► **OUTDOOR FURNITURE**
 See Garden Centers; also Garden & Lawn Equipment & Supplies; also Furniture- Outdoor-Retail; also Furniture-Outdoor-Whol & Mfrs

# OXYGEN
★ WE BILL MEDICARE DIRECT ★

MIAMI BEACH
CORAL GABLES
KENDALL
HIALEAH
NO. MIAMI BEACH
HOMESTEAD

• RENTALS
• SALES
• REPAIRS

• OXYGEN THERAPY EQUIPMENT
• OXYGEN CONCENTRATERS
• LIQUID OXYGEN

• PORTABLE OXYGEN UNITS
• HOSPITAL BEDS
• WHEEL CHAIRS • WALKERS
• EVERYTHING FOR THE SICKROOM

A COMPLETE MEDICAL SUPPLY CENTER
PROMPT DELIVERY
**AMERICAN SURGICAL SUPPLY**
**271-7233**
9501 SW 72 ST.

► **OVENS–INDUSTRIAL**
CENTRAL METAL FABRICATORS
 900 SW 70th Av Miami————763-1207
 900 SW 70 Ave Miami————261-6262

► **OVERALL SUPPLY & CLEANING SERVICE**
 See Uniform Rental Service

► **OXYGEN**
AAA MEDICAL RENTAL & SALES INC
 1670 NW 21 Ter Miami————324-6663
BIG THREE INDUSTRIES INC
 7300 NW 58 St Miami————592-3180
FOSTER MEDICAL CORPORATION HOME
 HEALTH CARE DIVISION
 3121 SW 22nd St Miami————445-2662
FOSTER MEDICAL CORPORATION HOME
 HEALTH CARE DIVISION
 3001 Greene St Hollywood————757-0638
GLASROCK HOMEHEALTHCARE
 4727 SW 74th Ave Miami————264-7557
HIALEAH MEDICAL RENTALS CORP
 3901 W 16th Av Hialeah————556-7531
LERNER PHIL CO
 1100 Kane Concourse
 Bay Harbour Is————————866-1944
LINDE HOMECARE MEDICAL SYSTEMS INC
 16073 NW 167th St Miami————557-4929
NATIONAL MEDICAL EQUIPMENT INC
 4955 E 4th Av Hialeah————688-9991
NATIONAL MEDICAL HOME CARE
 2900 NW 28th St Ft Lauderdale——947-5852
OXYGEN SYSTEMS INC
 7209 NW 79th Ter Medley————888-8150
PROFESSIONAL OXYGEN SERVICES
 7280 NW 58th St Miami————592-5920
PURITAN BENNETT CORP
 7280 NW 58th St Miami————592-3840
RESPIRATORY THERAPEUTICS
 15328 NW 7th Av Miami————672-0200
 15328 NW 7th Av Miami————685-2500

MAKE IT A HABIT TO LOOK IN THE
YELLOW PAGES.

► **OXYGEN–MEDICAL**
A AMERICAN SURGICAL SUPPLIES
 1672 NE 164th St N Miami Bch——949-84
ACE RENTAL MEDICAL EQUIPMENT INC
 478 NW 27 Ave Miami————642-194
ADVANCED MEDICAL & HOSPITAL
 SUPPLIES INC
 4677 W Flagler St Miami————448-44
ADVENTURA SICKROOM SUPPLY
 18501 W Dixie Hwy N Miami Bch——932-58
ALDO'S SURGICAL & HOSPITAL SUPPLIES
 1435 W 49th St Hialeah————557-28
AMERICAN OXYGEN INC
 7311 NW 12th St Miami————592-85
**AMERICAN SURGICAL SUPPLY CORP**
 Please See Our Ad This Page
 9501 SW 72 St Miami————271-72
BELL MEDICAL SUPPLY OF MIAMI BEACH
 INC 7136 Collins Av Miami Bch——864-11
CLINOMED INC
 3271 NW 7th St Miami————633-42
CONVALESCENT AIDS & REHABILITATION
 EQPT
 20143 NE 15th Ct Ft Lauderdale——631-25
 20143 NE 15th Ct Miami————921-20
MEDICAL INSTRUMENT CORP
 14230 NE 18 Ave Miami————947-7
MEDICARE CONVALESCENT AIDS
 1226 W Corporate Arlngtn TX—817 640-4
OXYGEN SYSTEMS INC
 7209 NW 79th Ter Medley————888-8
PROFESSIONAL OXYGEN SERVICES
 7280 NW 58th St Miami————525-7
 7280 NW 58th St Miami————592-5
PROFESSIONAL RESPIRATORY SERVICES
 141 S 62nd Av Hollywood————962-8
PROFESSIONAL RESPIRATORY SERVICES
 141 S 62nd Av Hollywood————620-6

USE THE YELLOW PAGES
TO CATCH THE EYE
OF THE MAN OR WOMAN
READY TO BUY.

12601 © BellSouth Advertising & Publishing Corporation 1984

AREA CODE 305 Religious—Rental 1965

## Religious Goods—(Cont'd)

**NATIONAL HEBREW ISRAELI GIFT CENTER**

**MAZEL TOV**

COMPLETE
JUDAICA
SUPPLIES

BAR MITZVAH SETS
BOOKS - BIBLES - MUSIC
Menorahs - Candlesticks - Kiddush Cups
PAINTINGS - JEWELRY
CRYSTAL - CERAMICS - SILVER
EXPERTS
AT SPECIAL ORDERS

1507 Washington Av MB----------532-2210

Ochun Jomi Botanica 1752 NW 7th St----541-4528
Products From Italy Inc
4672 W 4th Av Hlh----------------558-3378

**RAINBOW RELIGIOUS SUPPLIES**
Candles • Books • Baths • Oils
Ceramics • Novelties • Crosses
*"Spiritual Consultations Available"*
9625 NW 27th Av----------------835-2939

**ST JOHN'S RELIGIOUS STORE INC**
*Established 1953*
Complete Line of Religious Articles
Candles - Incense - Oils & Herbs
1512 NW 7 Av----------------324-4345

Saint Joseph Catholic Shop And Information
Center 940 NE 79 St----------------756-5774

**ST PAUL CATHOLIC BOOK & FILM CENTER**
Books–Bibles–Missals-Religious Articles
Monday - Saturday 8:30 am-6 pm
Free Parking In Back of Building
2700 Biscayne Blvd----------573-1618

**SALAS ARTIST METAL PRODUCTION INC**
*FABRICAMOS
TODA CLASE DE
HERRAMIENTAS
DE SANTOS*
*Lunes a Viernes 8 am-4 pm*
WHOLESALE • RETAIL
1839 NW 22nd St Miami----------325-9875

San Lazarus Religious Store
2056 OpaLocka Blvd Op-Lka----------688-2220

**SANTA BARBARA RELIGIOUS CANDLE SHOP**
Rev Sister Barbara - Lucky Candles
Oils • Incense • Herbs • Bibles •
Crosses • Religious Pictures
5744 NW 2 Av----------------756-5242

7 Potencias Africanas 1233 SW 8th St----854-8924
Sonny Boy Products 8701 NW 24th Av----691-7299

**SOUTH DADE RELIGIOUS BOOK STORE**
*Complete Church Supplies*
• Books - Bibles - Music
• Eastern Star & Masonic Supplies
• Robes - Commentaries
• Engraving
• Spanish Translations
*Rev. R. M. Bell*
16942 S Dixie Hwy----------253-4661

Variedades Discount Corp
1179 W 29th St Hlh----------------887-4979
Vema's Religious Articles
1400 NW 119th St----------------687-0342
Vigilio Pet Shop
Majestic Shopping Center----------262-1692
Watts Records & Masonic Supplies
9320 NW 12th Av Hlh----------------691-1169
Y Yabo Botanica 11654 Quail Roost Dr--252-1544

**YENYA Q CORPORATION**
GRAN SURTIDO SANTOS
TODOS TAMAÑOS
• Importados De España
Y Adurnados De Oro
• Consultas Espirituales
Y Todo Relacionado
Con La Religion
2500 NW 13th St----------------633-1594

Make it a habit to look in
the Yellow Pages.

## Religious Goods—Whol & Mfrs

Al Bon Marche 1146 W Flagler St----324-8512

**ALMACEN ESPANA IMPORTERS**
Importers of Spanish Statues
*Importadores de Imagenes Religiosas*
751 SW 8 St----------------856-4844
751 SW 8 St----------------856-1221

**ALMACENES FELIX GONZALEZ INC**
5042 W 12 Av Hlh----------------558-1991

**ALMACENES GONZALEZ INC**
See Our Ad Under Religious Goods
2610 SW 6th St----------------642-5666
8706 SW 6th St----------------552-5660
5042 W 12th Av Hlh----------------558-1991

Intervex Imports & Exports
Wholesale Only
PO Box 4186 Hialeah Fl 33014-0186
9809 NW 80th Av Hlh Gardns----821-5118
Salas Artist Metal Production Inc
See Our Ad Under Religious Goods
1839 NW 22nd St----------------325-9875

## Religious Organizations

Afro-Cuban Lucumi Association
2177 NW 27th St----------------633-3011
Aleph Institute The
Education & Programs For Jews
420 Lincoln Rd MB----------------674-8794
Archdiocesan Catechetical Center
7506 NW 2nd Av----------------757-0901
Religious Education Consultants
7506 NW 2nd Av----------------757-0902
Archdiocese Of Miami
Pastoral Center-Chancery
9401 Biscayne Blvd MShrs----757-6241
Family Enrichment Center
18330 NW 12th Av----------------651-0280
Asociacion De Masones Cubanos
600 W 29th St Hlh----------------887-9905
Brothers Of The Good Shephard
728 NE 1 Av----------------374-1065
Catholic Deaf & Handicap Service
Voice 100 NE 191st St----653-3147
Oty 100 NE 191st St----652-5141
Catholic League For Religious & Civil Rights
The 8101 Biscayne Blvd----757-6494
Child Evangelism Fellowship Of Dade County
Inc 665 NW 150th St----681-0989
**CHRISTIAN COMMUNITY SERVICE AGENCY INC**
Administrative Office/Facile Project
1090 NE 79th St----------------758-3071
American Black Community Center
4300 NW 12th Av----------------635-5122
Hialeah Center
500 Palm Av Hlh----------------888-5291
Little Havana Center
3360 W Flagler St----------------444-9482
Christian Training Network
8760 NE 2nd Av El Ptl----754-9609
Church Consortium Inc 4141 N Miami Av--573-1453
Church World Service 701 SW 27th Av--541-8040
Congregation Adas Dej Magiel Zedek
225 37th St MB----------------673-9428
Cursillos De Cristiandad
Opa-Locka Airport Op-Lka----685-0765
Davis Thomas Rev 1210 Stanford Dr CG--661-3210
Dignity Miami 137 NE 55th St----751-5214
Ebenezer Assembly Of God
11118 SW 184th St----------------238-0371
Eckankar 12307 NE 6th Av NM----891-2425
Emerge Incorporated 772 NW 79th St--691-5719
Encuentros Familiares 7805 Coral Way--262-1289
Fellowship Of Christian Athletes
6306 Coral Way CG----------------445-1600
First Baptist Church Of Perrine Recreation
Building 8900 SW 168th St----233-2520
Full Gospel Businessmens Fellowship
International 6330 Lake Champlain Ter--557-0181
Hare Krishna 2445 Collins Av MB----531-0331

**HEBREW CHRISTIAN FELLOWSHIP**
"BETH CHAI"
Monday Nights 7:30 PM
Bible Study & Discussion
Thursday Mornings 10 AM
Bible Study on Women
of the Word
12620 SW 37 Ter----------------552-5020

I Am Sanctuary 447 NE 22nd St----573-1492

When it's said in the Yellow
Pages—Action-People
hear it.

## Religious Organizations (Cont'd)

Iglesia Bautista Hispana De Westland
1550 W 60th St Hlh----------------825-8752
Institute Of Hispanic Liturgy
7506 NW 2nd Av----------------757-0904
Inter-Varsity Christian Fellowship
985 NW 1st St----------------324-5807
International Society For Krishna
Consciousness 2445 Collins Av MB----531-0331
Iskon 2445 Collins Av MB----531-0331
Jewish Community Centers Of South Florida
4200 Biscayne Blvd----------------573-5277
Jewish Defense League----------------652-8131
Legion Of Mary 8700 NE 2 Av El Ptl--757-3286
Lygol Inc
4100 W Flagler St----------------446-8297
Masjid-Markaz Ul MCA Of South Florida
4305 NW 183rd St----------------573-7037
Mennonite Central Committee
434 NE 28th St----------------624-5555
Methodist Campus Ministry Miami District
1210 Stanford Dr CG----------------661-1695
Mikrez Olima Of North Dade
1054 Miami Gardens Dr NMB----949-9650
Ministries In Action 61 Grand Canal Dr--262-7822
Muslim Communities Association Of South
Florida 295 Northwest Dr----261-7622
Oasis Ministerial Institute
16050 SW 123rd Av----------------595-4787
Pastoral Activities Center
7707 NW 2nd Av----------------754-3689
**SOUTHEAST COUNCIL**
Administrative Office
Rabbi Lewis Littman—Regional Director
3785 NW 82nd Av----------------592-4792
Southeast Pastoral Institute
2900 SW 87th Av----------------223-7711
United Protestant Appeal----------------374-6016
**WOMEN'S FELLOWSHIP ASSN**
1290 NW 36 St----------------634-1164
1290 NW 36th St----------------635-3763
World Mission Tours Inc
641 Desoto Dr MSpgs----------------885-5935
**YOUTH FOR CHRIST**
Main Office 9350 SW 79th Av----271-2442
Campus Life North Area
5800- Palm Av Hlh----------------557-3511
Youth Guidance Office
100 NE 79th St----------------751-2562

## Religious Supplies
See Church Supplies

## Relocation Service

A-1 Fargo Van & Storage Inc
7700 SW 100th St----------------595-9501
ERA Junard Co 9771 Sunset Dr----595-6928
Southeastern Real Estate Appraisal Corp
269 Giralda Av CG----------------442-4109
Stadler Associates Inc
Corporate Residential Services
95 Merrick Way CG----------------446-5759
Transition Miami Inc 7201 SW 47th Ct--665-2791

## Remnants—See Fabric Shops

## Remodeling
See Building Contractors; also Contrac-
tors–General; also Home Improvements;
also specific headings such as Carpen-
ters; Mason Contractors; Electric Con-
tractors; etc.

## Rendering Companies
Acme Processors
9950 NW 116th Way Medly----823-5621
DUPPS CO THE
Manufacturers Of Processing Equip
1901 SW 97th Av----------------552-8807
Florida Processing Co
13101 NW 14th St----------------592-6927
**FLORIDA TALLOW CORP**
20451 NW 2nd Av----------------651-1612
**FLORIDA TRANSPORT CO**
Office Location
9501 NW 106th St Medly----887-7536

Your message in these Yel-
low Pages will serve you
well 24 hours a day
the year round.

## Rental Service Stores & Yards
See also Specific Product &
Service Headings

**A AMERICAN SURGICAL SUPPLIES OF HIALEAH**
SELL • RENT • REPAIR
HOSPITAL EQUIPMENT
FOR HOME USE
10016 NW 80th Av Hlh Grdn----557-2935

A-1 Rent-Alls 879 E 25th St Hlh----696-0391
(Please See Our Display Ad Page 1968)

**A-1 RENT-ALLS**

**RENT**

2 LOCATIONS

• Pressure Washers • Chain Saws
• Paint Sprayers • Ladders
• Concrete Mixers • Generators
• Electric Hammers • Mowers
• Sewer Snakes • Electric Tools
*Rent Most Anything*
879 E 25th St Hlh----------------696-0391
12800 NW 7th Av NM----------------688-0677

A-1 Rent-Alls Inc 12800 NW 7th Av NM-688-6677
**AARON RENTS ELECTRONICS**
TV's, Stereos, VCR's Microwaves
Coral Gables 7201 SW 24th St----266-5512
1730 SW 30th Av Pmbrk Pk----454-1400
500 W Sunrise Blvd Ft L----764-4280
**AARON RENTS FURNITURE**
Apt Furnishings, Color TV's
Roll-Away Beds, Baby Cribs
Folding Tables And Chairs
1730 S 30th Av----------------945-3405
Coral Gables Area----------------261-0381
7101 SW 24th St----------------261-0381
Hialeah Area
7395 W 20th Av Hlh----------------823-2500
Perrine Area 14193 SW 119th Av----232-0700
1730 SW 30th Av Pmbrk Pk----454-4600
Ft Lauderdale Area
500 W Sunrise Blvd
Ft Lauderdale----------------764-4004
500 W Sunrise Blvd Ft L
Pomp Tel No-942-0277
**AARON RENTS & SELLS OFFICE FURNITURE**
Fully Stocked Warehouse
Adjacent To Showroom
7395 W 19th Ct Hlh----------------558-6767
550 W Sunrise Blvd Ft Lauderdale--764-5340
Able Builders Rental Equipment Inc
7451 NW 63rd St----------------226-2253
**ACE MUSIC CENTER**
PORTABLE SOUND SYSTEMS
Musical Instruments for Any Size Group
Day - Week - Month
13630 W Dixie Hwy NM----891-6201

Listings of this classification
are continued on next page

The babysitter
and the phone.
A GOOD TEAM

568 RELIGIOUS–RENTAL

12596 © Donnelley Information Pu

## RELIGIOUS GOODS (Cont'd)

S: PAUL CATHOLIC BOOK & FILM CENTER
2700 Biscayne Blvd Miami ----------573-1618
SOUTH DADE RELIGIOUS BOOK STORE
16492 S Dixie Hwy Miami -------------253-4661

**THE CHOSEN GIFT**

WE MAKE GIFT-GIVING
A RELIGIOUS
EXPERIENCE
YOUR COMPLETE
SOUTH DADE
JUDAIC STORE.
RELIGIOUS ARTICLES,
BOOKS, MUSIC, ART Etc.

SOUTH DADE
CHOSEN GIFT THE
7146 SW 117 Avenue Miami -------596-3639

Y YABO BOTANICA
11654 Quail Roost Dr Cutler Rdg -----252-1544

## ► RELIGIOUS GOODS–WHOL & MFRS

**ALMACEN ESPANA IMPORTERS**

Importadores
de Imagenes
Religiosas
ESPAÑA
Religious Goods
Dolls -Statues
Import - Export

ESPANA GIFT IMPORTERS
1751 SW 8th St Miami ----------------856-4844

ALMACENES FELIX GONZALEZ INC
5042 W 12 Av Hialeah ---------------558-1991
ALMACENES GONZALEZ INC
8788 SW 8th St Miami ---------------552-5660
5042 W 12th Av Hialeah -------------558-1991
2610 SW 8th St Miami ---------------642-5666

## ► RELIGIOUS ORGANIZATIONS

ALEPH INSTITUTE THE
420 Lincoln Rd Miami Bch -----------674-8794
CHRISTIAN COMMUNITY SERVICE AGENCY
INC 3360 W Flagler St Miami --------444-9482
CHURCH WORLD SERVICE
701 SW 27th Av 707 Miami -----------541-8040
ENCUENTROS FAMILIARES
5775 SW 102nd Ave Miami ------------596-0001
HARE KRISHNA
2445 Collins Av Miami Bch-----------531-0331
HEBREW CHRISTIAN FELLOWSHIP
12620 SW 37 Terr Miami -------------552-5020
LOGOI INC 4100 W Flagler St Miami---446-8297
MENNONITE CENTRAL COMMITTEE
434 NE 28th St Miami ---------------573-7037
METHODIST CAMPUS MINISTRY MIAMI
DISTRICT
1210 Stanford Dr Coral Gables ------ 661-1695
MINISTRIES IN ACTION
61 Grand Canal Dr Suite 309 Miami --262-7822
OASIS MINISTERIAL INSTITUTE
10050 SW 123rd Av Miami ------------595-4787

*Use our helpful and handy guide to local businesses—*

it precedes the Yellow Pages Index in the Donnelley Yellow Pages.

## RELIGIOUS ORGANIZATIONS (Cont'd)

ST MATTHEW THE APOSTLE EPISCOPAL
CHURCH 7410 Sunset Dr Miami----665-7333
SOUTHEAST PASTORAL INSTITUTE
2900 SW 87th Av Miami---------------223-7711
YOUTH FOR CHRIST
5800 Palm Av Hialeah ---------------557-3511
9350 SW 79th Av Miami --------------271-2442
100 NE 79th St Miami ---------------751-2562

## ► RELOCATION SERVICE

CENTURY 21 ALLSTATE REALTY & INVESTMENTS
PUT NUMBER 1
TO WORK FOR YOU
• RELOCATION
• RESIDENTIAL
• COMMERCIAL &
 INDUSTRIAL PROPERTIES
 NORTH DADE

Century 21
ALL STATE REALTY &
INVESTMENTS, INC.

ALLSTATE REALTY & INVESTMENTS
16455 NE 6th Ave Miami-------------944-5721

STADLER ASSOCIATES INC
95 Merrick Way Coral Gables --------446-5759

## ► REMODELING–BUILDINGS

See specific headings, such as–Carpenters;
Contractors–General, Home Improvements;
Siding Contractors; Siding Materials, Store
Fronts

## ► REMODELING–KITCHENS

See Carpenters, also Contractors–General,
also Home Improvements; also Kitchen
Cabinets & Equipment–Household; also
Plumbing Contractors; also Tile–Ceramic–
Dealers, also Tile–Non-Ceramic–Contractors &
Dealers

AT YOUR SERVICE AROUND THE
CLOCK – THE YELLOW PAGES.

## ADVANTAGE
### IMPROVEMENT SERVICES

PAINTING - PLASTERING - WALLPAPERING
CARPENTRY - TILE - FORMICA
POPCORN & ACOUSTICAL CEILINGS

### CUSTOM REMODELING
RESIDENTIAL COMMERCIAL
INDUSTRIAL

*Quality Work and Reasonable Prices are Always to Your Advantage*

## 696-6262

LICENSED & INSURED

ALL DADE
FREE
ESTIMATES

## ► REMODELING & REPAIRING–BUILDING CONTRACTORS

ADVANTAGE PAINTING CO
Please See Our Ad This Page
2039 NW 95th St Miami----------696-6262

## ► RENDERING COMPANIES

FLORIDA PROCESSING CO
13101 NW 14th St Miami-------------592-6927

## ► RENTAL HOUSING

See Real Estate

YOU CAN SHOP AT HOME . EASILY
AND COMFORTABLY BY THUMB-
ING THROUGH THE YELLOW PAGES

## ► RENTAL SERVICE STORES & YARDS

ALJOBS TOOL RENTALS
17551 NW 27 Ave Miami
ALL-U-CAN-RENT INC
6969 Coral Way Miami
BLANCHARD MACHINERY INC
14301 NE 19 Ave N Miami
CLEANING EQUIPMENT & SUPPLY
2701 SW 69 Ct Miami
E A GARWOOD INC EQUIPMENT R
10711 SW 216th St Miami
FUNDORA R RENTAL & PARTY SU
3027 SW 107th Av Miami

**GRANDMA'S RENTALS**

Free
Car Seat Use
With Any Rental
Cribs - Strollers
Playpens
Hi-Chairs
Rollaway Beds
Car Seats
*WE DELIVER*

GRANDMA'S RENTALS
95 NW 166 St Miami

HAPPY DAY PARTY SUPPLY INC
5792 SW 6th St W Miami

**HAVANA WELDING SUPPLIES**
SPECIALIST IN WELD
EQUIPMENT & SUPPL
FOR THE CONTRACT
• DIESEL & STATIC
• MIG - TIG (HELIAR
2163 NW 86 St

HERTZ EQUIPMENT RENTAL CORI
5850 NW 77th Ct Ft Lauderdale
JUVENILE CENTER INC
18844 S Dixie Hwy Miami
KIDO STUFF OF MIAMI BEACH
933 Washington Av Miami Bch
MESTRE RENTAL CO
4715 NW 79th Av Miami
PARTY RENTALS INC
3442 SW 8 St Miami
POES RENTALS Hialeah
9600 S Dixie Hwy Miami
7901 W 4th Av Hialeah
RENTAL MACHINERY CO
RENTAL PLANTS OF MIAMI INC
2835 SW 2nd St Miami
RYDER TRUCK RENTAL
3990 NW 24th St Miami

**TAYLOR RENTAL CENTER**
THINGS TO RENT
FOR EVERY EVENT
RENT BY THE DAY -
WEEK OR
MONTH-
SE HABLA
ESPANOL

TAYLOR RENTAL CENTER
8855 SW 24th St Miami

## TAYLOR RENTAL

### WE RENT EVERYTHING FOR EVERY EVENT
### CONTRACTORS–HOMEOWNERS–INDUSTRY

• CHAIRS • TABLES • TABLECLOTHS • SILVERWARE
• GLASSES • CUPS • BARS • TENTS • DISHES •

EXERCISE EQUIPMENT
HAND TOOLS
PLUMBING TOOLS
AUTOMOTIVE
PAINT & WALLPAPER TOOLS
CONTRACTOR/BUILDER
CEMENT TOOLS

NEAR THE
FALLS
8751 SW 131 ST

PARTY & BANQ
LAWN & GARDI
CAMPING-REC
FLOOR CARE
CONVALESCEI
MOVING EQUIP
GUEST & BABY

SE HABLA ESPAÑOL

## 233-7923

HATCHETT, Circuit Judge, dissenting:

The majority's holding establishes a rule of law that transforms the multi-billion dollar classified publishing industry from a business requiring the production of a useful directory based on multiple layers of creative decision-making, into a business requiring no more than a successful race to a data processing agency to copy another publisher's copyrighted work-product. In reaching this incredible result, the majority forsakes thoughtful analysis of the evidence under the governing principles articulated in *Feist*, and leaps to a conclusion based on nothing more than its collective judgment of what ought to be copyrightable.

Not only does the majority ignore the evidence presented in the district court, but it also allows the appellant to obtain an outright reversal of the district court with new arguments and supplemental evidence that the district court never considered. In doing so, the majority transforms this en banc appellate court into no more than a multiple judge trial court that allows unsuccessful litigants to have the proverbial 'second bite at the apple.' I cannot join the majority in its disregard for the well-established parameters of appellate review; thus, I respectfully dissent.[1]

### DISCUSSION

In order to prevail on a claim of copyright infringement, a plaintiff must prove two elements: (1) that the plaintiff owns a valid copyright in the work; and (2) that the defendant copied "constituent elements of the work that are original." *Feist Publications, Inc. v. Rural Telephone Service Co., Inc.*, 499 U.S. 340, ——, 111 S.Ct. 1282, 1296, 113 L.Ed.2d 358, 379 (1991). Donnelley Information Publishing, Inc. and Reuben H. Donnelley Corporation (collectively "Donnelley") concedes that Bellsouth Advertising & Publishing Corporation ("BAPCO") possesses a valid compilation copyright in the *1984 Greater Miami Yellow Pages* (*1984 Yellow Pages*), taken as a whole. Donnelley also stipulated that it copied the following information from the *1984 Yellow Pages* in pre-

paring its "sales lead" sheets: "1. telephone number—under the first column; 2. name—under the second column; 3. address—under the third column; 4. kind of business—under the fourth column; and 5. unit of advertising—under the fifth column." Therefore, based on Donnelley's concessions that BAPCO possesses a valid copyright and its stipulation to copying information from the *1984 Yellow Pages*, this court is only asked to determine whether Donnelley substantially copied constituent elements of the *1984 Yellow Pages* that are original.

### I. Copyrightability of Compilations

It is settled that compilations of facts are copyrightable, even though the facts themselves are not subject to copyright protection. *Feist Publications*, 499 U.S. at ——, 111 S.Ct. at 1287, 113 L.Ed.2d at 368 (discussing the inherent tension between these well-established propositions). The Copyright Act of 1976 defines a copyrightable compilation as "a work formed by the collection and assembly of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." 17 U.S.C. § 101 (1988). Therefore, section 101 identifies three requirements for a compilation to qualify for copyright protection: "(1) the collection and assembly of preexisting material, facts, or data; (2) the selection, coordination, or arrangement of those materials; and (3) the creation, by virtue of the particular selection, coordination, or arrangement, of an 'original' work of authorship." *Feist*, 499 U.S. at ——, 111 S.Ct. at 1293, 113 L.Ed.2d at 376.

The Court in *Feist* noted that the "selection, coordination, or arrangement" requirement is the key to determining whether a work qualifies as a copyrightable compilation. *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1294, 113 L.Ed.2d at 377 (explaining that "facts are never original, so the compilation author can claim originality, if at all, only in the way that the facts are presented"). The Court in *Feist* emphasized that "the originality re-

---

1. During the discussion of the evidence presented to the district court, I will also discuss the

evidence presented and the new theories advanced at the "en banc trial."

quirement is not particularly stringent." *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1294, 113 L.Ed.2d at 377 (explaining that originality means only that a compiler selects or arranges independently and displays some minimal level of creativity, even if the compiler settles upon a selection or arrangement that others have used). In addition, the Court in *Feist* noted that a copyrightable compilation is protected only to the extent of the author's "original" selection, coordination, or arrangement. *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1295, 113 L.Ed.2d at 378. Accordingly, this court must first determine what particular elements of BAPCO's selection, coordination, and arrangement of preexisting facts in the *1984 Yellow Pages* are sufficiently original to merit copyright protection.

## II. Original Selection, Coordination, or Arrangement

Based on the undisputed facts, the district court concluded that BAPCO performed the following acts of selection, coordination, or arrangement, which were sufficiently original to merit copyright protection: (1) the selection of the geographic scope of businesses to be covered in the directory; (2) the selection of the number of free listings for businesses in the covered area; (3) the selection of only businesses with business telephone service for advertisements in the directory; (4) the selection of a menu of classified headings that would be available for business listings; (5) the selection of the criteria for determining whether a business may advertise under a particular classified heading; (6) the selection of the classified headings that would be recommended to a particular business customer; (7) the selection of customers who would receive on-premise sales contact, telephone sales contact, or no contact; (8) the selection of the dates for the beginning and closing of the sales campaign for advertisements in the directory; and (9) the arrangement of all of the business listings under a particular heading, in alphabetical order. *See BellSouth Advertising & Publishing Corp. v. Donnelley Information Publishing, Inc.*, 719 F.Supp. 1551, 1557–58 (S.D.Fla. 1988).

The panel agreed that the *1984 Yellow Pages* constituted a copyrightable compilation, identifying the following acts of selection, coordination, or arrangement as sufficiently original: (1) selection of the geographic scope of businesses to be included in the directory; (2) selection of a directory close date as a limit on modifications that would be reflected in a pending directory publication; (3) the creation or selection of numerous classified headings that would be available for business listings; (4) the coordination of all the informational components—name, address, and telephone number—of a particular business into one complete business listing; and (5) the arrangement of all coordinated business listings under the appropriate classified headings. *See Bellsouth Advertising & Publishing Corp. v. Donnelley Information Publishing, Inc.*, 933 F.2d 952, 957–58 (11th Cir.1991), *vacated and reh'g en banc granted*, 977 F.2d 1435 (11th Cir.1992).

Donnelley challenges the district court's and panel's holding that BAPCO performed sufficiently original acts of selection, coordination, or arrangement to merit copyright protection for the *1984 Yellow Pages*. Donnelley argues that the district court erred in identifying BAPCO's alphabetizing of the listings and classified headings as contributing to the originality of the directory. Donnelley also argues that the district court erred in characterizing BAPCO's decisions to offer one free listing, to include only business telephone service subscribers, and decisions on soliciting advertisements as acts of selection "fixed" in the *1984 Yellow Pages*, as opposed to invisible business decisions. In addition, Donnelley argues that the panel erred in identifying BAPCO's coordination of the informational components—name, address, and telephone number—of a particular business as an original act of coordination. Moreover, Donnelley argues that both the district court and the panel erred in identifying BAPCO's selection of a geographic scope, selection of classified headings, and arrangement of all business listings under a particular classified heading as "original" acts of selection or arrangement.

BAPCO responds that the district court and panel correctly concluded that BAPCO's

acts of selection, coordination, or arrangement were sufficiently original to be copyrightable. BAPCO analogizes the so-called "business decisions" with the techniques that a photographer uses in taking a picture. As the techniques of the photographer affect the photograph, BAPCO argues that the published *1984 Yellow Pages* would have been completely different if BAPCO had selected a different geographic scope, permitted residential telephone service subscribers to be listed, chosen a different closing date, elected not to provide a free listing, changed its available menu of classified headings, engaged in different marketing efforts to sell business listings, excluded businesses listings from nearby communities such as Fort Lauderdale, excluded listings of national businesses, or permitted different arrangements between the available classified headings and business listings.

Donnelley is correct to assert that the holding in *Feist* precludes this court from concluding that BAPCO satisfied the originality requirement based on the mere alphabetizing of business listings and classified headings, or based on the mere coordination of the name, address, and telephone number of a particular business into one complete business listing. *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1297, 113 L.Ed.2d at 380–81 (holding that a telephone company's white pages lack the requisite originality for copyright protection where the telephone company merely published basic subscriber information—name, town, and telephone number—and arranged it alphabetically based on surnames).

Donnelley is also correct to assert that the district court erred in characterizing BAPCO's decision to offer one free listing and decisions on the dates and procedures for soliciting advertisements as original acts of "selection." "Selection implies the exercise of judgment in choosing which facts from a given body of data to include in a compilation." *Key Publications v. Chinatown Today Publishing Enterprises, Inc.*, 945 F.2d 509, 513 (2d Cir.1991) (citations omitted). BAPCO's decisions regarding a free listing and solicitation procedures did not entail the exercise of judgment in choosing among facts

to be included in its directories. "Selection" is not an appropriate term to describe the choices to include *all* of the data in a given body of data, on a given date. Instead of acts of selection, these BAPCO's decisions are more closely analogous to ideas or procedures for reliably and profitably collecting facts. As ideas or procedures, BAPCO's decision to offer a free listing and its decisions regarding soliciting advertisements, are not copyrightable. *See* 17 U.S.C. § 102(b) (providing that no copyright protection for an original work of authorship extends to any "idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work").

However, even ignoring these erroneously identified acts of selection, coordination, or arrangement, BAPCO's other acts of selection and arrangement in compiling the *1984 Yellow Pages* were sufficient originality to merit copyright protection under *Feist*.

### A. Selection of Classified Headings

The clearest example of BAPCO's original selection is its choice of the classified headings that would be included in the *1984 Yellow Pages*. *Accord Key Publications*, 945 F.2d at 514 (holding that a publisher's selection of 260 different categories, even if including particular categories that have been used in other directories, involved sufficient creativity to contribute to the overall originality of a classified directory). BAPCO selected the approximate 7,000 classified heading in the *1984 Yellow Pages* from the 4,700 primary headings and approximately 34,000 related headings in the BAPCO headings book. BAPCO presented the undisputed testimony of Gerald Brown that the BAPCO headings book is not standardized to coincide with the menu of classified headings used in National Yellow Page Sales Association (NYPSA) publications. Moreover, even if BAPCO's selection of classified headings is similar to other NYPSA publications, it would still be copyrightable under *Feist* so long as BAPCO selected independently. *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1287, 113 L.Ed.2d at 369 (holding that "originality does

not signify novelty; a work may be original even though it closely resembles other works so long as the similarity is fortuitous, not the result of copying").[2]

In addition, the testimony of Donnelley's own witness supports the district court's conclusion that BAPCO's selection of headings constituted an original act of selection. Donnelley's corporate representative, Jon Notestein, responded to a question about whether Donnelley created its headings especially for the Donnelley Miami directory, with the following statement: "What we have learned in this business after 99 years is that individual markets may have local terminology that reflect differently in different parts of the country. So, yes, I'm sure we have created some headings, classifications to represent types of business that we didn't normally use in Donnelley in the Mid-west, for example." *See Deposition of Jon Notestein,* p. 50. In further describing the process of particularizing headings for a specific directory, Notestein explained that Donnelley maintains a list of over 7,000 headings that are generally applied across the country, but "in the end the type of business appears in our directory is a reflection of the marketing and needs of the market and users of the product. It is an ongoing process changing every day." *See* Deposition of Jon Notestein, p. 51 (also stating that Donnelley probably selected its headings for Miami from "looking at" the *1984 Yellow Pages* ).

On appeal, Donnelley appears to concede that copyright protection extends to a pub-lisher's selection of which headings to include in a particular classified directory, arguing instead that it did not copy BAPCO's selection of classified headings. Donnelley asserts that its *1985 Miami North* directory contains approximately 4,000 headings and that its *1985 Miami South* directory contains approximately 4,300 headings, as compared to the 7,000 headings in BAPCO's *1984 Yellow Pages.* Even though more relevant to the separate issue of substantial copying, Donnelley's assertion that it independently selected a substantially smaller and distinct "universe" of classified headings underscores the originality, and thus copyrightability of BAPCO's selection of headings.[3]

**B.** *Categorizing Businesses Under Classified Headings*

The originality of BAPCO's arrangement of business listings under a particular classified heading is also clear under the standard definition of "arrangement" in the copyright laws. "Arrangement 'refers to the ordering or grouping of data into lists or categories that go beyond the mere mechanical grouping of data as such, for example, the alphabetical, chronological, or sequential listings of data.'" *Key Publications,* 945 F.2d at 513–14 (quoting Copyright Office, *Guidelines for Registration of Fact–Based Compilations 1* (Rev. Oct. 11, 1989)). In this case, BAPCO presented the undisputed affidavit testimony of its General Manager–Publishing, Bob Johnson, regarding BAPCO's grouping of listings under a particular classified heading. *See* Exhibit A to Donnelley's En Banc Brief

**2.** In reasoning that BAPCO's selection of headings lack originality because many resemble NYPSA headings, the majority completely ignores the *Feist* Court's holding that an independent selection of data need not be "novel" in order to be deemed original. *See* Majority op. at p. 1443.

**3.** In reaching its over-broad conclusion that none of BAPCO's selection, coordination, or arrangement is copyrightable, the majority merges the issues of originality and substantial copying. In doing so, the majority allows Donnelley to defeat BAPCO's claim of original selection, the first issue before this court, based on new evidence presented for the first time on appeal that relates mainly to the second, substantial similarity issue. Regarding the substantial similarity issue, the majority concludes that Donnelley presented evidence showing that it "established its own system of headings." The majority relies on citations to the record that Donnelley uses in support of its new assertion that it selected "a smaller universe" of classified headings. *See* Majority op. at 1443. The majority's reliance on these citations is misplaced for two reasons. First, as BAPCO argues, none of Donnelley's citations actually support the "smaller universe" assertion. *See* BAPCO En Banc Brief at p. 3 (compiling all portions of the record that Donnelley cites as "Exhibit 2"). Moreover, as discussed fully in section III–A, the relevant question is whether Donnelley proved *that it selected a menu of classified headings for particular use in compiling its South Florida directories, not whether Donnelley* entered codes corresponding to a general universe of headings in the Donnelley heading book.

(copy of *Affidavit of Bob Johnson* ). Because most business subscribers offer multiple product lines, goods, and services, Johnson testified that BAPCO sales representatives were responsible for itemizing the products or services of a business subscriber, determining the degree of importance or profitability to the business, and recommending an appropriate classified heading for listing the business in the *1984 Yellow Pages*. Johnson further testified that BAPCO annually updates and publishes its heading book in order to provide sales representatives with a quick-reference of the approximately 34,000 authorized BAPCO "related headings" for making recommendations to businesses about additional listings.

Moreover, Johnson's statements about the skill and judgment that BAPCO sales representatives exercise in recommending appropriate related headings is supported in the statistics that he provided about the *1984 Yellow Pages*. Johnson testified that the resulting *1984 Yellow Pages* included 56,459 free business listings and 49,939 paid listings from a total of 32,559 local, foreign, and national business subscribers. These statistics on total listings and advertisers highlight the fundamental error in the majority's conclusion that BAPCO's grouping of business listings under classified headings is not an original act of arrangement. Using Donnelley's figure of approximately 7,000 classified headings in the *1984 Yellow Pages,* it defies logic to conclude that BAPCO's grouping of over 106,398 business listings from 32,559 different businesses, under approximately 7,000 classified headings amounts to no more than mechanical grouping of data. The numbers alone indicate that BAPCO had numerous options for grouping the 106,398 listings among the 7,000 classified headings.

Beyond statistics, however, BAPCO presented the district court with conclusive evidence concerning the originality of its groupings of business listings under classified headings. BAPCO attached to Johnson's affidavit a sample page from its heading book, which includes the primary heading of "Bakers–Retail" and related headings including "Biscuits," "Cakes," "Pastries," "Bagels," "Candy & Confectionery," "Caterers," "Cookies & Crackers," "Delicatessens," "Donuts," "Food Products," "Foods–Carry Out," "Grocers–Retail," "Health & Diet Food Products–Retail," "Pies," "Pretzels," "Restaurants," "Sandwiches," "Snack Products," "Wedding Supplies & Services." Although some primary entries on the sample page contain less related headings than the "Bakers–Retail" example, other primary headings contain more related heading options. Hence, the "Bakers–Retail" example provides a representative illustration of the wide-ranging choices that BAPCO sales representatives made in categorizing the 32,559 businesses under the appropriate related headings from the approximately 34,000 options in the heading book. With so many related headings to describe a business principally known as a bakery, BAPCO's arrangement of the listing of a particular bakery under one, two, three, four, or more headings is neither "obvious" nor "practically inevitable" as defined in *Feist. See Feist,* 499 U.S. at ——, 111 S.Ct. at 1297, 113 L.Ed.2d at 380. Accordingly, the evidence is clear that BAPCO's arrangement was in no sense mechanical. On the contrary, the *1984 Yellow Pages* reflects several layers of BAPCO choices on grouping 106,398 business listings under approximately 7,000 classified headings, which BAPCO selected from a heading book containing 4,700 primary entries and 34,000 related headings. *Accord Key Publications,* 945 F.2d at 514 (holding that a classified publisher's grouping of over 9,000 listings into approximately 260 different categories constituted original arrangement entitled to copyright protection).

Donnelley challenges BAPCO's evidence of an original arrangement with repeated assertions that the businesses themselves, not BAPCO, selected the appropriate classified heading or headings with which to describe their businesses. In its reply brief to the panel, Donnelley conceded that if BAPCO supported its "belated allegation that *BAPCO* selects the headings, there would result a material issue of fact, making summary judgment improper on the issue of infringement." Donnelley Panel Reply Brief at p. 13. The evidence before the district court not only supports BAPCO's so-called "belated allegation," but the only evidence presented to the

district court conclusively establishes that BAPCO makes the final decisions on whether to list a business under a particular classified heading.[4]

Donnelley does not point to any independent evidence that it presented on the issue, but relies on testimony that it elicited from BAPCO's General Manager–Directory, Gerald Brown, during the October, 1985, preliminary injunction hearing. Specifically, Donnelley relies on Brown's statements that customers generally select additional classified headings in the course of a sales presentation by a BAPCO employee, and his statement that the owner of Havana Welding made the decision to be listed under ten different headings, including "Exporter," with the guidance of a BAPCO sales person. Based on Brown's testimony about a business owner's role and the fact that business owners pay BAPCO for the additional listings, Donnelley argues that "it defies logic to even suppose that [businesses] would leave to a directory publisher any discretion to decide what business they are in."

Donnelley's argument completely ignores the undisputed evidence that BAPCO presented on the editorial role of its Heading Committee in arranging business listings under a particular classified heading.[5] In addition to discussing the role of a BAPCO sales representative in recommending related headings to businesses, Gerald Brown testified via deposition that BAPCO's Heading Committee had the final responsibility for deciding whether a requested classified heading was appropriate for inclusion in the *1984 Yellow Pages*. Brown further testified that a business's willingness to pay for a listing under a particular classified heading did not influence the Heading Committee's decision on whether to approve the proposed new heading. Moreover, during the October, 1985, preliminary injunction hearing, Brown responded to questions about whether BAPCO allowed businesses to make final decisions on a particular heading based on their

willingness to pay for the advertisement. In response to a question on redirect, Brown testified that BAPCO would not allow businesses to select classified headings under a particular category that is totally incorrect, responding to the extreme example of a butcher who asked to be listed as a plumber. *See* 5SR2–4, p. 133. On recross-examination, Brown responded to a more subtle example stating that BAPCO would allow a butcher to be listed as a delicatessen only if the butcher was in fact a delicatessen, regardless of the butcher's willingness to pay for a full-page ad under the "Delicatessen" heading. *See* 5SR2–4, pp. 133–34. Donnelley fails to point to any evidence contradicting Brown's testimony regarding the final editorial authority of the Heading Committee on whether a business would be grouped under a particular classified heading.

Therefore, the uncontroverted testimony in this case proves that BAPCO performed an original act of arrangement in deciding how to group appropriately the 106,398 business listings from 32,559 businesses, under the approximate 7,000 classified headings in the *1984 Yellow Pages*.

## C. Selection of Only Businesses with Business Telephone Service

BAPCO's selection of only businesses with business telephone service, as opposed to residential service, is also an act of selection contributing to the originality of the *1984 Yellow Pages*. As noted earlier, selection involves "the exercise of judgment in choosing which facts from a given body of data to include in a compilation." *See Key Publications*, 945 F.2d at 513. BAPCO exercised such judgment in choosing only business service subscribers from the body of data including both business and residential subscribers for inclusion in the *1984 Yellow Pages*. The originality is BAPCO's choice is amply demonstrated in the fact that Donnelley, unlike BAPCO, would accept listings and

---

4. The majority summarily concludes that "it is the subscriber who selects" a particular classified heading without any discussion of BAPCO's evidence on this issue. *See Majority op. at p. 1443.*

5. The majority blindly accepts Donnelley's argument that BAPCO surrenders ultimate editorial authority to advertisers without any consideration of BAPCO's obvious need to maintain final editorial discretion in order to protect the integrity and accuracy of its compilation.

advertising from residential telephone service subscribers in addition to business telephone service subscribers. For example, the Assistant Vice–President and General Manager of the Southeast Operation of Donnelley Information Publishing, Louis Sudholz, testified about the disparate treatment of a hypothetical prospective customer, "John, the painter." Sudholz testified that Donnelley, unlike BAPCO, would include "John, the painter" in its directory, regardless of Donnelley's discovery that John does not have a business telephone and operates out of a shed in his backyard. *See* 5SR2–4, pp. 194–95. Based on the different choices of two competing classified publishers, it is clear that BAPCO's selection of only businesses with business telephone service represents an exercise of judgment that is in no sense automatic or dictated by functional considerations. Hence, the record also supports the district court's holding that BAPCO's selection of only business telephone subscribers for inclusion in its *1984 Yellow Pages* constitutes an original act of selection contributing to the copyrightability of its compilation.

### D. *Selection of a Geographic Area to be Covered Comprehensively*

Although a closer question, BAPCO's geographic scoping also represents an original act of selection. BAPCO asserts that its selection of a geographic scope refers to a choice about what geographic region would be covered comprehensively in the *1984 Yellow Pages*. BAPCO argues that its selection of a geographic area is not determined simply based on the scope of a white-page directory for the same community, but is instead selected based on BAPCO's evaluation of the shopping habits and desired shopping areas of consumers within a white-pages community. Donnelley responds that geographic scoping merely refers to BAPCO's decision about the geographic area for free distribution of copies of its *1984 Yellow Pages*. Donnelley further asserts that BAPCO did not, in fact, limit advertisements in its directory to businesses in a particular area. Based on Bob Johnson's affidavit testimony that the *1984 Yellow Pages* contains advertisements from 1,772 businesses in nearby cities and from 2,215 national businesses, the evidence

supports Donnelley's assertion that BAPCO did not limit classified listings to only businesses in a certain geographic area. Johnson's testimony also demonstrates that BAPCO solicited, not selected, the advertisements from national businesses and businesses in nearby cities. However, the fact that BAPCO did not limit its *1984 Yellow Pages* exclusively to greater Miami businesses does not dispose of the issue, because BAPCO's claim of copyrightability is based on its selection of *an area*, not individual businesses, to be covered comprehensively, not exclusively.

The evidence before the district court supports its conclusion that geographic scoping is an original act of selection. Besides BAPCO's evidence, Donnelley presented evidence on the uniqueness of its different scoping choice to cover the greater Miami area in two North and South Miami regions. In addition, Donnelley elicited testimony from Louis Sudholz on Donnelley's decision to cover the geographic region between Dallas and Fort Worth in a "Mid–City" directory. Based on such evidence of how classified publishers could easily select geographic regions that do not strictly follow the boundaries of cities, it is clear that the selection of a geographic region is not "practically inevitable." *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1297, 113 L.Ed.2d at 380 (recognizing that the alphabetizing of names in a white pages is an age-old practice that is unoriginal and practically inevitable).

The evidence before the district court also compels a conclusion that the geographic scoping of a classified directory is not an "obvious" act of selection. *See Feist*, 499 U.S. at ——, 111 S.Ct. at 1297, 113 L.Ed.2d at 380 (describing a white-page publisher's selection of basic information—name, town, and telephone number—as "obvious" and lacking sufficient creativity to make it original). On this point, BAPCO presented "Donnelley Directory Publishing Start–Up Business Plan October 21, 1984," which discussed Donnelley's own geographic scoping decisions as being based on "extensive research [leading Donnelley] to scope differently from its competitors." *See* 6SR12–34, *Volume IV—Appendix to Summary Memorandum of BellSouth Advertising & Publishing Cor-*

*poration,* p. DM207045 (stating that Donnelley generally will scope to cover areas of two or more telco directories, and stating that "more logical scoping is intended to be a key selling point for [Donnelley]"). Therefore, even though Donnelley now argues that geographic scoping represents an obvious decision lacking a modicum of creativity, the evidence before the district court was uncontroverted that geographic scoping results from thoughtful analysis of research on shopping habits and analysis of how to distinguish one directory from its competitors.[6] Such *thoughtful selection is sufficient under Feist* to contribute to the originality of the *1984 Yellow Pages. See Feist,* 499 U.S. at ――, 111 S.Ct. at 1294, 113 L.Ed.2d at 377 (explaining that "the originality requirement is not particularly stringent").

In sum, the record on this case demonstrates that BAPCO performed at least four original acts of selection and arrangement: (1) the selection of 7,000 classified headings; (2) the arrangement of 106,398 business listings, from 32,559 businesses under the 7,000 classified headings; (3) the selection of only businesses with business telephone service, as opposed to businesses having either business service or residential service; and (4) the selection of a geographic area to be covered comprehensively in the *1984 Yellow Pages.* Accordingly, I would hold that BAPCO performed four acts of selection or arrangement which are sufficiently original to merit copyright protection. The analysis of BAPCO's infringement claim, however, does not end with a finding of originality. This court must next determine whether Donnelley copied those constituent elements of selection and arrangement which are copyrightable.

## III. *Substantial Copying of BAPCO's Original Selection or Arrangement*

Because the copyright in a factual compilation is "thin," a plaintiff must prove "substan-

tial similarity" between the defendant's compilation and the original elements of the plaintiff's compilation. *Key Publications,* 945 F.2d at 514 (adopting the "substantial similarity" test for infringement, and rejecting arguments that *Feist* requires a subsequent compiler to produce an "exact replica" of the copyrighted compilation); *see also* Majority Opinion at n. 21 (citing favorably the *Key Publications* test); *Southern Bell Tel. & Tel. Co. v. Associated Tel. Directory Publishers,* 756 F.2d 801, 810–11 (11th Cir.1985) (applying the "substantially similarity" test). Therefore, in order for BAPCO to prevail on its infringement claim, it must prove that Donnelley substantially appropriated the particular elements of selection or arrangement that are original. Based on the previous discussion identifying those elements of selection or arrangement that are copyrightable, BAPCO must prove that Donnelley substantially appropriated BAPCO's selection of classified headings, arrangement of business listings under classified headings, selection of only businesses with business telephone service, or selection of a geographic area to be covered comprehensively.

A proper analysis of whether Donnelley substantially appropriated BAPCO's original selection or arrangement requires this court to analyze separately each of the three acts of copying at issue in this case. The district court concluded that Donnelley engaged in the following three acts of copying: (1) hiring Appalachian Computer Services, Inc. (Appalachian), a data entry company in London, Kentucky, to key BAPCO's compilation into a computer database; (2) using the computer database to print out sales lead sheets that represented a reproduction of substantially the entire *1984 Yellow Pages* in inverted or crisscross form; and (3) publishing the *1985 Miami North* and *1985 Miami South* directories based on the information copied into the computer database and onto the sales lead sheets. *See BellSouth,* 719 F.Supp. at

---

**6.** The majority reaches the conclusion that geographic scoping is an obvious and inevitable act of selection based on cursory analysis that analogizes the geographic scoping involved in classified directories to the scoping of white pages. However, as the majority points out, this case concerns a "directory of a different color." That

distinction requires this court to thoroughly analyze the evidence under the *Feist* principles. Instead of such analysis, the majority's holding appears to be based on the mistaken notion that deciding copyright cases requires no more than an application of the collective common sense of judges.

1558–59. Similarly, this court should evaluate each alleged act of copying separately.[7]

### A. Computer Database

Donnelley does not dispute that it obtained copies of the *1984 Yellow Pages*, separated and mounted each sheet individually, and assigned a classified heading code, advertising code, and directory code for every business listing. It is also undisputed that Appalachian keyed the following information into a computer database: name, address, telephone number, code corresponding to a classified heading, code corresponding to the unit of advertising, and a code for the directory from which the listing came. Appalachian stored this information on magnetic tape and sent it to Donnelley for reproduction in the form of sales lead sheets. The only factual dispute concerning the creation of the computer database derives from Donnelley's assertion that Appalachian entered a code corresponding to a previously chosen Donnelley classified heading, as opposed to a code corresponding to the BAPCO heading directly next to each code.

The record support's Donnelley's version of the alleged factual dispute. Several Donnelley employees testified that Appalachian keyed-in heading codes that corresponded to headings in a Donnelley heading book. For example, Gary Johnson explained that

> if we found a heading on our database that had a heading code which was similar or the same meaning as the BAPCO heading, we used our heading, the Donnelley support file heading. We didn't directly copy the heading from the BAPCO book. We used our heading. This heading code is a Donnelley heading code that applies to a support file, mechanized support file, that

we maintain in Terre Haute [, Indiana, a Donnelley Publishing Center].

*Deposition of Gary Johnson*, at p. 143. Johnson further testified that he sent Appalachian a "Donnelley heading book" and "asked Appalachian to use [the Donnelley heading book] and find alike [sic] or similar, in our book to the BAPCO book." *Deposition of Gary Johnson*, at p. 254. Johnson's testimony, along with that of other Donnelley employees, resolves the alleged factual dispute and makes it clear that Appalachian keyed a heading code that corresponded to a heading in the Donnelley heading book. But, the mere fact that Appalachian entered codes that corresponded to a heading in Donnelley's own heading book does not resolve the issue.

The relevant question is whether Appalachian entered codes that corresponded to Donnelley's previously selected menu of headings for particular use in its Miami directories, not whether Appalachian entered codes corresponding to a heading in a Donnelley heading book that Donnelley uses for compiling directories generally. As discussed earlier, the evidence is undisputed that BAPCO selected approximately 7,000 classified headings from those in its heading book containing 4,700 primary entries and approximately 34,000 authorized related headings. Therefore, the originality of BAPCO's selection of headings is based on its selection of approximately 7,000 headings for inclusion in the *1984 Yellow Pages*, not the selection of the nearly 40,000 authorized headings in the BAPCO heading book. In considering whether Donnelley copied BAPCO's selection of headings from the *1984 Yellow Pages*, Johnson's testimony makes it apparent that Donnelley did not previously select headings from its own heading book

---

7. The majority not only merges its analysis of the originality and the substantial similarity issues, as previously noted, the majority also intertwines its slight discussion of Donnelley's first two alleged acts of copying, the computer database and sales lead sheets, with its exhaustive discussion of the lack of similarity between the actual published directories. The majority's focus on the distinguishable features of Donnelley's published directories, with only slight mention of the computer database and sales lead sheets, is not consistent with the development of facts in this case.

That is, Donnelley's alleged copying of BAPCO's compilation into the computer database and onto the sales lead sheets occurred before BAPCO filed this action putting Donnelley on notice. Donnelley's actual publication of the 1985 Miami North and 1985 Miami South Directories occurred *after* BAPCO filed this action and after the district court denied BAPCO's motion for a preliminary injunction. Hence, it is not at all surprising that Donnelley's published directories contain a number of distinguishable features.

for inclusion in its *1985 Miami North* and *1985 Miami South* directories. Instead, Johnson testified that Donnelley merely sent Appalachian its heading book so that Appalachian could assign a code to each BAPCO heading that corresponded to a like or similar heading in the Donnelley heading book.

Johnson's testimony is bolstered in the testimony of Jon Notestein, who made the following statement in response to a question about how Donnelley selected classified headings that reflected needs of the market and users in Miami: "They were probably created by looking at the directories representing Miami, [the BAPCO directory]." *See Deposition of Jon C. Notestein,* pp. 50–52; *see also* Donnelley En Banc Reply Brief, p. 19 n. 14 (conceding that Notestein testified that Donnelley used the *1984 Yellow Pages* in order to refine its preexisting set of headings for use in Florida).

Therefore, even resolving the alleged factual dispute regarding Appalachian's coding of headings in favor of Donnelley's version, Johnson's and Notestein's testimony makes it clear that Donnelley did not previously select a universe of headings for particular use in its Miami directories. Instead, Donnelley copied BAPCO's selection of headings with what can only be described as a high-tech copying process. Donnelley's high-tech copying involved Appalachian keying codes rather than the words of BAPCO headings into a database, from which the wording of the BAPCO headings could be reconstructed later using the Donnelley heading book as a decoder.

Besides the evidence showing that Donnelley substantially appropriated BAPCO's selection of headings, Donnelley's stipulation regarding what information Appalachian keyed into the computer database leaves no factual dispute that Donnelley also substantially appropriated BAPCO's other original acts of selection and arrangement. As previously discussed, BAPCO's original acts of selection or arrangement included the selection of approximately 7,000 headings for particular use in the *1984 Yellow Pages;* the arrangement of 106,398 listings from 32,559 businesses under the approximately 7,000 classified headings; the selection of only

businesses with business telephone service; and the selection of a geographic area to be covered comprehensively in the directory. It is undisputed that Appalachian keyed into the computer database every business listing with a corresponding heading code and a code indicating the directory source for every listing in the *1984 Yellow Pages.*

Although the keying of each code in isolation would amount to the lawful copying of facts, Appalachian's grouping of the business listing with an associated heading code and a directory code amounts to the appropriation of virtually all of BAPCO's original acts of selection and arrangement. That is, Donnelley copied BAPCO's selection of headings based on Appalachian's keying of a heading code, even if it corresponded to headings in Donnelley's own heading book, for virtually every heading used in the *1984 Yellow Pages.* Donnelley copied BAPCO's arrangement of business listings under a particular classified heading based on Appalachian's grouping of the business listing data with a heading code that corresponded to a heading like or similar to BAPCO's. Donnelley copied BAPCO's selection of only businesses with business telephone service based on Appalachian's keying of every business listed in the *1984 Yellow Pages.* In addition, Donnelley copied BAPCO's selection of a geographic area based on Appalachian's grouping of the business listing data and the code indicating the directory source.

Because the keyed information was stored in or on some material object until later printed on the sales lead sheets, Donnelley's creation of the computer database represents an act of "copying" as defined in the Copyright Act. *See* 17 U.S.C. § 101 (defining a copy as a material object "in which a work is fixed by any method now known or later developed, and from which the work can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device"). Accordingly, I would hold that Donnelley's substantial appropriation of BAPCO's original acts of selection or arrangement in creating the computer database, represented an act of copyright infringement.

### B. *Sales Lead Sheets*

Donnelley's substantial appropriation of BAPCO's original act of selection or arrangement is also apparent in the printed sales lead sheets. As discussed previously, Donnelley stipulated in the district court that it prepared the sales lead sheets from the following information obtained from the *1984 Yellow Pages:* (1) telephone number—under the first column; (2) name—under the second column; (3) address—under the third column; (4) kind of business—under the fourth column; and (5) unit of advertising—under the fifth column. A visual examination of the printed sales lead sheets shows that the sales lead sheets also contain rate information under the sixth column and a directory code under the seventh column. Because it is uncontroverted that the sales lead sheets represented merely a printed version of the same information that Appalachian keyed into the computer database, the previous analysis of how Donnelley substantially appropriated BAPCO's original selection or arrangement in creating the database applies equally to its printing of the sales lead sheets. Hence, I would also hold that Donnelley's printing sales lead sheets using the information already copied into the computer database, represented a second act of copyright infringement.

Even though a discussion of the sales lead sheets necessarily turns on analysis of the information keyed into the computer database, the printed sales lead sheets have independent significance because the sales lead sheets, not the actual directories, constituted the chief visual evidence of copying in the district court. In the district court, Donnelley stipulated that the seven lead sheets attached to BAPCO's motion for preliminary injunction were representative of all the thousands of sales lead sheets that Donnelley created. Donnelley now attempts to retreat from its concession concerning the representativeness of the sales lead sheets and to retry this case based on a visual comparison of the *1984 Yellow Pages* and the *1985 Miami North* and *1985 Miami South* directories. In its *En Banc* Reply Brief, Donnelley responds to BAPCO's assertions of substantial similarity based on the seven lead sheets with the following argument: "BAPCO bases this assertion entirely on a chart drawn from just seven of the thousands of lead sheets produced by Donnelley for Miami. However, BAPCO's chart 'conclusively demonstrates' only that a small sample can produce a misleading result." *See* Donnelley En Banc Reply Brief, p. 22 (citations omitted). Donnelley continues its response with its newly created chart comparing the headings in the *1984 Yellow Pages* and those used in the *1985 Miami North* and *1985 Miami South* directories.

Donnelley's arguments are fatally flawed in that they rely on a visual comparison of the actual directories, which Donnelley admits that it only recently, on January 27, 1993, moved for leave to place physical copies of the three directories in the record on appeal. *See* Donnelley En Banc Reply Brief, p. 22 n. 16. Likewise, Donnelley failed to present the chart comparing the headings in the three directories to the district court, attaching it for the first time as an appendix in its En Banc Reply Brief. *See* Donnelley En Banc Reply Brief, p. 22 n. 17 (explaining the results of its new analysis as indicated in Appendix A of the En Banc Reply Brief).[8]

---

8. Contrary to settled principles of finality, the majority permits Donnelley to back away from its stipulation in the district court regarding the representativeness of the seven lead sheets. Instead of considering the seven sales lead sheets and analysis of them as presented to the district court, the majority relies heavily on a visual comparison of selected pages from the three published directories. Indeed, it is unusual that this copyright case proceeded from October, 1985, to October, 1988, in the district court without the parties submitting complete physical copies of the disputed publications. But, it was this court, not the district court, that admitted the directories into the record in response to the parties' joint motion of January, 1993. The majority properly, albeit implicitly, declines Donnelley's request that this en banc court to engage in a side-by-side visual comparison of all pages in three published directories. See Donnelley En Ban Reply Brief, p. 22 nn. 16 & 17. However, the majority's visual comparison of selected pages from the directories is equally unfounded. As discussed fully in section III–C, the record before the district court consisted of a total of approximately forty pages from the published directories. Nothing in the district court opinion indicates that the district court actually made a side-by-side visual comparison of those pages

Unlike Donnelley, BAPCO did present the district court with a comparative analysis of the seven lead sheets showing the virtual identity between BAPCO headings and Donnelley headings. BAPCO presented the affidavit testimony of Barbara Wiggs, who explained her findings on the similarities between information on the sales lead sheets and that in the *1984 Yellow Pages*. Based on line-by-line comparisons of the sales lead sheets to the *1984 Yellow Pages*, Wiggs concluded that "the listing information on the attached Donnelley Sales Lead sheets were identical to the *1984 Yellow Pages* directories, except for a small number of very minor discrepancies." *See* 6SR10–17, pp. 11–12, *Affidavit of Barbara J. Wiggs*, in *Volume 1— Appendix to Summary Memorandum of Bellsouth Advertising & Publishing Corporation*. Specifically, Wiggs listed her findings of complete identity except for the following entries: (1) Evian associated with the heading "Water Coolers" instead of "Water Coolers–Renting"; (2) Star Appliances being associated with the heading "Air Conditioning–Room Units" instead of "Air Conditioning Equipment—Room Units"; (3) Star Appliances being associated with the heading "Television Dealers—Retail" instead of "Television & Radio—Dealers"; (4) Star Appliances being associated with the heading "Vacuum Cleaners—YSTEM Household—Dealers" instead of "Vacuum Cleaners—Household—Dealers"; (5) Star Appliances being associated with the heading "Vacuum Cleaners—S Household—Dealers" instead of "Vacuum Cleaners—Household—Dealers"; and (6) Audiotron–High Fidelity Corp. being associated with the address of "145 S.W. 52nd Avenue" instead of "145–147 S.W. 52nd Avenue Second Floor." Wiggs's conclusion that the discrepancies were "minor" is entirely reasonable in light of the fact that the seven lead sheets contain information concerning seven different businesses, appearing under forty different headings in the *1984 Yellow Pages*, for a total of sixty-eight listings, averaging five different headings and ten listings. It is also significant to note that the headings on the lead sheets ranged from "Gas—Industrial & Medical Cylinder & Bulk" to "Antiques—Repairing & Restoring." The identity between the headings on the lead sheets and those in the *1984 Yellow Pages* included even the hyphens and the ampersands.

Based on Donnelley's stipulation that the seven sales lead sheets were representative and Wiggs's testimony on the virtual identity between the headings and other information on the sales lead sheets and that in the *1984 Yellow Pages*, the chief visual evidence in the district court conclusively shows that Donnelley's printing of the sales lead sheets represented a second act of substantial appropriation of BAPCO's original acts of selection or arrangement.

## C. The Donnelley Directories

As previously discussed, only a small portion of the arguments and evidence before the district court related to a visual comparison of published copies of the actual directories. In its opinion, the district court references a comparison of the directories only three times. The first reference is the district court's statement that "a comparison of the two (2) directories reveal that Donnelley used a format nearly identical to that used by BAPCO. *See* Exhibit P and P Enlarged to BAPCO's Brief." *See BellSouth*, 719 F.Supp. at 1559. In their February, 1993, letters to the clerk of this court regarding requests for certain portions of the record, both parties agreed that the district court did not refer to the BAPCO and Donnelley directories when referencing Exhibit P and P Enlarged.

---

except possibly to verify the conclusions in the Affidavit of Barbara J. Wiggs.

This court generally bases a reversal of a district court on evidence that the district court considered. The majority's outright reversal of the district court based upon its original 'findings' from a visual comparison of selected pages from the published directories, places this court in the novel position of retrying this case rather than reviewing it. Because Donnelley's own stipulation as to the representativeness of the sales lead sheets led the district court to reach what Donnelley now calls a "misleading result," this court must affirm the district court's conclusion on the substantial similarity issue. At a minimum, this court is required to remand to the district court for consideration of Donnelley's new theory of the case which hinges on a comparative analysis of pages from the published directories.

In fact, Exhibit P and P Enlarged are copies of a sales solicitation form of Associated Telephone Directory Publishers that this court reproduced as Appendix A in *Southern Bell Tel. & Tel. v. Associated Tel. Directory Publishers*, 756 F.2d 801, 813–14 (11th Cir. 1985). Donnelley stated in its February 22, 1993, letter to the clerk that "Exhibits P and P enlarged do not involve any yellow pages directory at issue in the present appeal" and that the district court cited the exhibits erroneously. BAPCO responded that the district court correctly referred to the exhibits from the *Southern Bell* opinion, but only for the limited purposes of showing what the *Southern Bell* court considered to be a copyrightable format, and showing that Donnelley's format as evidenced in the sales lead sheets was nearly identical to that of BAPCO. Regardless of why the district court referenced Exhibits P and P Enlarged, the fact that the parties agree that the district court was not referencing pages from the BAPCO or Donnelley directories makes it uncontroverted that the district court was not stating that it performed page-by-page visual comparison of the *1984 Yellow Pages* and the Donnelley directories.

The second suggestion that the district court visually compared the disputed directories, is the district court's discussion of the evidence of "common errors." *See BellSouth*, 719 F.Supp. at 1559 & n. 23. But, in discussing the common errors in the three directories, the district court referenced pages from the directories that BAPCO attached to the *Second Affidavit of Barbara J. Wiggs. See BellSouth*, 719 F.Supp. at 1559 n. 23. The district court did not cite pages in complete published copies of the directories. Similarly, in concluding that the directories are substantially similar, the district court cites the Barbara Wiggs affidavit and Gerald Brown testimony rather than pages from the published directories. *See BellSouth*, 719 F.Supp. at 1559–60.

Therefore, none of the references in the district court's opinion provide a basis for this court to engage in side-by-side comparisons of all pages in the *1984 Yellow Pages* with those in the *1985 Miami North* and *1985 Miami South* directories. It is only possible to conclude that the district court examined the pages of the directories that BAPCO attached to the *Second Affidavit of Barbara J. Wiggs*. Because Donnelley failed to present its own comparative analysis of pages from the actual directories and also failed to place physical copies of the directories in the record until January, 1993, this court is required to limit its determination on the substantial similarity of the directories to those pages attached to the *Second Affidavit of Barbara J. Wiggs*, and only to the extent of Wiggs's comparative analysis.

The district court relied on Wiggs's analysis of pages from the directories as support for the following conclusion: "Although Donnelley's directory is not identical to BAPCO's directory, the material was copied and used to produce a directory substantially similar in both content and format." *See BellSouth*, 719 F.Supp. at 1559–60 (citing Affidavit of Barbara Wiggs and October, 1985, testimony of Gerald Brown). In her affidavit, Wiggs identified twenty-five errors that were common to both the *1984 Yellow Pages* and the Donnelley directories. *See* 6SR11–18, *Second Affidavit of Barbara J. Wiggs*, pp. 2–19. For example, Wiggs explained that BAPCO incorrectly listed Fort Lauderdale News under the heading "Balancing Equipment" in the *1984 Yellow Pages*, and that Donnelley's *1985 Miami North* directory also lists Fort Lauderdale News under a "Balancing Equipment" heading. *See BellSouth*, 719 F.Supp. at 1559 n. 23 (also noting the example of the common erroneous listing of "Flash Courier Systems" even though the subscriber's telephone was disconnected before January 1, 1984).

The presence of common errors is "one of the most significant evidences of infringement." *Callaghan v. Myers*, 128 U.S. 617, 662, 9 S.Ct. 177, 190, 32 L.Ed. 547 (1888). Based on the earlier conclusions that the *1984 Yellow Pages* constitutes an original selection and arrangement of facts that is copyrightable, Wiggs's testimony regarding the presence of common errors is relevant to rebut Donnelley's repeated assertions that it used the *1984 Yellow Pages* "only to ascertain the fact revealed by BAPCO's heading—the kind of business carried on by the listed

firm—so as to enable Donnelley to classify that firm in its own system of classification." *See* Donnelley En Banc Reply Brief at p. 20; *see also,* Donnelley En Banc Brief at p. 12. Donnelley's assertions that it independently classified businesses using its own heading scheme is wholly unbelievable when one considers the statistical improbability of two publishers independently classifying the same newspaper as a "Balancing Equipment" dealer. Therefore, the presence of the common errors in the published directories is significant evidence that Donnelley substantially appropriated BAPCO's original arrangement of business listings under particular classified headings.

As further evidence of Donnelley's substantial appropriation of BAPCO's grouping of listings under particular headings, Wiggs's affidavit included a heading comparison based on a random selection of Donnelley headings and a comparison of the listings appearing under those headings with the listings appearing under the corresponding headings in the *1984 Yellow Pages.* BAPCO presented the district court with the following chart summarizing Wiggs's findings regarding the percentage of correlation between the listings under particular headings in the Donnelley directories and those in the *1984 Yellow Pages:*

| Heading | North Miami | South Miami |
| --- | --- | --- |
| "Bail Bonds" | 68% | 55% |
| "Boxes, Corrugated & Fiber" | 86% | 100% |
| "Ceilings" | 64% | 50% |
| "Driving Instruction" | 72% | 73% |
| "Engineers—Civil" | 88% | 86% |
| "Furniture—Outdoors" | 63% | 70% |
| "Gold, Silver & Platinum Dealers" | 95% | 85% |

*See* 6SR5–3 *Reply to Donnelley's Memorandum in Opposition to Motion for Partial Summary Judgment on Copyright Infringement by Bellsouth Advertising & Publishing Corporation and Memorandum in Opposition to Donnelley's Copyright Partial Summary Judgment Motion,* p. 40 (March 6, 1986).

As the chart indicates, Wiggs found a high (averaging seventy-five percent) statistical correlation of listings under particular headings when comparing the *1984 Yellow Pages* with the Donnelley directories. Donnelley did not respond with its own correlation analysis, and thus, Wiggs's findings represent further undisputed evidence that Donnelley's published directories contain a substantially similar arrangement of business listings under particular classified headings. *Accord see Key Publications,* 945 F.2d at 515, 517 (finding no substantial similarity based on the lack of any evidence that the defendant copied an entire category of the plaintiff's directory, but explaining that a finding of infringement would succeed if the defendant had exactly duplicated a substantial designat-

ed portion of the plaintiff's directory such as all of the listings of professionals such as medical doctors, lawyers, accountants, engineers, and architects).

To the extent that Wiggs's analysis of the directories was misleading, it is an elementary rule on summary judgment that the burden shifted to Donnelley to produce its own comparative analysis of the published directories in order to rebut the undisputed evidence of substantial similarity in Wiggs's affidavit. *See United States v. Four Parcels of Real Property,* 941 F.2d 1428, 1438 (11th Cir.1991) (recognizing that the burden on summary judgment shifts to the non-moving party once the moving party has met its initial responsibility of showing the absence of a triable issue of fact, and that the moving party is entitled to summary judgment if the non-moving party fails to make a sufficient showing on an essential element of the case); Fed.R.Civ.P. 56(e). As a non-moving party opposing a motion for summary judgment which BAPCO supported with affidavits, Donnelley could not simply rely on legal

conclusions or evidence which would be inadmissible at trial in order to meet its burden of coming forward with relevant and competent evidence. *See Avirgan v. Hull,* 932 F.2d 1572, 1577 (11th Cir.1991).

In the district court, Donnelley failed to respond to the evidence in Wiggs's affidavit showing substantial similarity in the arrangement of listings under headings in the published directories. Contrary to Donnelley's assertions to the *en banc* court, Donnelley also failed to present evidence to the district court that the selection of headings in its published directories was substantially smaller and different from those in the *1984 Yellow Pages. Compare* Donnelley En Banc Brief at p. 12 and BAPCO En Banc Brief at p. 3 (attaching as "Exhibit 2" those portions of the record that Donnelley cites). Instead of responding to BAPCO's evidence in the district court, Donnelley waited until January, 1993, before moving to place the published directories in the record. *See* Donnelley En Banc Reply Brief p. 22 n. 16. Donnelley also waited until its *En Banc* Reply Brief before presenting a comparative analysis of the heading structure in the published directories. *See* Donnelley En Banc Reply Brief, pp. 22–23 & n. 17. Stated simply, Donnelley waited too late to meet its burden of presenting competent evidence to oppose BAPCO's motion for summary judgment. Because Wiggs's affidavit represented the only evidence before the district court concerning the substantial similarity of the published directories, I would affirm the district court's conclusion that Donnelley substantially appropriated BAPCO's original acts of selection and arrangement when publishing the *1985 Miami North* and *1985 Miami South* directories.[9]

In sum, the uncontroverted evidence before the district court shows that Donnelley substantially appropriated BAPCO's original selection and arrangement in the *1984 Yellow Pages* with three separate acts of copying: (1) keying-in that selection and arrangement into the computer database; (2) printing the sales lead sheets from the data in the computer database; and (3) using the computer database and the sales lead sheets to publish the Donnelley directories with a substantially similar selection of headings and substantially similar arrangement or grouping of listings under particular headings. Accordingly, I would affirm the judgment of the district court granting summary judgment in favor of BAPCO on all three claims that Donnelley infringed its compilation copyright in the *1984 Yellow Pages.*[10]

Because the majority reaches the opposite result based on an utter failure to analyze the evidence presented to the district court under the controlling legal principles announced in *Feist,* and also based on an unwarranted departure from well-established rules limiting this court's review to arguments and evidence presented in the district court, I must respectfully DISSENT.

---

**9.** Incredibly, the majority ignores the fact that Donnelley failed to meet its burden of coming forward with relevant and competent evidence to rebut BAPCO's affidavit evidence. In doing so, the majority departs from the settled rule that a non-moving party may lose at the summary judgment stage based on its failure to come forward with competent evidence showing a genuine issue of material fact. *See Four Parcels,* 941 F.2d at 1438. As a replacement for the established rules concerning summary judgment, the majority's reliance on its original fact-finding in a visual comparison of pages from the published direc-

tories, establishes a new and absurd rule that a non-moving party failing to meet its burden in the district court may nonetheless win outright judgment with evidence considered for the first time on appeal.

**10.** In addition, for the reasons stated in the now vacated panel opinion, *Bellsouth,* 933 F.2d at 960–61, I would affirm the district court's rejection of Donnelley's "fair use" and "antitrust misuse" defenses.